**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI, <br><br> Defendants. |

Case No.: 8:24-cv-02900-DKC

Hon. Deborah K. Chasanow

**NOTICE OF MOTION OF LOUIS LEVEQUE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of Maryland, Movant Louis Leveque ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired iLearningEngines, Inc., ("iLearningEngines" or the "Company") securities between April 22, 2024 and August 28, 2024, inclusive; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Brian Stewart filed herewith and all exhibits thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated iLearningEngines investors; (2) approve Movant's selection of Levi & Korsinsky as Lead Counsel for the putative class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: December 6, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Brian Stewart*
Brian Stewart (Bar #: 19906)
1101 Vermont Ave., NW, Suite 800
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: bstewart@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Brian Stewart, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of December 2024.

*/s/ Brian Stewart*
Brian Stewart