**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br> v. <br><br> ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI, <br><br>    Defendants. | Case No.: 8:24-cv-02900-DKC <br><br> Hon. Deborah K. Chasanow |

**DECLARATION OF BRIAN STEWART IN SUPPORT OF LOUIS LEVEQUE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Brian Stewart, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Louis Leveque ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his purchases of iLearningEngines securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in iLearningEngines securities;

**Exhibit C**:    Press Release published October 7, 2024, on *Business Wire,* announcing the pendency of the above-captioned securities class action against defendants herein: *Walker v. iLearningEngines, Inc., et al.*, Case No. 8:24-cv-02900-DKC;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 6, 2024                          Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Brian Stewart*
Brian Stewart (Bar #: 19906)
1101 Vermont Ave., NW, Suite 800
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: bstewart@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I, Brian Stewart, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of December 2024.

/s/ Brian Stewart
Brian Stewart