# EXHIBIT B

| Client Name | Louis Leveque |
|---|---|
| Company Name | iLearningEngines, Inc. |
| Ticker Symbol | AILE |
| Security Type | |
| Class Period Start | 04-22-2024 |
| Class Period End | 08-28-2024 |
| 90-DAY Lookback Period Start | 08-29-2024 |
| 90-DAY Lookback Period End | 11-26-2024 |
| 90-DAY Lookback Average | $ 01.44 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $38,000.40 |
| DURA LIFO* Total | $38,000.40 |
| Gross Shares Purchased | 5,000 |
| Net Shares Retained | 5,000 |
| Net Funds Expended | $45,200.00 |

**Louis Leveque**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-25-2024 | 5000 | 9.04 | $ 45,200.00 | | | | | | - | 5000 | 5000 | $ 01.44 | $ 7,199.60 | $ 38,000.40 | $ 38,000.40 |
| **Total:** | **5,000** | | **$45,200.00** | | | | | | | **5,000** | **5,000** | | **$7,199.60** | **$38,000.40** | **$38,000.40** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.