**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI <br><br><br> Defendants. | Case No: 8:24-cv-02900-DKC <br><br><br><br> CLASS ACTION |

**MOTION OF AUSTIN ALSUP FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF HIS SELECTION OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Movant, Austin Alsup ("Movant"), by and through his counsel, hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C.§78u-4, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order granting: (1) appointment of Movant as the Lead Plaintiff for the class of all persons and entities that purchased or otherwise acquired iLearningEngines, Inc. securities between April 22, 2024 and August 28, 2024, both dates inclusive (such class, the "Class"); (2) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel for the Class, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

1

4926-3557-7604, v. 3

In support of this Motion, Movant submits a Memorandum of Law and the Declaration of Cynthia Leppert filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that this Court enter an Order:

1. Granting Austin Alsup's Motion for Appointment as Lead and Approval of his Selection of Counsel;

2. Appointing Movant as the Lead Plaintiff, the Rosen Law Firm, P.A. as Lead Counsel, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel for the Class; and

3. Granting such other and further relief as this Court may deem just and proper.

Dated: December 6, 2024                        Respectfully submitted,

**LAW OFFICE OF CYNTHIA LEPPERT, LLC**

By:     */s/ Cynthia L. Leppert*
Cynthia L. Leppert, Esq. (Bar No. 05857)
1 W. Pennsylvania Avenue, Suite 980
Towson, Maryland 21204
Telephone: 410-672-4022
Fax: 410-672-4350
Email: CLL@cynthialeppertlaw.com

*Counsel for Plaintiff and*
*Proposed Liasion Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff  and*
*Proposed Lead Counsel for the Class*
***Motion for Admission Pro Hac Vice forthcoming***

4926-3557-7604, v. 3

**THE SCHALL LAW FIRM**

Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Counsel for Plaintiff*
***Motion for Admission Pro Hac Vice forthcoming***

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a true and correct copy of the foregoing Motion,

and the Supporting Memorandum, Declaration of Cynthia L. Leppert, Esq. and Exhibits 1-5 being

filed herewith, were served by CM/ECF to the parties registered to the Court's CM/ECF system.


        */s/ Cynthia L. Leppert*
Cynthia L. Leppert

4926-3557-7604, v. 3