**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI<br><br>Defendants. | Case No: 8:24-cv-02900-DKC<br><br><br>CLASS ACTION |

**DECLARATION OF CYNTHIA LEPPERT IN SUPPORT OF**
**MOTION OF AUSTIN ALSUP FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF HIS SELECTION OF COUNSEL**

I, Cynthia Leppert, declare:

1.     I am the founder and managing member of the Law Office of Cynthia Leppert, LLC, proposed Liaison Counsel for Movant Austin Alsup ("Movant"). I make this Declaration in support of the Motion of Movant for: (1) appointment of Movant as the Lead Plaintiff for the Class; (2) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel for the Class, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:     PSLRA early notice issued on October 7, 2024;

Exhibit 2:     Austin Alsup's PSRLA Certification;

1

4907-1786-3428, v. 1

Exhibit 3:    Austin Alsup's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume;

Exhibit 5:    The Law Office of Cynthia Leppert, LLC s firm resume.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed this 6th day of December, 2024.

_____
Cynthia L. Leppert

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_____/s/ Cynthia L. Leppert_____
Cynthia L. Leppert

2

4907-1786-3428, v. 1