# EXHIBIT 3

**iLearningEngines, Inc. Loss Chart**
**Class Period: April 22, 2024 through August 28, 2024**

| Name | Date Purchased | Shares | Price/Share | Total | Date Sold | Shares | Price/Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $1.44 |
| Austin Alsup | 8/22/2024 | 400 | ($3.83) | ($1,532.00) | | | | | | | | |
| | 8/22/2024 | 1692 | ($3.85) | ($6,514.20) | | | | | | | | |
| **TOTAL** | | 2092 | | ($8,046.20) | | | | | 2092 | $3,010.68 | ($5,035.52) | |