**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI<br><br><br>Defendants. | Case No: 8:24-cv-02900-DKC<br><br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING AUSTIN ALSUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF LEAD COUNSEL**

WHEREAS, the above-captioned securities class action (the "Securities Class Action") has been filed against iLearningEngines, Inc., Harish Chidambaran, and Sayyed Farhan Naqvi alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on October 7, 2024, a notice was issued to potential class members, notifying them of the action and informing them of their right to move to serve as Lead Plaintiff within 60 days of the date of the issuance of said notice;

1

WHEREAS, class member Austin Alsup ("Movant") timely filed a motion to be appointed as Lead Plaintiff and to approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Movant's selection of the Law Office of Cynthia Leppert, LLC as Liaison Counsel;

WHEREAS, the PSLRA provides, among other things, that the most-adequate plaintiff to serve as Lead Plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, among other things, that as soon as practicable, the Court shall appoint the most adequate plaintiff as Lead Plaintiff for the action;

WHEREAS, the Court finds that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT**:

1.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant is appointed Lead Plaintiff of the class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and the Law Office of Cynthia Leppert, LLC, is appointed as Liaison Counsel.

3.      Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with

4898-1045-1460, v. 1

the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

**SO ORDERED:**

Dated: _____, 202_

_____
Honorable Debra K. Chasanow
United States District Judge

3