**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

(Southern Division)

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, | Case No: 8:24-cv-02900-DKC |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION OF
ERIK BAYARD FOR APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that movant Erik Bayard ("Movant") will and hereby does respectfully move this Court for an Order:  (1) appointing Movant as Lead Plaintiff pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), codified as Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), on behalf of a putative "Class" consisting of all persons and entities, other than defendants, that purchased or otherwise acquired iLearningEngines, Inc. securities between April 22, 2024 and August 28, 2024, inclusive; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel and the Law Office of Peter T. Nicholl ("Nicholl Law") as Liaison Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Movant believes he is the "most adequate plaintiff" under the PSLRA.  Specifically, Movant believes he has the "largest financial interest" in the relief sought by the Class as detailed in the accompanying documents filed herewith. Movant also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of the claims of other Class members and because he will adequately and fairly represent the interests of the Class.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Scott E. Nevin, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel and Nicholl Law as Liaison Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

1

DATED:  December 6, 2024                    Respectfully submitted,

**LAW OFFICE OF PETER T. NICHOLL**

By: /s/ *Scott E. Nevin*
Scott E. Nevin, Bar No. 22478
36 South Charles Street, Suite 1700
Baltimore, MD 02120
Telephone: (410) 260-0183
Facsimile: (410) 244-1047
snevin@nicholllaw.com

*Liaison Counsel for Movant Erik Bayard*


**BRAGAR EAGEL & SQUIRE, P.C.**
Badge Humphries
(*pro hac vice* application forthcoming)
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
Telephone:  (843) 883-7444
Email:  humphries@bespc.com

*Counsel for Movant Erik Bayard and Proposed Lead Counsel for the Class*


**GIBBS LAW GROUP LLP**
Eileen Epstein Carney
(*pro hac vice* application forthcoming)
1111 Broadway, suite 2100
Oakland, California 94607
Telephone:  (510) 350-9700
Facsimile:  (510) 350-9701
Email:  eje@classlawgroup.com

*Additional Counsel for Movant Erik Bayard*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Scott E. Nevin, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 6th day of December, 2024.

/s/ *Scott E. Nevin*
Scott E. Nevin