**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

|  |  |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI,<br><br>Defendants. | Case No: 8:24-cv-02900-DKC<br><br>CLASS ACTION |

**DECLARATION OF SCOTT E. NEVIN IN SUPPORT OF**
**MOTION OF MOVANT ERIK BAYARD FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Scott E. Nevin, hereby declare as follows:

1.      I am an attorney with the Law Office of Peter T. Nicholl ("Nicholl Law"), liaison counsel for lead plaintiff movant Erik Bayard ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the Class and Nicholl Law as Liaison Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certification signed by Movant, attaching Movant's iLearningEngines, Inc. securities transactions during the Class Period in a Schedule A, thereto;

Exhibit 2:      Loss Chart detailing Movant's estimated financial losses;

Exhibit 3:      Press release published October 7, 2024, on *Business Wire* announcing the pendency of the securities class action against defendants herein: *Walker v. iLearningEngines, Inc. et al.*, Case No. 8:24-cv-02900; and

Exhibit 4:      BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 6th day of December, 2024.

/s/ *Scott E. Nevin*          
Scott E. Nevin

1

2

## **CERTIFICATE OF SERVICE**

I, Scott E. Nevin, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 6th day of December, 2024.

/s/ *Scott E. Nevin*
Scott E. Nevin