# EXHIBIT 2

**iLearningEngines, Inc.**

| | |
|---|---|
| Company Name | iLearningEngines, Inc. |
| Ticker Symbol | AILE |
| Security Type | Common Stock |
| Class Period Start | 04/22/2024 |
| Class Period End | 08/28/2024 |
| 90-DAY Lookback Period Start | 08/29/2024 |
| 90-DAY Lookback Period End | 11/27/2024 |
| 90-DAY Lookback Average | $1.44 |

| Movant | Loss |
|---|---|
| Bayard | ($16,594.20) |
| **Total Loss** | **($16,594.20)** |

| Client Name | Erik Bayard |
|---|---|
| Company Name | iLearningEngines, Inc. |
| Ticker Symbol | AILE |
| Security Type | Common Stock |
| Class Period Start | 04/22/2024 |
| Class Period End | 08/28/2024 |
| 90-DAY Lookback Period Start | 08/29/2024 |
| 90-DAY Lookback Period End | 11/27/2024 |
| 90-DAY Lookback Average | $1.44 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($16,594.20) |
| Net Shares Retained | 11,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/22/2024 | 1,000 | $7.00 | ($7,000.00) | | | ($7,000.00) |
| 6/24/2024 | 3,000 | $9.16 | ($27,480.00) | | | ($34,480.00) |
| 7/17/2024 | -4,000 | | | $10.5114 | $42,045.60 | $7,565.60 |
| 8/12/2024 | 5,000 | $3.74 | ($18,700.00) | | | ($11,134.40) |
| 8/13/2024 | 2,000 | $4.00 | ($8,000.00) | | | ($19,134.40) |
| 8/26/2024 | 2,000 | $3.45 | ($6,900.00) | | | ($26,034.40) |
| 8/27/2024 | 2,000 | $3.1999 | ($6,399.80) | | | ($32,434.20) |
| **Retained Shares** | 11,000 | | | | **Subtotal** | ($32,434.20) |
| | | | | | **Retained Share Value** | $15,840.00 |
| | | | | | **Total** | ($16,594.20) |