**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **DANNY WALKER,**<br>350 E Georgia Ave.<br>Many, Louisiana 71449<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>**ILEARNINGENGINES, INC.,**<br>6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>Harish Chidambaran,<br>c/o 6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>Sayyed Farhan Naqvi,<br>c/o 6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>      Defendants. | Case No. 8:24-cv-02900-DKC |

**DANNY WALKER'S MOTION FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Danny Walker ("Walker"), by and through counsel, respectfully moves this Court for an order: (1) appointing Walker as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Walker's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as co-lead counsel for the class and Weisbrod Matteis & Copley PLLC as liaison counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Walker seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA. This motion is based on this notice, the attached memorandum of law, the Declaration of Stephen A. Weisbrod, submitted herewith, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: December 6, 2024                **WEISBROD MATTEIS & COPLEY PLLC**

By: */s/ William E. Jacobs*
Stephen A. Weisbrod (# 14795)
William E. Jacobs (#21975)
3000 K Street NW, Suite 275
Washington, DC 20007
Telephone: (202) 499-7900
Email: sweisbrod@wmclaw.com
          wjacobs@wmclaw.com

*Liaison Counsel for Danny Walker and Proposed*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice* to be filed)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Danny Walker and Proposed Co-Lead*
*counsel for the Class*

2