# EXHIBIT B

## Financial Interest Analysis

**Company Name:** iLearningEngines, Inc.
**Ticker:** AILE
**Class Period:** April 22, 2024 to August 28, 2024
**Name:** Danny Walker

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/26/2024 | 200 | $3.6700 | -$734.0000 | | $0.0000 | -$734.00 |
| 8/27/2024 | 500 | $3.2000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 8/27/2024 | 10 | $3.1600 | -$31.6000 | | $0.0000 | -$31.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **710** | | | | **Subtotal:** | **-$2,365.60** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $1,022.40 |
| | | | $1.4400 | 710 | **Total:** | **-$1,343.20** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between August 29, 2024 and November 26, 2024.