**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

|  |  |
|---|---|
| **DANNY WALKER,**<br>350 E Georgia Ave.<br>Many, Louisiana 71449<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>**ILEARNINGENGINES, INC.,**<br>6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>Harish Chidambaran,<br>c/o 6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>Sayyed Farhan Naqvi,<br>c/o 6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland 20817<br>(Montgomery County)<br><br>      Defendants. | Case No. 8:24-cv-02900-DKC |

**[PROPOSED] ORDER GRANTING DANNY WALKER'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Having considered Danny Walker's Motion for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), APPOINTS Danny Walker as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court APPROVES Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class and Weisbrod Matteis & Copley PLLC as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE

1