**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, | Case No: 8:24-cv-02900-DKC |
| Plaintiff, | CLASS ACTION |
| v. | |
| ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION OF ERIK BAYARD
TO COMPETING MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that lead plaintiff movant Erik Bayard ("Bayard" or "Movant") hereby gives notice that he does not oppose Louis Leveque's competing motion for appointment as lead plaintiff and approval of selection of counsel for lead plaintiff in this action (ECF No. 3). Having reviewed the competing motions, the movant with the largest financial interest appears to be the Louis Leveque, with Mr. Bayard possessing the second largest financial interest.

This notice of non-opposition shall have no impact on Movant's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.  As Mr. Bayard possesses the second largest financial interest, should Louis Leveque not be appointed as lead plaintiff for any reason, Mr. Bayard should be appointed as Lead Plaintiff.

DATED:  December 23, 2024                     Respectfully submitted,

**LAW OFFICE OF PETER T. NICHOLL**

By: /s/ *Scott E. Nevin*
Scott E. Nevin, Bar No. 22478
36 South Charles Street, Suite 1700
Baltimore, MD 02120
Telephone: (410) 260-0183
Facsimile: (410) 244-1047
snevin@nicholllaw.com

*Liaison Counsel for Movant Erik Bayard*

**BRAGAR EAGEL & SQUIRE, P.C.**
Badge Humphries
(*pro hac vice* application forthcoming)
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
Telephone:  (843) 883-7444
Email:  humphries@bespc.com

*Counsel for Movant Erik Bayard*

1

**GIBBS LAW GROUP LLP**
Eileen Epstein Carney
(*pro hac vice* application forthcoming)
1111 Broadway, suite 2100
Oakland, California 94607
Telephone:  (510) 350-9700
Facsimile:  (510) 350-9701
Email:  eje@classlawgroup.com

*Additional Counsel for Movant Erik Bayard*

2

## **CERTIFICATE OF SERVICE**

I, Scott E. Nevin, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 23rd day of December, 2024.

/s/ *Scott E. Nevin*
Scott E. Nevin