## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Danny Walker, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI,<br><br>    Defendants. | Case No. 8:24-cv-02900-DKC<br><br><u>CLASS ACTION</u> |

## <u>SUGGESTION OF BANKRUPTCY</u>

**PLEASE TAKE NOTICE** that, on December 20, 2024, a voluntary petition (the "<u>Voluntary Petition</u>") for relief under chapter 11 of tile 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), was filed in the United States Bankruptcy Court for the District of Delaware by iLearningEngines, Inc. (Case No. 24-12826) (the "<u>Debtor</u>").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Voluntary Petition, an injunction is placed into effect that stays, among other things, (i) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor that was, or could have been, commenced before the filing of the Voluntary Petition or (ii) any act to obtain possession of, or exercise control over, property of the Debtor's estate.

Dated:  December 24, 2024
Wilmington, Delaware

/s/ Anthony F. Jankoski
Anthony F. Jankoski (Bar No. 30570)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K. Street, N.W., Suite 1100
Washington, D.C. 20005
P.  (202) 230-5324
anthony.jankoski@faegredrinker.com


*Proposed Counsel to the Debtor and
Debtor in Possession*

2