IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANNY WALKER, individually and : \
on behalf of all others \
similarly situated :

   v.  :  Civil Action No. DKC 24-2900

:

ILEARNINGENGINES, INC., et al.

:

**ORDER**

Defendant ILearningEngines, Inc. filed bankruptcy proceedings in which an automatic stay has been issued. Accordingly, it is this 27th day of December, 2024, by the United States District Court for the District of Maryland,

ORDERED, that this action be administratively closed as to Defendant ILearningEngines, Inc. without prejudice to the right of Plaintiffs to move to reopen this action for good cause shown.

                                              /s/ \
                                      DEBORAH K. CHASANOW \
                                      United States District Judge