**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| DANNY WALKER, Individually and on Behalf of All Others Similarly Situated, <br><br>     Plaintiff, <br><br> v. <br><br> ILEARNINGENGINES, INC., HARISH CHIDAMBARAN, and SAYYED FARHAN NAQVI, <br><br>     Defendants. | Case No.: 8:24-cv-02900-DKC <br><br> Hon. Deborah K. Chasanow |

**LOUIS LEVEQUE'S REPLY IN FURTHER SUPPORT OF HIS MOTION**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

On December 6, 2024, movant Louis Leveque ("Mr. Leveque") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel in the above-refenced action (the "Action"), stating that he had suffered a financial loss of $38,000.40 in connection with his purchases of iLearningEngines, Inc., ("iLearningEngines") securities between April 22, 2024 and August 28, 2024, inclusive (the "Class Period"). *See* ECF No. 3. Three other lead plaintiff movants filed motions, but they ultimately filed notices of non-opposition or withdrew their motions, leaving only Mr. Leveque.[1]  On December 20, 2024, Mr. Leveque filed an opposition to the competing motions. *See* ECF No. 15. On December 27, 2024, this Court issued an order stating that corporate defendant ILearningEngines filed bankruptcy proceedings and an automatic stay has been issued as to ILearningEngines, but not to individual defendants Harish Chidambaran and Sayyed Farhan Naqvi. *See* ECF No. 19.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Leveque's pending motion is unopposed, Mr. Leveque respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Leveque as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired iLearningEngines securities during the Class Period; (2) approving Mr. Leveque's selection of Levi & Korsinsky,

---

[1] On December 20, 2024, movant Danny Walker withdrew his motion.  *See* ECF No. 16. On the same day, movant Austin Alsup filed a notice of non-opposition stating that he, "does not appear to have the largest financial interest within the meaning of the PSLRA." *See* ECF No. 14. On December 23, 2024, movant Erik Bayard filed a notice of non-opposition stating that, "the movant with the largest financial interest appears to be the Louis Leveque". *See* ECF No. 17.

LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: January 2, 2025                                   Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Brian Stewart*
Brian Stewart (Bar #: 19906)
1101 Vermont Ave., NW, Suite 800
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: bstewart@zlk.com

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Louis Leveque and*
*[Proposed] Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, Brian Stewart, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I also certify that this document was mailed via first class mail, postage prepaid, to Defendants iLearningEngines, Inc., Harish Chidambaran, and Sayyed Farhan Naqvi at their last known address of 6701 Democracy Blvd., Suite 300, Bethesda, Maryland 20817 on this 2nd day of January 2025.

*/s/ Brian Stewart*
Brian Stewart