IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Southern Division)

| | |
|---|---|
| **DANNY WALKER,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **ILEARNINGENGINES, INC.,** *et al.* <br><br> Defendants. | Civil Action No. DKC 24-2900 <br><br> **DECLARATION OF CHARLES LINEHAN** |

I, Charles Linehan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the firm of Glancy Prongay & Murray LLP ("Glancy"). Glancy is counsel for Plaintiff Danny Walker. I have personal knowledge of the matters stated herein based on my participation in this action and review of records maintained by my firm.

2.      On October 7, 2024, Glancy filed a Complaint against Defendants iLearningEngines, Inc., Harish Chidambaran and Nayyed Farhan Naqvi, alleging claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, on behalf of Plaintiff Danny Walker and a proposed class of investors of iLearningEngines, Inc.

3.      On October 21, 2024, I received an email from Tijana Brien at Cooley LLP advising that Cooley regularly represents iLearningEngines, Inc. and that "while the company and individuals are still sorting out representation, the company

1

has asked us to accept service of the complaint and work out the usual scheduling stipulation."

4.     In response to Ms. Brien's email, on October 21, 2024, I sent service waivers to her.

5.     On December 6, 2024, Glancy filed a motion on behalf of Mr. Walker to be appointed as lead plaintiff in *Walker v. iLearningEngines, Inc. at al.*, Case No. DKC 24-2900 (D. Md).

6.     On December 19, 2024, Ms. Brien wrote to me again advising "iLearning Engines has not yet selected its counsel for the class action." Ms. Brien then asked: "Will you agree not take any steps around service or enforcement of any response deadlines while iLE is selecting counsel, particularly while the lead plaintiff motions are still pending?  After that point, the company's selected counsel can accept service and negotiate a schedule for any amendments/motions to dismiss with whoever has been appointed as lead plaintiff."

7.     In her December 19, 2024 email, Ms. Brien also advised that she understood the individual defendants had engaged their own counsel and directed me to contact the individual counsel regarding this proceeding. The individual counsel were: William Barry at Miller & Chevalier for Mr. Chidambaran, and John Sylvia at Mintz for Mr. Naqvi.

8.     On December 20, 2024, Glancy filed a Notice of Withdrawal of the lead plaintiff motion on behalf of Mr. Walker in as, based on our review of the other motions for appointment as lead plaintiff in *Walker v. iLearningEngines, Inc.*, another movant had the largest financial interest in the proceeding and, accordingly, was presumptively lead plaintiff.

9.     On December 24, 2024, iLearningEngines, Inc. filed a Suggestion of Bankruptcy in *Walker v. iLearningEngines, Inc.* and, on December 27, 2024, the action was closed administratively as to the company.

10. On January 15, 2025, I emailed Messrs. Barry and Sylvia, suggesting they contact counsel for the presumptive lead plaintiff regarding this proceeding.

11. To date, I have not received a response from Mr. Barry or Mr. Sylvia.

Executed at Los Angeles, California, this 12th day of February, 2025.

Charles Linehan