**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

(Southern Division)

| | |
|---|---|
| **DANNY WALKER,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **ILEARNINGENGINES, INC.,** *et al.* <br><br> Defendants. | Civil Action No. DKC 24-2900 <br><br> **DECLARATION OF CHARLES LINEHAN** |

I, Nicholas Porritt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the firm of Levi & Korsinsky, LLP. Levi & Korsinsky is counsel for Movant, Louis Leveque. I have personal knowledge of the matters stated herein based on my participation in this action and review of records maintained by my firm.

2.      On October 7, 2024, a Complaint was filed against Defendants iLearningEngines, Inc., Harish Chidambaran and Nayyed Farhan Naqvi, alleging claims pursuant to sections 10 and 20 of the Securities Exchange Act of 1934, on behalf of Plaintiff Danny Walker and a proposed class of investors in iLearningEngines, Inc.

3.      On December 6, 2024, Levi & Korsinsky filed a motion on behalf of Mr. Leveque to be appointed as lead plaintiff in *Walker v. iLearningEngines, Inc. at al.*, Case No. DKC 24-2900 (D. Md).

1

4.      On December 24, 2024, iLearningEngines, Inc. filed a Suggestion of Bankruptcy in *Walker v. iLearningEngines, Inc.* and, on December 27, 2024, the action was closed administratively as to the company.

5.      On January 29, 2025, after receiving their names from Plaintiff's counsel as potential counsel for the remaining individual defendants, Harish Chidambaran and Nayyed Farhan Naqvi, I emailed William Barry at Miller & Chevalier and John Sylvia at Mintz, requesting a conference to discuss a schedule for responding to the complaint.

6.      On January 30, 2025, I received an email from Mr. Barry advising that he does not represent Mr. Chidambaran in *Walker v. iLearningEngines, Inc.*

7.      To date, I have not received a response from Mr. Sylvia.

8.      Copies of my emails with Messrs. Barry and Sylvia, are attached hereto as Exhibit A.

9.      Following the Court's order to show cause dated January 31, 2025, Levi & Korsinsky engaged process servers to personally serve Messrs. Chidambaran and Naqvi, On February 3, 2025, Mr. Naqvi was served and Mr. Chidambaran was served on February 4, 2025.

Executed at Washington, District of Columbia this 11th day of February, 2025.

Nicholas I. Porritt

# EXHIBIT A

## Nicholas I. Porritt

| | |
|---|---|
| **From:** | Barry, William <wbarry@milchev.com> |
| **Sent:** | Thursday, January 30, 2025 2:50 PM |
| **To:** | Nicholas I. Porritt |
| **Subject:** | [External]RE: Walker v. iLearningEngines, Inc., Case No. 8:24-cv-02900-DKC (D. Md) |

Dear Mr. Porritt,

We have not yet been retained to represent Mr. Chidambaran in this matter.  Please feel free to contact me again for an update once Mr. Leveque is appointed lead counsel.

Sincerely,


**WILLIAM P. BARRY**
Member | he/him/his | Miller & Chevalier Chartered
wbarry@milchev.com | T. 202.626.5974 | M. 202.281.4467

**From:** Nicholas I. Porritt <nporritt@zlk.com>
**Sent:** Wednesday, January 29, 2025 2:59 PM
**To:** Barry, William <wbarry@milchev.com>
**Subject:** Walker v. iLearningEngines, Inc., Case No. 8:24-cv-02900-DKC (D. Md)

**EXTERNAL**

Dear Mr. Barry:

We represent Louis Leveque, the unopposed movant for appointment as lead plaintiff in the above-referenced proceeding. We understand from former corporate counsel that you represent Harish Chidambaran. We would like to set up a time to confer about a schedule in this action moving forward, once Mr. Leveque is formally appointed by the Court. Please advise of your availability over the next week.

Sincerely

Nicholas I. Porritt
LEVI&KORSINSKYLLP
1101 Vermont Avenue, NW, Suite 800
Washington DC, 20006
Tel: 202-524-4293
Fax: 212-363-7171
nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above.  If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**

1

## Nicholas I. Porritt

**From:** Nicholas I. Porritt
**Sent:** Wednesday, January 29, 2025 3:00 PM
**To:** jsylvia@mintz.com
**Subject:** Walker v. iLearningEngines, Inc., Case No. 8:24-cv-02900-DKC (D. Md

Dear Mr. Sylvia:

We represent Louis Leveque, the unopposed movant for appointment as lead plaintiff in the above-referenced proceeding. We understand from former corporate counsel that you represent Sayyed Farhan Naqvi. We would like to set up a time to confer about a schedule in this action moving forward, once Mr. Leveque is formally appointed by the Court. Please advise of your availability over the next week.

Sincerely


Nicholas I. Porritt

**LEVI&KORSINSKY**LLP

1101 Vermont Avenue, NW, Suite 800
Washington DC, 20006
Tel: 202-524-4293
Fax: 212-363-7171
nporritt@zlk.com | www.zlk.com

**CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levi & Korsinsky, LLP, which may be privileged, confidential, and/or protected from disclosure. This information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.**