**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DANNY WALKER**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILEARNINGENGINES, INC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. DKC 24-2900 |

**AMENDED CLASS ACTION COMPLAINT**

**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**TABLE OF CONTENTS**

I.    NATURE AND SUMMARY OF THE ACTION ..................................................... 1

II.    JURISDICTION AND VENUE ........................................................................... 7

III.    PARTIES ........................................................................................................ 8

    A.    PLAINTIFFS ........................................................................................ 8

    B.    DEFENDANTS .................................................................................... 9

    C.    RELEVANT NON-PARTIES ............................................................... 14

IV.    CLASS ACTION ALLEGATIONS ................................................................... 14

V.    FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS ................................. 18

    A.    iLearningEngines Software-as-a-Service ................................................. 18

    B.    iLearningEngines Goes Public via a Reverse Merger with Arrowroot ................ 24

    C.    iLearningEngines' Business Relies Heavily on its "Technology Partner" ............ 27

    D.    iLearningEngines' Unnamed "Technology Partner" is Experion ........................ 32

    E.    Experion was a Related-Party as iLearningEngines' Executives and their Family had Interests in Experion ................................................................... 36

        i.    Experion Technologies America ................................................... 36

        ii.    Experion Technologies India ........................................................ 39

        iii.    Experion Technologies Middle East & Africa .................................. 43

    F.    iLearningEngines Public Disclosures During the Class Period .......................... 51

        i.    April 22, 2024 - iLearningEngines files its Super Form 8-K .......................... 51

        ii.    May 16, 2024 - iLearningEngines files its First Form 10-Q Post-Merger ....... 52

iii.  June 21, 2024 - iLearningEngines Files the Form S-8 Registration Statement ..................................................................................................52

iv.  June 3 - August 9, 2024 - iLearningEngines Registers Shares owned by Insiders and the Arrowroot Investors Allowing them to be Freely Tradeable in the Market..................................................................................................54

v.  August 13, 2024 - iLearningEngines files its Form 10-Q for the Second Quarter 2024. ..............................................................................................57

vi.  August 29, 2024 - The Hindenburg Research Publishes A Report Claiming iLearningEngines' Revenues Are "Fake" And Experion Is An "Undisclosed Related Party"...................................................................................58

vii.  September 4, 2024 – iLearningEngines Discloses that Director Matthew Barger Resigned on the Eve of the Hindenburg Report and Fortune Discusses the Effect of the Hindenburg Report ...............................................................65

viii.  September 5, 2024 - iLearningEngines Forms a Special Committee to Investigate the Hindenburg Report's Claims as Defendant Chidambaran Denies the Claims.............................................................................................66

ix.  September 10, 2024 - Defendant Chidambaran Provides a Detailed Rebuttal to Some but Not All of the Hindenburg Report's Claims ...................................66

x.  November 18, 2024 - iLearningEngines Informs Investors that it Should No Longer Rely Upon its Financial Statements as it Placed Defendant Naqvi on Leave .....................................................................................................69

iii

xi.   December 10, 2024 - iLearningEngines Places Defendants Chidambaran and Naqvi on Administrative Leave from their Executive Roles and Appoints Defendant Olivier as the Interim CEO ...........................................................75

G.   iLearningEngines Declares Bankruptcy ...................................................77

H.   Post-Class Period Events........................................................................78

i.   December 27, 2024 - iLearningEngines announces that Defendants Chidambaran, Naqvi, and Arackal Resigned from their Roles at iLearningEngines as the Special Committee Self-Reports Potential Violations of Law to the Department of Justice.................................................................78

ii.   February 12, 2025 - Gerety Steps into the Role of Interim CEO.....................79

iii.   February 13, 2025 - Marcum Resigns as iLearningEngines Auditor as it Deflects from Retracting its Audit Opinions......................................................79

iv.   March 6, 2025 - iLearningEngines Converts its Bankruptcy Petition to Chapter 7 ..........................................................................................................80

v.   April 10, 2025 - The Bankruptcy Court Approves the Sale of iLearningEngines Debtors' Assets to AAI Solutions, Inc...............................80

vi.   April 11, 2025 – iLearningEngines' Former Interim CEO and CFO Confirms in Bankruptcy Filings that Experion was an "Insider" and a "Related Party" 81

VI.   MISREPRESENTATIONS IN THE OFFERING DOCUMENTS. ...............................86

A.   iLearningEngines' Public Offerings.........................................................86

i.   The June 21, 2024, Form S-8 Registration Statement .....................................86

ii.   The August 9, 2024, Form S-1 Registration Statement and Offering Documents....................................................................................................89

iv

B.    Relevant Accounting Guidance ...................................................................92

    i.    Generally Accepted Accounting Principles ....................................................92

    ii.    Accounting for Revenue ...................................................................................94

    iii.    Related Party Disclosures ...............................................................................103

C.    iLearningEngines' Accounting for Transactions with the Technology Partner ..106

D.    iLearningEngines Fake Revenue and Round-Trips............................................111

    i.    iLearningEngines' Technology Partner is an Unidentified and Undisclosed

       Related Party .....................................................................................................111

    ii.    Nearly All of iLearningEngines' Revenues and Expenses were with its

       Technology Partner ..........................................................................................112

    iii.    The Vast Majority of iLearningEngines Revenue is Fake ..............................114

E.    iLearningEngines Misstatements in the Financial Statements included in the Offering Documents ...........................................................................................115

F.    THE OFFERING DOCUMENTS CONTAIN UNTRUE STATEMENTS OF MATERIAL FACT, OMITTED TO STATE A MATERIAL FACT REQUIRED TO BE STATED THEREIN, AND OMITTED TO STATE MATERIAL FACTS NECESSARY TO MAKE STATEMENTS THEREIN NOT MISLEADING. .118

    i.    The Form S-8 Registration Statement..............................................................118

    ii.    The Form S-1 Registration Statement and Prospectus.....................................148

G.    MARCUM IS LIABLE FOR MISSTATEMENTS IN THE OFFERING DOCUMENTS ...................................................................................................181

H.    PLAINTIFFS AND THE SECURITIES ACT CLASSES PURCHASES OF ILEARNINGENGINES' COMMON STOCK ARE TRACEABLE TO THE OFFERING DOCUMENTS...................................................................................186

I.  CLAIMS FOR RELIEF UNDER THE SECURITIES ACT .......................................191

VII.    EXCHANGE ACT ALLEGATIONS ...............................................................195

A.    THE EXCHANGE ACT DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS ..................................................................195

    i.    April 16, 2024 – Schwab Network Interview ................................................195

ii.  April 22, 2024 – Super 8-K.................................................................196

iii.  May 16, 2024 - First Quarter 2024 Press Release...........................200

iv.  May 16, 2024 – Super 8-K Amendment ...........................................201

v.  May 27, 2024 – iLearningEngines' Post on LinkedIn .....................203

vi.  June 21, 2024 – Benzinga All Access Conversation ........................204

vii.  June 25, 2024 – Bloomberg Invest 2024 Conversation ..................206

viii. July 21, 2024 – Form S-8 Registration Statement ...........................207

ix.  August 9, 2024 - The Form S-1 Registration Statement and Prospectus.......209

x.  August 13, 2024 – Second Quarter 2024 Press Release and Form 10-Q.......212

xi.  August 13, 2024 – Second Quarter 2024 Financial Results and Corporate
Update Conference Call ...................................................................215

xii.  August 2024 – iLearningEngines Investor Overview Presentation – 2Q24 ..217

xiii. The August 29, 2024 Press Release "iLearningEngines Issues Statement on
Short Seller Report" ........................................................................220

xiv. The September 5, 2024 Press Release "iLearningEngines Announces Further
Response to Short Report" ...............................................................221

xv.  The September 10, 2024 Press Release "iLearningEngines CEO Sets the
Record Straight" and Accompanying Post.......................................221

B.    ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER.................227

i.  Defendants Chidambaran and Naqvi were Reckless as to the Misstatements
and Omissions ..................................................................................227

ii.  Defendants Chidambaran and Naqvi were Instrumental to the Relationship with and Accounting of iLearningEngines' Business with Experion ...........228

iii.  Defendants Chidambaran and Naqvi on Administrative Leave with their Subsequent Resignation during the Pendency of the Special Committee's Investigation Support a Cogent and Compelling Inference of Scienter ........230

iv.  Defendants Chidambaran and Naqvi Transferred Tens of Millions of Dollars to Experion ......................................................................................231

C.  LOSS CAUSATION AND ECONOMIC LOSS .................................................232

D.  APPLICABILITY OF PRESUMPTION OF RELIANCE—FRAUD ON THE MARKET DOCTRINE ......................................................................................233

E.  NO SAFE HARBOR......................................................................................235

F.  CLAIMS FOR RELIEF UNDER THE EXCHANGE ACT .............................236

VIII.  PRAYER FOR RELIEF .........................................................................................239

IX.  JURY TRIAL DEMAND........................................................................................240

Lead Plaintiff Louis Leveque and Plaintiff Iqbal Al Hamid (collectively, "Plaintiffs"), through their undersigned attorneys, bring this action on behalf of themselves and all persons similarly situated, allege the following based upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters. Plaintiffs' information and belief is based on the investigation of its undersigned Lead Counsel, which included, among other things, review and analysis of (i) iLearningEngines, Inc. ("iLearningEngines") public filings with the U.S. Securities and Exchange Commission ("SEC"); (ii) iLearningEngines' other public statements, including quarterly press releases, earning call transcripts and presentations; (iii) Arrowroot Acquisitions, Inc. public filings with the SEC; (iv) reports of securities and financial analysts, news articles, and other commentary and analysis concerning iLearningEngines and the industry in which it operates; and (v) review of pertinent court filings, including filings made in proceedings in the United States Bankruptcy Court for the District of Delaware; (vi) interviews with iLearningEngines investors and former employees; (vii) other obtainable information; and (viii) consultations with experts. Lead Counsel's investigation into the matters alleged herein is continuing, and many relevant facts are known only to, or are exclusively within, the custody or control of the Defendants. Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.    NATURE AND SUMMARY OF THE ACTION

1.    This is a securities class action brought on behalf of purchasers of iLearningEngines securities during the period between April 16, 2024 and December 20, 2024 (the "Class Period").

2.    ILearningEngines is a self-described "AI-powered learning automation" software company incorporated in Delaware on November 17, 2010. It is based in Bethesda, Maryland, and it was founded by Chidambaran "on a culture of innovation."

1

3.      iLearningEngines went public on April 16, 2024 (the "IPO") via a merger (the "Merger") when the legacy private iLearningEngines, Inc. entity was merged with a special purpose acquisition company ("SPAC") Arrowroot Acquisitions, Inc. ("Arrowroot").

4.      Arrowroot was a shell corporation with no business operations of its own incorporated for the explicit purpose of listing on a public exchange and subsequently effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses.

5.      On the closing of the Merger on April 16, 2024, the legacy iLearningEngines, Inc. became a wholly-owned subsidiary of Arrowroot and was renamed as iLearningEngines Holding, Inc. (prior to and after the Merger, "iLearningEngines Holdings"). Additionally, Arrowroot (NASDAQ: ARRW) changed its name to "iLearningEngines, Inc.", and the new iLearningEngines was listed on the NASDAQ under the ticker symbol "AILE".

6.      During the negotiation of the Merger, Arrowroot and iLearningEngines Holdings ascribed equity and enterprise valuations of over $1.2 billion to iLearningEngines Holdings based in material part on iLearningEngines Holdings' 2022 revenue.

7.      Throughout their statements during the Class Period in iLearningEngines filings with the SEC and in other public communications, iLearningEngines, Defendant Puthugramam "Harish" Chidambaran, iLearningEngines' founder, Chief Executive Officer ("CEO"), and Chairman of iLearningEngines' Board of Directors ("Board"), and Defendant Sayyed Farhan Naqvi, iLearningEngines' Chief Financial Officer ("CFO"), disclosed to investors purportedly strong and robust growth, revenue, and margins. Analysts echoed these statements in their reports and notes with the analysts rating iLearningEngines as a "Buy" and "Outperform."

2

8.      During the Class Period iLearningEngines stock traded on the NASDAQ as high as $10.87 per share.

9.      On June 21, 2024, iLearningEngines filed the Form S-8 Registration Statement (the "Form S-8 Registration Statement") registering up to 16,208,318 shares of iLearningEngines common stock issued or issuable to iLearningEngines employee stock and incentive plans. The Form S-8 Registration statement was effective immediately upon filing.

10.     On June 3, 2024, iLearningEngines filed a Form S-1 registration statement seeking to register up to a total of 131,649,644 shares of iLearningEngines common stock. Following two amendments, the Form S-1 Registration Statement (collectively, the "Form S-1 Registration Statement", the Form S-1 Registration Statement with the Form S-8 Registration Statement, the "Registration Statements") was declared effective by the United States Securities and Exchange Commission ("SEC") on August 9, 2024 and were offered for sale by a prospectus pursuant to the Rule 424(b) (3) initially filed by iLearningEngines with the SEC on August 12, 2024, and subsequently amended seven times thereafter through December 10, 2024.

11.     In the Form S-1 Registration Statement, including its prospectus and amendments, and the Form S-8 Registration Statement (collectively, the "Offering Documents") filed with the SEC, iLearningEngines provided investors with its financial statements for the years 2021, 2022, and 2023 as well as the first two quarters of 2024. The financial statements purported to report iLearningEngines' revenues, expenses, and disclosed any "Related Party" and "Related Party Transactions". The annual financial statements for 2021, 2022, and 2023 were also accompanied by an audit report provided by iLearningEngines public accounting firm: Marcum LLP which certified that the financial statements were properly stated in accordance with generally accepted

3

accounting principles ("GAAP"). The market and investors alike relied on this highly material information when evaluating iLearningEngines' business, its prospects, and value.

12.     iLearningEngines' financial statements disclosed a material relationship with an unnamed entity, simply referred to anonymously as the "Technology Partner." iLearningEngines disclosed that it had a Master Agreement, a 5-year contract originally entered in 2019 and most recently renewed in 2024, with this Technology Partner. iLearningEngines described that the Technology Partner contributed a material part of iLearningEngines revenues and its expenses, with the Technology Partner contributing over 92% of iLearningEngines revenues and costs of revenues in 2021, 2022, and 2023. iLearningEngines did not disclose that the Technology Partner was a "related party" and, as such, did not record any of its transactions with it as "related party transactions." In fact, in response to comments by the SEC concerning the Form S-4 issued as part of the Merger, Arrowroot (now iLearningEngines) stated that "the Technology Partner is not a related party and they do not hold any financial interest in iLearningEngines."

13.     On August 29, 2024, before the market opened, an independent and well-respected investment research firm, Hindenburg Research, published an investigative research report on iLearningEngines titled "An Artificial Intelligence SPAC With Artificial Partners And Artificial Revenue" (the "Hindenburg Report"). The Hindenburg Report, in material part, challenged iLearningEngines' revenue claims supporting why it believed that iLearningEngines' revenues were "largely fake". The Hindenburg Report further established that the "Technology Partner" described in the iLearningEngines' SEC filings was an entity named "Experion" and provided evidence showing that a number of iLearningEngines' executives and directors had interests, control, and/or ties to Experion and that iLearningEngines' executives and Board failed to disclose to the market that Experion was in fact an undisclosed Related Party to iLearningEngines.

14.    In response to this news, the market responded quickly and decisively with iLearningEngines investors selling their shares. The information disclosed on August 29, 2024, caused the price of iLearningEngines stock to decrease by $1.70 per share from its previous closing price of $3.19 per share on August 28, 2024, to close at $1.49, on an abnormally large volume of over 12.568 million shares. In a sole trading session, iLearningEngines' stock price fell 53.3%.

15.    iLearningEngines and Defendant Chidambaran quickly denied the allegations of the Hindenburg Report with Chidambaran publishing a lengthy rebuttal letter on iLearningEngines website on September 5, 2024. In response to this, an analyst at the Benchmark Company published an analyst report on iLearningEngines, Inc. (AILE) titled "iLE Issues Comprehensive Rebuttal to Hindenburg Short Sale Report." Without sufficient time to verify the accuracy of the statements, the analyst accepted Chidambaran's response and dismissed the Hindenburg Report's allegations, expressing little concern about iLearningEngines' apparently fake revenue.

16.    On September 5, 2024, the iLearningEngines Board of Directors also established a Special Committee to investigate the claims contained in the Hindenburg Report.

17.    Then on November 18, 2024, iLearningEngines surprised the market when it announced that the financial statements for iLearningEngines Holdings and iLearningEngines from 2020 through the second quarter 2024, including those incorporated by reference into the Form S-4, the Form S-8 Registration Statement, and the Form S-1 Registration should no longer be relied upon based on the recommendation of the Special Committee that had been formed to investigate that claims detailed in the Hindenburg Report. The announcement also announced that iLearningEngines' independent registered public accounting firm, Marcum LLP, had informed the Audit Committee of its conclusion that its reports dated April 22, 2024 and September 1, 2023, on the iLearningEngines Holdings' previously issued consolidated financial statements as of

December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023 and as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, respectively, should no longer be relied upon.

18.    In this same announcement, iLearningsEngines further announced that it received a subpoena from the SEC, the Board had placed Defendant S. Farhan Naqvi on administrative leave from his position as CFO, and that third-quarter 2024 financial results were going to be delayed until after the conclusion of the Special Committee's investigation. In response to this news, the price of iLearningEngines common stock decreased by $0.405 per share, or 27%.

19.    Then on December 10, 2024, iLearningEngines announced that based on the recommendation of the Special Committee that it had placed Defendant Chidambaran on administrative leave from his role as CEO, along with two other iLearningEngines executives implicated in the Hindenburg Report: Balakrishnan Arackal, President and Chief Business Officer, and Ramakrishnan Parameswaran, SVP of Technology & Products. In response to this news, iLearningEngines stock price fell $0.17, or 14.17%.

20.    On December 23, 2024, less than eight months after going private. iLearningEngines announced that it had voluntarily filed for bankruptcy. In response to this news, iLearningEngines stock price fell $0.695 or 78.5% to $0.19 per share.

21.    Four days later, on December 27, 2024, iLearningEngines announced that Chidambaran, Naqvi, Arackal, Parameswaran, and Vivek Chary, Vice President – Consulting and Business Operations, had all resigned from their positions and all other offices at iLearningEngines. iLearningEngines further disclosed that the Special Committee "self-reported potential violations of law to the Department of Justice" ("DOJ") and that counsel for the Special Committee was cooperating with both the DOJ's and the SEC's investigations.

22.    On March 6, 2025, iLearningEngines converted its bankruptcy proceeding to a Chapter 7 liquidation. In April 2025, the U.S. Trustee sold iLearningEngines' entire business, given a valuation by Defendants of $1.2 billion just 12 months earlier, for $1.5 million.

23.    The course of events that unfolded following the claims of the Hindenburg Report not only validated many of the Hindenburg Reports' claims but also its conclusion that "iLearningEngines should have never been brought public, and suspect it won't remain public for long."

24.    Notably, in filings made in the bankruptcy proceedings by iLearningEngines wholly-owned subsidiary, iLearningEngines Holdings, iLearningEngines former interim CEO and CFO admitted that the same Experion entity implicated by the Hindenburg Report as an undisclosed related party, Experion EMA Corporation, was an iLearningEngines' "insider" and a "Related Party."

25.    Less than eight months after becoming a public company, iLearningEngines filed for bankruptcy in which its assets and its subsidiaries were sold for a mere $1.5 million. Its stock is now, and has always been, effectively worthless yet Defendants managed to briefly fool investors that it was worth over $10 per share. Relying on materially false and/or misleading statements and omissions about iLearningEngines' financial statements and business contained in its Registration Statements, other SEC filings, and other public statements, investors unknowingly purchased securities in a worthless and fraudulent enterprise and have lost millions of dollars as a result.

## II.    **JURISDICTION AND VENUE**

26.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331, § 27 of the Exchange Act, and § 22 of the Securities Act of 1933 ("Securities Act"). The

7

claims asserted herein arise under §§ 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j(b), and 78t(a)), Rule 10b-5(b) promulgated thereunder (17 C.F.R. §§ 240.10b-5(b)), and under §§ 11 and 15 of the Securities Act (15 U.S.C. §§ 77k, and 77o).

27.    Venue is proper in this District pursuant to Section 27 of the Exchange Act, Section 22 of the Securities Act, and 28 U.S.C. §1391(b) and (c) because one or more Defendants may be found or reside here or had agents in this district, transacted or is licensed to transact business in this district, and because a substantial portion of the affected trade and commerce described below has been carried out in this district.

28.    In connection with the acts and conduct alleged in this Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint"), Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mail, interstate telephone communications, and the facilities of the national securities markets.

## III.    PARTIES

### A.    PLAINTIFFS

29.    Lead Plaintiff Louis Leveque purchased iLearningEngines securities during the Class Period and suffered damages because of the violations of the federal securities laws alleged herein. Plaintiff Leveque also purchased iLearningEngines common stock purchased or otherwise acquired iLearningEngines common stock pursuant and/or traceable to iLearningEngines Form S-8 Registration Statement issued in connection with iLearningEngines registration of employee shares. On February 27, 2025, the Court appointed Louis Leveque as a Lead Plaintiff for the Class. ECF No. 36. A certification evidencing Lead Plaintiff Leveque's transactions in iLearningEngines

was filed with his Lead Plaintiff application (ECF No. 3-3) incorporated herein by reference as if fully set forth below.

30.     Plaintiff Iqbal Al Hamid purchased iLearningEngines securities during the Class Period and suffered damages because of the violations of the federal securities laws alleged herein. Plaintiff Iqbal Al Hamid also purchased iLearningEngines common stock purchased or otherwise acquired iLearningEngines common stock pursuant and/or traceable to the Offering Documents and was damaged thereby. A certification evidencing Plaintiff Iqbal Al Hamid's transactions in iLearningEngines is attached hereto as Exhibit A and incorporated herein by reference as if fully set forth below.

## B. **DEFENDANTS**

31.     Defendant Puthugramam "Harish" Chidambaran ("Chidambaran") founded iLearningEngines Holdings in 2010 and was its President and CEO from November 2010 to April 2024. Following the Merger, Chidambaran served as the CEO of iLearningEngines until he was placed on administrative leave from this role on December 5, 2024, amidst an ongoing internal investigation into allegations of suspected fraud. Chidambaran later resigned as iLearningEngines' CEO on December 23, 2024, while the Special Committee of the Board's investigation into the Hindenburg Reports claims was ongoing. Defendant Chidambaran served as the Chairman of iLearningEngines' Board of Directors at all relevant times. Chidambaran signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

32.     Defendant Sayyed Farhan Naqvi ("Naqvi") served as the CFO and Treasurer of iLearningEngines from April 2024 until November 12, 2024, when the Board placed him on administrative leave from his CFO position and appointed him as iLearningEngines Senior Vice President – Corporate Development amidst an ongoing internal investigation into allegations of

suspected fraud. Naqvi resigned as iLearningEngines' Senior Vice President – Corporate Development on December 23, 2024, while the Special Committee of the Board's investigation into the Hindenburg Reports claims was ongoing. Prior to the Merger, Naqvi served as the CFO of iLearningEngines Holdings from February 2019 until the Merger. Prior to joining iLearningEngines Holdings, Defendant Naqvi was a Transaction Advisor at Ernst & Young from 2017 to February 2019 and served as an investment banker at Deutsche Bank Securities, Inc. from 2013 to 2017. Naqvi also held prior roles at MHT Partners. Naqvi signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024 and July 22, 2024, respectively.

33.     Defendants Chidambaran and Naqvi are collectively referred to the as "Executive Defendants." The Executive Defendants, in part because of their positions with iLearningEngines, possessed the power and authority to control the contents of iLearningEngines' reports to the SEC, as well as its press releases and presentations to securities analysts, money and portfolio managers and investors, *i.e.*, the market. Each Executive Defendant made or controlled the public statements alleged herein to be false or misleading and had the ability and opportunity to prevent those statements from being disseminated to the market or cause them to be corrected during their tenure with iLearningEngines. Because of their positions and access to material non-public information available to them, each of these Executive Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public, and that the positive representations which were being made were then materially false and/or misleading.

34.     Defendant Balakrishnan Arackal ("Arackal"), also known as Bala Krishnan and Balakrishnan Arakkal Parameswaran, joined iLearningEngines Holdings in 2014 and led the company's sales and marketing as its Chief Business Officer. Arackal is the brother of Ramakrishnan Parameswaran, who served as iLearningEngines Senior Vice President of

10

Technology and Products. Following the Merger in April 2024, Arackal served as iLearningEngines' President and Chief Business Officer until he was placed on administrative leave from these roles on December 5, 2024, amidst an ongoing internal investigation into allegations of suspected fraud. Arackal later resigned as iLearningEngines' President and Chief Business Officer on December 23, 2024, while the Special Committee of the Board's investigation into the Hindenburg Reports claims was ongoing. Arackal also served as an Independent Contractor for iLearningEngines Holdings from 2014 to September 2018 and as an Executive Director at Experion Technologies from 2011 to 2014. Arackal served a member of the Board since the Merger. In his capacity as its director, Arackal signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

35.    Defendant Matthew Barger ("Barger") was appointed to the Board upon the consummation of the Merger with Arrowroot on April 16, 2024. The Board qualified Matthew Barger along with Thomas Olivier, Bruce Mehlman, Ian Davis and Michael Moe as independent directors. Subsequently, Barger was also appointed to the Audit Committee and served as its Chair. Barger additionally served on the Board's Nominating and Corporate Governance Committee. Barger remained as a member of the Board of Directors and both committees until his resignation on August 29, 2024, the date the Hindenburg Report was published. In his capacity as its director, Barger signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

36.    Defendant Ian Davis ("Davis") was appointed to the Board upon the consummation of the Merger with Arrowroot on April 16, 2024. Davis was also determined to act as an independent director. Davis was appointed to the Audit Committee, the Compensation Committee, and the Nominating and Corporate Governance Committee, serving as chair of the Nominating

11

and Corporate Governance Committee. In his capacity as its director, Davis signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively

37.     Defendant Bruce Mehlman ("Mehlman") was appointed to the Board upon the consummation of the Merger with Arrowroot on April 16, 2024. Mehlman was qualified as an independent director. Mehlman served on the Compensation Committee and acted as its chair. In his capacity as its director, Mehlman signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

38.     Defendant Michael Moe ("Moe") was appointed to the Board upon the consummation of the Merger with Arrowroot on April 16, 2024. The Board also qualified Moe as an independent director. Moe was appointed and served as a member of the Audit Committee. In his capacity as its director, Moe signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

39.     Defendant Thomas Olivier ("Olivier") was appointed to the Board upon the consummation of the Merger with Arrowroot on April 16, 2024. Olivier was qualified as an independent director. Olivier served as Arrowroot's President and Chief Financial Officer and the Vice Chairman of its board of directors since its inception in November 2020. Olivier is a managing director at Arrowroot Capital and has held this position since March 2021. Olivier also served as iLearningEngines' Interim CEO after Defendant Chidambaran was placed on administrative leave on December 5, 2024 until Olivier stepped down from this role on February 12, 2025. Olivier serves as the President of AAI Solutions, Inc., a Delaware Corporation, that on April 10, 2025, acquired the assets of iLearningEngines, iLearningEngines Holdings, in2vate, LLC, and iLearningEngines FZ-LLC from the Chapter 7 trustee in the bankruptcy proceedings for

12

these entities. In his capacity as its director, Olivier signed the Form S-8 Registration Statement and Form S-1 Registration Statement, on June 21, 2024, and July 22, 2024, respectively.

40.     Defendants Chidambaran, Naqvi, Arackal, Barger, Davis, Mehlman, Moe, and Olivier are collectively referred to as the "Individual Defendants." The Individual Defendants, in part because of their positions with iLearningEngines, possessed the power and authority to control the contents of iLearningEngines' reports and registration statements filed with the SEC, as well as its press releases and presentations to securities analysts, money and portfolio managers and investors, *i.e.*, the market. Each of the Individual Defendants made or controlled the public statements in the Offering Documents alleged herein to be false or misleading and had the ability and opportunity to prevent those statements from being disseminated to the market or cause them to be corrected during their tenure with iLearningEngines. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public, and that the positive representations which were being made were then materially false and/or misleading.

41.     Defendant Marcum LLP ("Marcum") served as iLearningEngines' independent registered public accounting firm when it was a private company through the Class Period and until February 13, 2025, when it resigned. On April 16, 2024, following iLearningEngines going public, the Board approved the engagement of Marcum as its independent registered public accounting firm. Marcum also served the independent registered public accounting firm for iLearningEngines Holdings prior to the Merger. Marcum certified the annual financial statements of iLearningEngines and iLearningEngines Holdings incorporated in iLearningEngines' Registration Statements.

42. The Executive Defendants collectively with Arackal are referred to as the "Exchange Act Defendants." The Individual Defendants with Marcum are referred into as the "Securities Act Defendants." The Securities Act Defendants along with the Exchange Act Defendants are collectively referred to as the "Defendants."

## C.  RELEVANT NON-PARTIES

43. Experion Technologies is a global software services company with offices in Europe, Asia-Pacific, and North America. Experion Technologies operates through multiple subsidiaries and uses trade names. Experion Technologies' trade names include Experion Technologies Middle East & Africa; Experion Technologies Americas; Experion Technologies India; Experion Technologies Europe; and Experion Technologies Asia Pacific. Experion has many legal entities under its organizational umbrella, including the following related, affiliated, and/or subsidiaries: Experion Technologies FZ, LLC; Experion Infosystems Private Limited; Experion Technologies Middle East & Africa FZ LLC; Experion Infosystems India; Experion Technologies USA Inc.; Experion Technologies (I) Pvt Ltd; Experion Australia; Experion GmbH; Experion Global p/a; Experion Technologies Sàrl. These trade names and legal entities, including any others used by Experion Technologies, are individually and collectively referred to herein as "Experion."

## IV.  CLASS ACTION ALLEGATIONS

44. Plaintiffs bring this class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b) on their own behalf and on behalf of three classes:

> a. Form S-8 Securities Act Class: a class consisting of all persons and entities that purchased or acquired iLearningEngines, Inc. common stock pursuant to or traceable to iLearningEngines Form S-8 Registration Statement, and were damaged thereby (the "Form S-8 Securities Act Class"). The "Form

14

S-8 Registration Statement" is iLearningEngines' Registration Statement filed on Form S-8 with the United States Securities and Exchange Commission on June 21, 2024.

b. <u>Form S-1 Securities Act Class</u>: a class consisting of all persons and entities that purchased or acquired iLearningEngines, Inc. common stock pursuant to or traceable to iLearningEngines' Form S-1 Offering Documents, and were damaged thereby (the "Form S-1 Securities Act Class"). The "Form S-1 Offering Documents" are iLearningEngines' (i) Form S-1 Registration Statement No. 333-279908, (ii) prospectus dated August 12, 2019, and (iii) prospectus supplements numbers 1-7, dated August 14, 2024, August 28, 2024, August 30, 3024, September 4, 2024, September 5, 2024, and November 18, 2024, and December 10, 2024, respectively.

c. <u>Exchange Act Class</u>: a class consisting of all persons and entities that purchased or acquired iLearningEngines securities between April 16, 2024 and December 20, 2024, inclusive (the "Class Period"), and who were damaged thereby (the "Exchange Act Class"). The Exchange Act Class asserts claims under §§ 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)), and SEC Rule 10b-5 (17 C.F.R. § 240.10b-5) promulgated thereunder.

Excluded from the Classes are each of: (a) the Defendants, their respective successors, assigns, parents and subsidiaries; (b) the past and current executive officers and directors of iLearningEngines; (c) Experion (defined in paragraph 43), any affiliates or subsidiaries thereof, and its past and current executive officers and directors; (d) the legal representatives, heirs,

successors or assigns of the Defendants; (e) and any entity in which any of the foregoing excluded persons have or had a majority ownership interest.

45.    The Form S-8 Securities Act Class and the Form S-1 Securities Act Class are collectively referred to as the "Securities Act Classes." The Securities Act Classes and the Exchange Act Class are collectively referred to as the "Classes."

46.    The members of the Classes are so numerous that joinder of all members is impracticable. While the exact number of members of the Class is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are thousands of members in the proposed Classes. Record owners and other members of the Classes may be identified from records maintained by iLearningEngines or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. As of May 14, 2024, iLearningEngines had 134,313,494 shares of common stock outstanding.

47.    Plaintiffs' claims are typical of the claims of the Classes in that all members of the Classes were damaged by the same wrongful conduct of Defendants as alleged herein, and the relief sought is common to the Classes.

48.    Numerous questions of law or fact arise from Defendants' conduct that is common to the Classes, including but not limited to, whether:

      a.  Defendants violated the federal securities laws;

      b.  whether the statements made were materially false or misleading, or omitted material facts;

      c.  As to the Exchange Act Class only, whether the Exchange Act Defendants acted knowingly or with deliberate recklessness in issuing false and misleading statements;

16

d.  As to the Exchange Act Class only, whether the price of iLearningEngines securities were artificially inflated and/or maintained during the Class Period; and

e.  the members of the Classes have sustained damages and the proper measure of damages.

49.  These and other questions of law and fact are common to the Classes and predominate over any questions affecting only individual members of the Exchange Act and Securities Act Classes.

50.  Plaintiffs' claims are typical of the claims of other members of the Classes and the other members of the Classes sustained damages arising out of Defendants' wrongful conduct in violation of federal law as alleged in this Amended Complaint.

51.  Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class actions and securities litigation. Plaintiffs have no interests antagonistic to, or in conflict with, those of the Class.

52.  This class action is superior to the alternatives, if any, for the fair and efficient adjudication of this controversy. Prosecution as a class action will eliminate the possibility of repetitive litigation. There will be no material difficulty in the management of this action as a class action.

53.  The prosecution of separate actions by individual members of the Classes would create the risk of inconsistent or varying adjudications, establishing incompatible standards of conduct for Defendants.

17

## V.    FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

### A.  iLearningEngines Software-as-a-Service

54.    iLearningEngines is a self-described "AI-powered learning automation" software company incorporated in Delaware on November 17, 2010. It was founded by Chidambaran "on a culture of innovation." iLearningEngines was based in Bethesda, Maryland.

55.    iLearningEngines Holdings was incorporated in 2010 as iHealthEngines Inc. before it changed its name to iLearningEngines, Inc. in 2018. On April 16, 2024, when it completed the Merger with Arrowroot, iLearningEngines changed its name to iLearningEngines Holdings.

56.    While iLearningEngines claims to be an "early pioneer in enterprise AI", its history says otherwise. An archived capture of its predecessor iHealthEngines website from March 2017 describes the company as "a rewards-based patient education and change management platform" and as "a credits based platform for patient education and engagement and clinician education and engagement." None of the descriptions of the iHealthEngines platform and technology mention the use of AI.

57.    Per a website capture by the Wayback Machine, a well-known non-profit company that archives internet webpages, iHealthEngines website on March 15, 2017 described iHealthEngines business as a "reward-based" platform:



58.    Similarly, what appears to be the initial website of the www.ilearningengines.com website dated November 2017 describes iLearningEngines as "a Learning as a Service platform" and as a "credits-based learning and engagement engine." iLearningEngines' business model based on a rewards-based system does not resemble the hallmarks of an AI pioneer.



59.     Archived web captures show that iLearningEngines continued to describe its business as "a Learning as a Service platform" and "credits-based learning and engagement engine" at least until December 2018.

60.    It was not until as late as August 2020 that iLearningEngines introduced an "AI" component to its business description portraying itself as an "AI Powered Learning Platform" and "AI powered engagement - AI Driven Assists, Recommendation & Search Engine."

61.    However, a search on Google Patents for AI patents owned by iLearningEngines shows no results. There is only one patent US20120251993A1 from 2012 linked to iHealthEngines with Chidambaran as the inventor, but it is focused on a "reward-based system" for promoting health education, with a query function that feeds a database, with no indication of any innovative "AI" component:



62.     According to its filings with the SEC following going public in April 16, 2024, iLearningEngines is a valued-added enterprise AI company that offers "AI-powered learning automation" software on its "out-of-the box AI-platform" and other "related software as a service ('SaaS')." iLearningEngines asserts that earns revenue "primarily through user licenses that provide end customers and their licensed users with the right to use our software and access to continuous support." iLearningEngines claims that its "proprietary AI platform" serves "more than 1,000 enterprise end customers with over 4.7 million licensed users across 12+ industry verticals, including education, healthcare, insurance, manufacturing, cybersecurity and energy and utilities." iLearningEngines reported its services in 2023 generated "$421 million of revenue, representing 36% growth over the prior year, with 69% gross margins."

63.     iLearningEngines describes its platform as consisting of three main parts/processes: (1) the creation of "Knowledge Clouds" from data retrieved from both internal institutional data and external sources, including by the platform integrating data from connected enterprise resources such as Salesforce, Workday, Microsoft Teams, and SharePoint/OneDrive; (2) the application of its "Out-of-the-Box AI Engine" and its "numerous proprietary AI algorithms" (advanced machine learning, natural language processing capabilities, neural networks and adaptive learning models) that have been trained by its data sets; (3) the use of iLearningEngines' "no-Code Work Flow and AI Canvas" to the Knowledge Cloud(s) that integrate an organizations' systems using AI without custom computer programming to optimize the organization's workflows, including by creating chat bots with subject matter expertise and "providing smart decision making" that will "unlock" a company's institutional knowledge.

22

64.    In explaining iLearningEngines' Out-of-Box AI platform, an analyst report from Northland Capital Markets, provided the following diagram:



65.    iLearningEngines states that its AI platform offers two solutions to enterprises: Learning Automation and Information Intelligence. iLearningEngines' Learning Automation offering is designed to leverage AI to create real time learning solutions to assist in developing an organization's personnel through, amongst other things, content and course creation, blended learning, test creation and grading, and adaptive testing. iLearningEngines' Information Intelligence offering seeks to use its AI Assistant to integrate enterprises systems to provide "predictive and preventive decisions based on real-time data insights" and to achieve "seeking cost savings with aging Enterprise Resource Planning, Customer Relationship Management or Document Management systems."

66.    iLearningEngines was led by Chidambaran, CEO and founder, Arackal, Chief Business Officer, and Naqvi, CFO and Treasurer. According to its SEC filings, iLearningEngines

23

reported revenue of $217.9 million, $309.2 million, and $420.6 million, for fiscal years 2021, 2022 and 2023, respectively. iLearningEngines claims that as of May 2024, it had 101 full-time employees and 428 contract employees worldwide. iLearningEngines states that its employees are "remote-first" with a significant portion being "contract employees" that may be provided through their "channel partners." According to its SEC filings, in the United States, iLearningEngines had concentrations of employees in Alaska, Connecticut, Illinois, Maryland, Oklahoma, Texas and Virginia with non-US based employees located in Australia, India, the United Kingdom and the United Arab Emirates.

**B. iLearningEngines Goes Public via a Reverse Merger with Arrowroot**

67.    The legacy iLearningEngines, Inc. (now known as iLearningEngines Holdings) was a private company until it became a wholly-owned subsidiary of Arrowroot (who was later renamed to iLearningEngines, Inc.), a public company, on April 16, 2024, as part of the reverse de-SPAC Merger. Just prior to the deal closing, the still private iLearningEngines Holdings was in a dire financial state, reporting just $800,000 in cash, $22 million in debt, and an accumulated deficit of $47.1 million as of March 2024.

68.    Arrowroot was incorporated in Delaware on November 5, 2020, as a blank check SPAC. In other words, Arrowroot was formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses to be identified in the future.

69.    On March 4, 2021, Arrowroot began trading when it consummated its initial public offering of 28,750,000 units at an offering price of $10.00 per unit and a private placement with its sponsor, Arrowroot Acquisition LLC (or the "Sponsor"), of 8,250,000 private placement warrants at a price of $1.00 per warrant. Arrowroot's IPO raised $287.5 million in net proceeds—

24

that were placed in a trust for the benefit of the unit holders—with the intent to seek out a merger candidate in the enterprise software industry.

70. Following the completion of the IPO, between 2021 and the first half of 2022, Arrowroot considered various potential target businesses with the goal of finalizing a definitive agreement with respect to a potential business combination.

71. On October 31, 2022, Arrowroot entered into a non-disclosure agreement and non-binding Letter of Intent with iLearningEngines Holdings.

72. In early 2023, Arrowroot Capital discussed with iLearningEngines Holdings a convertible debt investment that would meet the immediate cash needs of iLearningEngines Holdings. To this aim, Arrowroot Capital and iLearningEngines Holdings revised the terms of a contemplated Series A Preferred Financing into a convertible note investment of up to $50 million of total capacity by Arrowroot Capital or one of its affiliates into iLearningEngines Holdings to proceed concurrently with the merger agreement. The financing note reflected a recognition that the SPAC transaction may not, for a variety of reasons, close, and a preference by the potential investors, including Arrowroot Capital, to hold debt. The financing note would close upon signing of the merger agreement to provide needed near-term financing to iLearningEngines Holdings.

73. On January 25, 2023, Arrowroot held a board meeting to discuss the proposed strategy moving forward with the SPAC transaction with iLearningEngines Holdings, including new terms for a revised LOI. The Arrowroot Board discussed the proposed valuation for iLearningEngines Holdings of $1.28 billion.

74. Additionally, as negotiations continued, iLearningEngines Holdings and Arrowroot deemed it necessary to enter into a forward purchase agreement ("FPA") with respect to the proposed business combination. The parties decided to pursue the FPA to ensure a certain number

of shares would be tradable at close to help support a healthy trading environment for the company's stock post close.

75.     On April 27, 2023, Arrowroot, iLearningEngines Holdings, and a merger sub executed the Agreement and Plan of Merger and Reorganization, dated April 27, 2023 (as amended, the "Merger Agreement"). Concurrently with the execution of the Merger Agreement, (a) Arrowroot, the Sponsor, and iLearningEngines Holdings also entered into the Sponsor Support Agreement and (b) Arrowroot, iLearningEngines Holdings and certain stockholders of iLearningEngines Holdings, also entered into the Stockholder Support Agreement. In addition, on April 27, 2023, (i) an affiliate of Arrowroot Capital, (ii) Polar Multi-Strategy Master Fund and (iii) iLearningEngines Holdings consummated a note financing.

76.     On April 27, 2023, iLearningEngines announced that it was going to list on NASDAQ via a merger with Arrowroot. Per the Merger agreement, iLearningEngines merged with Arrowroot and ARAC Merger Sub, Inc. (the "Merger Sub"), a wholly owned subsidiary of Arrowroot. Per the announcement, "[t]he agreement includes a minimum cash requirement of $100 million that will be funded through several sources. The combined entity will receive approximately $43 million from Arrowroot's trust account, assuming no redemptions by Arrowroot's public stockholders" with the additional funds to come from a private convertible offering with participation from Arrowroot Capital and other institutional investors.

77.     On May 2, 2023, Arrowroot and iLearningEngines Holdings issued a joint press release announcing the execution of the Merger Agreement. Upon closing of the Merger transaction, the combined company was going to be named iLearningEngines, Inc. and continued to be led by iLearningEngines' CEO and founder, Chidambaran.

78.     On September 5, 2023, Arrowroot filed a registration statement on Form S-4 (No. 333-274333) in connection with the Merger of iLearningEngines. The Form S-4 was amended three times with the last amendment filed on January 5, 2024 (collectively, the "Form S-4").

79.     On April 17, 2024, iLearningEngines Holdings went public via a reverse merger with Arrowroot. At the time the merger closed, the funds in Arrowroot's trust account had declined from $287.5 million to $5.9 million, due to most stockholders electing to redeem their shares for cash instead of becoming investors in the newly merged entity.

80.     Upon the Closing, iLearningEngines received approximately $52.7 million in gross proceeds, comprising approximately $5.9 million from the Arrowroot trust account, approximately $17.4 million from the 2023 Convertible Notes . . . and approximately $29.4 million from the 2024 Convertible Notes.

81.     On the closing of the Merger, Arrowroot (NASDAQ: ARRW) changed its name to "iLearningEngines, Inc." and was listed on the NASDAQ under the ticker symbol "AILE".

## C. **iLearningEngines' Business Relies Heavily on its "Technology Partner"**

82.     Although iLearningEngines directly contracts with some end customers, most of the revenue and sales comes from its partner relationships. iLearningEngines stated that it has partner relationships with a "Technology Partner" and valued added resellers ("VARs"), including those it and Chidambaran later disclosed in their response to the Hindenburg Report: Exult Global, Techvantage, Vedhik Schools, and Experion.

83.     Notably, iLearningEngines details that VARs are "customers" as they "develop their own solutions which integrate our AI and automation platform and then sell their solutions directly to their end customers."

27

84.     iLearningEngines further defines its "contracted customers" as "VARs, direct end customers and end customers who purchase our services directly through channel partners, that have purchased one or more of our products under a unique customer identification number since our inception for our license products and individuals or entities that have an active maintenance and support agreement for at least one of our maintenance and support products."

85.     Notably, these "contracted customers" may be different purchasers within the same organization, and therefore "assigned a unique customer identification number and deemed a separate customer."

86.     iLearningEngines reported the following number of "contracted customers" and "licensed users" in its filings with the SEC:

| As of | Contracted Customers | Licensed Users |
|---|---|---|
| December 31, 2021 | 11 | 2.8 million |
| December 31, 2022 | 24 | 3.9 million |
| December 31, 2023 | 26 | 4.4 million |
| March 31, 2024 | 29 | 4.7 million |

87.     In the six-months ended June 30, 2024, iLearningEngines had four customers that represented 6.3%, 12.9%, 11.3% and 10.9% of iLearningEngines' revenue. iLearningEngines' revenue by geographic region for this same period was 42.5% North America, 40.6% India, and 16.8 % from the Middle East and Europe.

88.     Despite this number of "VARs" and "contracted customers," there is one company (consisting of a group of related and/or affiliated entities) that stands out from the rest in iLearningEngines' filings with the SEC, including its financial statements: the "Technology Partner."

89.     As part of its services, the Technology Partner purportedly purchases and then integrates iLearningEngines' platform into the Technology Partner's own software solution

28

provided to one of the Technology Partner's customers. iLearningEngines has also outsourced all of its implementations of the platform to the Technology Partner.

90.    In iLearningEngines' Management's Discussion and Analysis for the fiscal year ended December 31, 2023 and the Form S-1 Registration Statement, iLearningEngines detailed the relationship it had with its "Technology Partner" as:

> As described in the Technology Partner policy note in Note 2 . . . , *we enter contracts with the Technology Partner through which the Technology Partner purchases and integrates our platform into the Technology Partner's own software solution provided to one of the Technology Partner's customers*. In this type of contractual arrangement, we identify the Technology Partner as our customer. In contractual arrangements in which the Technology Partner is identified as the customer, the Technology Partner's end customer may or may not be known by us. In cases in which the Technology Partner's customer is known to the Company, the geography is determined based on the location of the Technology Partner's customer and conversely, in cases in which the Technology Partner's customer is not known, the customer geography is determined based on the geography of the Technology Partner.
>
> *            *            *
>
> All customers require implementation services prior to being able to use the iLearningEngines platform. T*o date iLearningEngines has outsourced these services to its technology partner ("Technology Partner") who has been trained to provide the implementation services*. Implementation services generally take one to three months and consist of the phases we follow as part of our customer onboarding process. We are the principal in the delivery of implementation services.

Emphasis added.

91.    In the Form S-4, iLearningEngines detailed that it treats the Technology Partner as an "agent" in certain instances and as an "end customer" in others. Specifically, this relationship was described as:

> The Company has a long-term relationship with a Technology Partner. The Technology Partner provides research and development ("R&D"), sales and marketing, and implementation and support services to the Company. In addition, the Technology Partner also purchases, integrates and resells the Company's platform to end customers.

29

When ILE contracts directly with the end customer, the Technology Partner provides front-end sales and marketing support to identify the end customer, but ILE contracts directly with the end customer to provide Implementation Services and the ILE platform. Separately, the Company contracts with the Technology Partner for the Technology Partner to provide implementation support services on behalf of the Company to the end customer. The Company is primarily responsible for fulfilling the promise to provide the specified goods and services over the contract term to the end customer and has discretion in establishing the price. Therefore, the Company determined the end customer is its customer, and the Technology Partner is acting as the Company's agent.

When the Technology Partner purchases and integrates the ILE platform into the Technology Partner's own software solution provided to the Technology Partner's end customer, the Technology Partner identifies and contracts with the end customer to provide the integrated software solution and support services. In these arrangements, the Technology Partner controls the ILE platform in these arrangements, and the Company considers the Technology Partner to be its end customer for this contractual relationship.

92.    In the Form S-1 Registration Statement, iLearningEngines further clarifies this arrangement stating:

Because the Technology Partner is a customer in some arrangements and a vendor in other arrangements, the Company evaluated the fees it pays the Technology Partner for the various services provided to the Company. The Company determined the services it received from the Technology Partner were distinct and the consideration paid to the Technology Partner was equivalent to an arms-length transaction. As a result, no costs incurred by the Company related to services provided by the Technology Partner have been netted against revenues earned from the Technology Partner.

93.    The significance of the "Technology Partner" to iLearningEngines' business is evidenced, in part, by the 129 times the term "Technology Partner" appears in the Form S-1 Registration Statement and the 103 times it appears in the Form S-4. This is further substantiated by the fact that the financial statements evidence that the Technology Partner collects the largest amount of revenue for iLearningEngines but also offsets over 90% of what it contractually owes to iLearningEngines for its products through the offsetting costs the Technology Partner incurs.

94. For example, the Form S-1 Registration Statement includes iLearningEngines' unaudited financial statements for the quarter ended March 31, 2024, and states in Note 4 to these financial statements the amount of revenue and costs applicable to the Technology Partner. As represented below by a comparison of these figures, 90% of iLearningEngines' revenue was collected by the Technology Partner and over 94.62% of the costs associated with that revenue were invoiced by the Technology Partner to iLearningEngines:

**Three Months Ended March 31, 2024 (in thousands)**

| | iLearningEngines Reported | Technology Partner | Not Attributed to Technology Partner | % Attributable to Technology Partner |
|---|---|---|---|---|
| Revenue | $ 124,935 | 113,782 | 11,153 | 91.07% |
| Cost of revenue | 38,714 | 38,673 | 41 | 99.89% |
| **Gross profit** | 86,221 | 75,109 | 11,112 | 87.11% |
| **Operating expenses:** | | | | |
| Selling, general, and administrative expenses | 41,223 | 37,063 | 4,160 | 89.91% |
| Research and development expenses | 37,099 | 37,048 | 51 | 99.86% |
| Total operating expenses | 78,322 | 74,111 | 4,211 | 94.62% |

95. In a November 6, 2023, letter response to comments issued by the SEC as part of its commenting process on the Form S-4 filed originally on September 5, 2023, iLearningEngines' (under is former name, Arrowroot) unequivocally stated that "the Technology Partner is not a related party and they do not hold any financial interests in iLearningEngines." In this same letter, it was represented to the SEC that "iLearningEngines believes its business is not dependent on any

31

single channel partner or related contract" and that "iLearningEngines believes that no single agreement with any of its channel partners is material."

## D. iLearningEngines' Unnamed "Technology Partner" is Experion

96.    The identity of the "Technology Partner" is not disclosed by iLearningEngines in its SEC filings but disclosures in iLearningEngines' SEC filings broadly identifies it through its contractual agreements with iLearningEngines and the roles the "Technology Partner" performs for iLearningEngines.

97.    iLearningEngines has disclosed that it entered into a "Master Agreement" in 2019 with the Technology Partner which purportedly provides for the quarterly netting of amounts collected by the Technology Partner from end-users, against the cost of the Technology Partner's services rendered and billable to iLearningEngines.

98.    The Master Agreement with the Technology Partner had an initial term of five years with an automatic renewal for five additional years and was most recently renewed in July of 2024.

99.    A copy of a Master Agreement between Experion Technologies, FZ LLC, and "iLearningEngines Inc." dated July 1, 2019 and signed by Defendant Chidambaran and by "G Santhosh Kumar" of Experion Technologies was filed on January 17, 2025, in the bankruptcy proceedings commenced by iLearningEngines Holdings, Inc., iLearningEngines FZ-LLC and in2vate, LLC (collectively, the "iLearningEngines Debtors") titled *In re iLearningEngines, Inc., et al.*, 24-12826 (LSS), ECF No. 70-2 (Bankr. D. Del.) (the "iLearningEngines Bankruptcy Action"). A copy of this Master Agreement (the "Master Agreement") is attached hereto as Exhibit B and incorporated into the Amended Complaint.

100.    The Master Agreement states that Experion Technologies, FZ LLC, would "provide services to ILEARNINGENGINES and market and resell ILEARNINGENGINES Products in the [United Arab Emirates, Saudi Arabia, Qatar, Barharain, Kuwait, Oman] and other countries

32

designated and approved by ILEARNINGENGINES in writing." On information and belief, similar or identical master agreements were entered into between iLearningEngines and other Experion entities.

101.    Notably the terms of the Master Agreement provide that Experion may charge iLearningEngines for all costs related to the work it performs for iLearningEngines with the "fees for the Experion Services [being] determined based on the Experion Personnel approved by ILE."

102.    The "Experion Services" provided by Experion Technologies, FZ LLC to iLearningEngines covered all services that Experion provided. A list of the types of "Experion Services" are set forth in Attachment 1 to the Master Agreement:

| Type of Service, Function | Summary | Fee per Experion Personnel per [hour] |
|---|---|---|
| Implementation | All services associated with implementing an end-customer onto an ILE Product. | (1) |
| Operations/Support | All services supporting an end-customer who has been implemented onto an ILE Product. | (1) |
| Sales & Marketing | All services associated with promoting ILE and identifying and signing-up new customers and making sales of new ILE Products to existing customers. | (1) |
| Research & Development | All services associated with identifying, developing and testing: new software, functions or features. This includes, but is not limited to, de-identifying customer data for loading, testing and training. | (1) |
| General & Administrative | All other | (1) |

1.   Refer to each applicable statement of work that is associated with this Agreement for the fees.

2.   All hourly rates are fully burdened and loaded and include any and all related expenses and costs of ancillary resources (e.g., third party software).

103.    The "Sample Report" included as Attachment 2 to the Master Agreement shows that the itemized Experion Service fees were expected to include fees for everything done or incurred by Experion related to iLearningEngines Products: implementation, operations and

support, sales and marketing, research and development, and general administrative. This included Experion Technologies, FZ LLC's employee salaries, its insurance, and the sale commissions it paid.

104. Furthermore, the Master Agreement provides that Experion is entitled to receive commissions of 29% for all new contracts signed by Experion and 15% for renewals.

105. As part of the terms of the Master Agreement, it provided that at iLearningEngines' "sole discretion and written direction, Experion will invoice and/or collect fees from ILEARNINGENGINES designated customers (i.e., accounts receivable processing) on behalf of ILEARNINGENGINES as part of the Experion Services."

106. Section 6 of the Master Agreement provides for the monthly reporting and presumably monthly netting of the amounts payable by Experion to iLearningEngines for iLearningEngines Products and the amounts payable by iLearningEngines to Experion for the Experion Service fees.

107. Notably, this netting arrangement provides that iLearningEngines is obligated to pay the Experion Service fees that exceed the amount due to iLearningEngines for its products.

108. The Master Agreement further provides that any fees and interest owed to Experion would first be paid (or netted against) before Experion was obligated to pay amounts to iLearningEngines (subject to a limited exception at the end of the quarter when iLearningEngines was cash-flow breakeven and iLearningEngines had a senior debt to that of Experion's debt). The Master Agreement further contemplated that iLearningEngines may run a balance owed to Experion as iLearningEngines was not required to pay Experion the balance plus any accrued interest until 10 years after the termination of the master agreement.

**6. Fees.**

34

a. On or before the fifth (5th) day of each calendar month Experion will promptly report and pay to ILE all amounts due and payable for ILE Products (including amounts collected under Section 2(e) or payable under Section 3 , based on payment received from the customer), less any fees due for Experion Services previously provided.

b. If Experion Services fees are greater than the amounts due to ILE for ILE Products (the "**Net Balance**"), then the parties agree to the following:

   i. Interest will accrue on the unpaid Net Balance using an interest rate equal to the 12-month LIBOR rate (as first reported each calendar year and reset to the rate first reported each subsequent calendar year) plus 2% per annum, compounding annually thereafter until paid. For purposes of clarity, the interest rate for each historical calendar year as follows:

   \*    \*    \*

   ii. If Experion Services fees are less than the amounts due to ILE for ILE Products (the "**Net Excess**"), then the Net Excess is first applied to the unpaid Net Balance. Any excess of Net Excess over the unpaid Net Balance is then applied to accrued interest. Notwithstanding the forgoing, for any calendar quarter that ILE is cash-flow breakeven, and if ILE has any debt which is senior to the Net Balance, Experion will remit the Net Excess to ILE within 60 days of the end of the quarter prior to which ILE is cash-flow breakeven;

   iii. ILE is not required to repay the unpaid Net Balance or accrued interest until the 10th anniversary of the effective date of termination of this Agreement;

   iv. ILE may elect to repay, at its sole discretion, all or a portion of the Net Balance and/or accrued interest at any time without penalty or additional costs.

109. The information disclosed by iLearningEngines in SEC filings concerning its contractual agreement with the "Technology Partner" in the "Master Agreement" substantiates that the "Master Agreement" obtained by Plaintiffs is the same "Master Agreement."

110. To the extent that the "Master Agreement" is not applicable to all the geographic regions that Experion contracted with iLearningEngines to provide the services as described in

35

iLearningEngines' filings with the SEC, Plaintiffs believe that it will be established through discovery, that:

a. The Master Agreement was expanded to the other geographic regions where Experion provided services to iLearningEngines as "other countries designated and approved by ILEARNINGENGINES in writing";

b. Materially identical "Master" agreements were entered into between iLearningEngines and Experion, or its subsidiaries and/or affiliates, for other geographical areas where Experion provided services to iLearningEngines; and/or

c. Experion and iLearningEngines had an unwritten understanding that the terms of the Master Agreement were applicable to all services that Experion and/or any of its affiliates provided to iLearningEngines.

## E. **Experion was a Related-Party as iLearningEngines' Executives and their Family had Interests in Experion**

111. In its SEC filings, iLearningEngines masked Experion as its so-called "Technology Partner". Experion's website, LinkedIn profiles, SEC filings, and other publicly available corporate records evidence that iLearningEngines executives and their family members had interests in Experion.

### i.   **Experion Technologies America**

112. The close ties between iLearningEngines and Experion, among others, are revealed through the contact person and address listed for Experion Technologies Americas and by iLearningEngines' registered office.

36

113.   A review of archived web pages shows that as recently as February 2020, the contact listed for "Experion Technologies America" by Experion Technologies Middle East & Africa (Experion MEA) was Chidambaran.

114.   The archived web capture in February 2020 also listed the personal residence address of Chidambaran at 1000 Willowleaf Way Potomac Maryland 20854, as the "Sales Office" and "Service Delivery Center" for Experion Technologies Americas. The specific reference to Chidambaran was removed by January 2022, but the website still showed the same Washington DC location on its map and continued to identify it as a "Sales Office" and "Service Delivery Center" in the Americas.



115.    A direct and ongoing related-party tie between iLearningEngines and Experion becomes apparent by reviewing Maryland government records showing iLearningEngines' principal office address also at 1000 Willowleaf Way, Potomac MD 20854.



### ii.    Experion Technologies India

116.    Indian corporate records show that the entity "Experion Infosystems Private Limited" ("Experion India") was incorporated in November 2017. Experion India's contact person is Santosh Kumar Gopinathan. According to the Hindenburg Report and Indian corporate records, Experion India "uses the same "@experionmea.com" email domain in its filings and shares key individuals with Experion MEA, showing its affiliation with the UAE entity".

EXPERION INFOSYSTEMS PRIVATE LIMITED's Corporate Identification Number (CIN) is U72900KL2017PTC051068 and its registration number is 51068. Users may contact EXPERION INFOSYSTEMS PRIVATE LIMITED on its Email address - santosh@experionmea.com. Registered address of EXPERION INFOSYSTEMS PRIVATE LIMITED is DOOR NO..48/1744, C73, II TH FLLOR JOMER SYMPHONY, VYTTILA , VYTTILA, Kerala, India - 682019.

117.    According to Gopinathan's LinkedIn page, he is currently the CEO of Experion MEA. Prior to his CEO's appointment, between December 2015 and December 2020, Gopinathan

was Experion MEA's Vice President - Products and Services. Gopinathan himself described his role as the "Channel Partner to iLearningengines" and Experion as a "sales channel partner, Technology partner and a Global support service partner for iLearningengines." Below is excerpt of Gopinathan's LinkedIn page:



118.    As recently as eleven months ago, when iLearningEngines became public, Gopinathan posted on LinkedIn: "Its been a long journey with iLearningEngines. Congrats to the entire team for the wonderful achievement." Gopinathan's post reveals an ongoing relationship between Experion and iLearningEngines.



119.    Indian corporate records also show that Santosh Kumar Gopinathan and Tom Thomas are currently the two directors of Experion India. Note that a List of Directors as of March 31, 2023, shows that Ratish Nair was also a director of Experion India.

40

**EXPERION INFOSYSTEMS PRIVATE LIMITED**
CIN: U72900KL2017PTC051068

### List of Directors as on 31.03.2023

| SL NO. | NAME & ADDRESS | DIN NO | DATE OF APPOINTMENT |
|--------|----------------|--------|---------------------|
| 1 | TOM THOMAS | 07941527 | 16.11.2017 |
| 2 | RATISH RAVINDRAN NAIR | 07941561 | 16.11.2017 |
| 3 | SANTOSHKUMAR GOPINATHAN | 07941563 | 16.11.2017 |

**For EXPERION INFOSYSTEMS PRIVATE LIMITED**

Tom thomas

**SANTOSHKUMAR GOPINATHAN**
**Director**

120. Beyond directorships, Indian corporate records show that Tom Thomas and Ratish Nair are also Experion India's shareholders. Their stock ownership vis-a-vis Experion India and, as explained below, their senior management status at iLearningEngines, further reveal an active and undisclosed related-party relationship between Experion and iLearningEngines.

**Changes in Share Capital**

At the time of incorporation Company's subscribed share capital was Rs.100000 out of which 3500 shares were allotted to Mr. Bijoy Chandrabalan, 1000 shares to Mr.Ratish Ravindran Nair, 1000 shares to Mr. Santoshkumar Gopinathan, 1000 shares to Tom Thomas and 3500 shares to        Mr.Balakrishnan Arakkal Parameswaran. During the year after resignation of Mr.Bijoy Chandrabalan 3500 shares held by him has been divided between 1750 /- shares to Mr.Balakrishnan Arakkal Parameswran and 1750/- share to Mr.Ratish Ravindran Nair respectively.

During the year after resignation of Mr.Balakrishnan Arakkal Parameswaran on 25.04.2022, 5250 shares held by him has been transferred to Mr.Santoshkumar Gopinathan. On 16.06.2022, Mr.Ratish Ravindran transferred his shares of 1750 to Mr.Jojo Philip and also Mr.Santoshkumar Gopinathan transferred his shares of 1750 to Mr.Jojo Philip.

41

121. According to LinkedIn profiles, Experion India's directors and shareholders Thomas and Nair are also current senior employees at iLearningEngines. Tom Thomas is not only a Senior Project Manager at iLearningEngines, but also a Senior Project Manager at Experion India since July 2018. His executive positions at both companies further corroborate Experion and iLearningEngines' shared financial interest and senior management.



122. Thomas was also featured in iLearningEngines' organizational chart as a Director of Service Delivery, per a March 2023 iLearningEngines investor presentation filed with the SEC.



### iii.    Experion Technologies Middle East & Africa

123.    Experion MEA contact person is Ratish Nair. According to his LinkedIn profile, Nair worked for iLearningEngines for almost 8 years since June 2017.

43



124.    Per iLearningEngines' investor presentation filed with the SEC, Experion India's director and shareholder Ratish Nair is iLearningEngines' "AVP – Business Development" manager.



44

125.    iLearningEngines' Ratish Nair is also listed as the current contact email on Experion MEA's Facebook page, further evidencing an ongoing relationship between Experion and iLearningEngines:



126.    In addition to his share ownership and directorship at Experion India, Ratish Nair appears to be a shareholder of Experion MEA. According to UAE corporate records revealed by the Hindenburg Report, the iLearningEngines' AVP Business Development Manager Ratish Nair and Arackal, iLearningEngines' President & Chief Business Officer, are also shareholders of Experion MEA:

45

Below is the snapshot of the historic ownership records from Diligencia:





127.    Indian corporate records also show that Arackal, iLearningEngines' President & Chief Business Officer, was a director of Experion India from November 16, 2017 to April 25, 2022.

46



128. Archived websites of Experion MEA also show that Arackal was the CEO of Experion MEA in 2015 and member of Experion MEA Advisory Board in 2019.





129.    Another related party relationship not disclosed in iLearningEngines' filings pertains to Cherian K Philip and Jojo Philip. According to their LinkedIn profiles, Cherian K Philip is iLearningEngines' Senior Director Channel Partnership for Asia, Middle East & Africa and Jojo Philip is Experion MEA's former General Manager.





130.    This undisclosed familial relationship between an iLearningEngines senior executive and an Experion executive and stockholder is corroborated by comparing Indian court records and addresses and relationships described in such court records. For instance, an Indian court order shows Cherian Philip as "S/O" (son of) Philip Thomas and both residing at K/12 BCG Golden Orchid apartments in Kochi, India. This address is also used in Experion Infosystems India filings as address for Jojo Philip and is a contact address used for Synergy AI as explained below. Another Indian court order shows the same address at K/12 BCG Golden Orchid apartments for Jojo Philip and that he is "S/O" (son of) of Philip Thomas, therefore confirming he is brother with Cherian Philip based on the shared residential address and father.

131.    Indian corporate records from August 2024 show that Jojo Philip holds 35% ownership in Experion India.

**Changes in Share Capital**

At the time of incorporation Company's subscribed share capital was Rs.100000 out of which 3500 shares were allotted to Mr. Bijoy Chandrabalan, 1000 shares to Mr.Ratish Ravindran Nair, 1000 shares to Mr. Santoshkumar Gopinathan, 1000 shares to Tom Thomas and 3500 shares to         Mr.Balakrishnan Arakkal Parameswaran. During the year after resignation of Mr.Bijoy Chandrabalan 3500 shares held by him has been divided between 1750 /- shares to Mr.Balakrishnan Arakkal Parameswran and 1750/- share to Mr.Ratish Ravindran Nair respectively.

During the year after resignation of Mr.Balakrishnan Arakkal Parameswaran on 25.04.2022, 5250 shares held by him has been transferred to Mr.Santoshkumar Gopinathan. On 16.06.2022, Mr.Ratish Ravindran transferred his shares of 1750 to Mr.Jojo Philip and also Mr.Santoshkumar Gopinathan transferred his shares of 1750 to Mr.Jojo Philip.

132.    According to a June 2024 records report provided by corporate intelligence firm Diligencia, Jojo Philip is also a 45% owner of Experion MEA.



(Source: Diligencia Report)

133.    Jojo Philip is also the Chief Operating Officer of Synergy Technologies AI, a company that promotes itself as a "gold partner" of iLearningEngines. It appears that this is another undisclosed related-party entity linking iLearningEngines and Experion. Noteworthy is that one of Experion's entities is named "Synergy Markets Experion" indicating that Synergy Technologies AI may be the trade name for this entity.



### F. **iLearningEngines Public Disclosures During the Class Period**

### i. **April 22, 2024 - iLearningEngines files its Super Form 8-K**

134. Following the closing of the Merger on April 16, 2024, the newly-minted merged entity updated its disclosures to the market. On April 22, 2024, iLearningEngines issued a Form 8-K ("Super 8-K") that discussed the consummation of the business combination and iLearningEngines becoming a publicly traded company. The Super 8-K also attached over 50 exhibits including press releases, forms of warrants, employment agreements, offer letters, loan documents, and agreements applicable to the newly merged entity. Attached as three of these

exhibits were: (1) Management's Discussion and Analysis of Financial Condition and Results of Operations of iLearningEngines Holdings as of December 31, 2023 and 2022, and for the fiscal years ended December 31, 2023 and 2022 (Exhibit 99.3); (2) Consolidated Financial Statements of iLearningEngines Holdings as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021 (Exhibit 99.4); and (3) the Unaudited Pro Forma Condensed Combined Financial Statements of iLearningEngines and iLearningEngines Holdings as of December 31, 2023 and for the year ended December 31, 2022 (Exhibit 99.5).

### ii.    May 16, 2024 - iLearningEngines files its First Form 10-Q Post-Merger

135.    On May 16, 2024, iLearningEngines filed with the SEC a Form 8-K attaching a press release announcing its financial results for the quarter ended March 31, 2024 ("1Q2024 Press Release"). Also, that same day, iLearningEngines filed with the SEC a Form 10-Q for the period ended March 31, 2024, containing Arrowroot's pre-merger financial statements for that period ("1Q2024 Form 10-Q").

136.    Also, on May 16, 2024, iLearningEngines filed a Form 8-K Amendment No. 1 that amended the Super 8-K to "to include the unaudited condensed consolidated financial statements of the Company as of and for the three months ended March 31, 2024 and 2023 and the related notes" (the "May 16, 2024 Super 8-K Amendment"). These financial statements were iLearningEngines Holdings' pre-Merger financial statements for the first quarter 2024.

### iii.    June 21, 2024 - iLearningEngines Files the Form S-8 Registration Statement

137.    On June 21, 2024, iLearningEngines filed the Form S-8 Registration Statement to register its common stock issued or issuable pursuant to the iLearningEngines Inc. 2020 Equity Incentive Plan (the "2020 Plan"), iLearningEngines, Inc. 2024 Equity Incentive Plan (the "2024 EIP") and iLearningEngines, Inc. 2024 Employee Stock Purchase Plan (the "2024 ESPP" and, together with the 2020 Plan and the 2024 EIP, the "Plans").

138.   The Form S-8 Registration Statement was signed by Defendants Chidambaran, Naqvi, Arackal, Olivier, Barger, Davis, Mehlman, and Moe.

139.   The Form S-8 Registration Statement registered up to 16,208,318 shares of iLearningEngines common stock consisting of (a) 13,441,323 shares issuable pursuant to the 2024 EIP; 2,688,265 shares issuable pursuant to the 2024 ESPP; and 78,730 shares issuable pursuant to awards granted under the 2020 Plan, as amended, which awards were assumed by iLearningEngines pursuant to the Merger Agreement, by and among the Company, ARAC Merger Sub, Inc. and iLearningEngines Holdings, Inc.

140.   The Form S-8 Registration Statement incorporated by reference the following documents:

**INFORMATION REQUIRED IN THE REGISTRATION STATEMENT**

**Item 3. Incorporation of Documents by Reference.**

The following documents filed by the registrant with the Commission are hereby incorporated by reference in this registration statement (in each case excluding any information furnished and not filed according to applicable rules, such as information furnished pursuant to Item 2.02 or Item 7.01 on any Current Report on Form 8-K):

(a) the Registrant's Annual Report on Form 10-K for the year ended December 31, 2023, filed with the Commission on April 1, 2024;

(b) the Registrant's Quarterly Report on Form 10-Q for the quarter ended March 31, 2024, filed with the Commission on May 16, 2024;

(c) the Registrant's Current Reports on Form 8-K (other than information furnished rather than filed), filed with the Commission on January 9, 2024, January 12, 2024, February 2, 2024, February 6, 2024, February 9, 2024, February 21, 2024, March 11, 2024, March 15, 2024, March 22, 2024, March 27, 2024, April 1, 2024, April 22, 2024 (as amended by Amendment No. 1 on Form 8-K/A filed on May 16, 2024) and April 26, 2024; and

(d) the description of the Registrant's securities contained in Exhibit 4.5 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2023,

filed with the Commission on April 1, 2024, as well as any additional amendments or reports filed with the Commission for the purpose of updating the description.

All reports and other documents filed by the registrant pursuant to Section 13(a), 13(c), 14 or 15(d) of the Securities Exchange Act of 1934, as amended, other than current reports furnished under Item 2.02 and Item 7.01 of Form 8-K and any exhibits furnished on such form that relate to such items, after the date of this registration statement, and prior to the filing of a post-effective amendment that indicates that all securities offered hereby have been sold or that deregisters all securities then remaining unsold, shall be deemed to be incorporated by reference herein and to be a part of this registration statement from the date of filing of such reports and documents. Any statement contained in a document incorporated or deemed to be incorporated herein by reference shall be deemed to be modified or superseded for purposes of this registration statement to the extent that a statement herein or in any other subsequently filed document that also is or is deemed to be incorporated by reference herein modifies or supersedes such statement. Any such statement so modified or superseded shall not constitute a part of this registration statement, except as so modified or superseded.

141.   Attached as Exhibit 23.1 to the Form S-8 Registration Statement was a consent form signed by Marcum dated June 21, 2024. The form stated that "[w]e consent to the incorporation by reference in this Registration Statement of iLearningEngines, Inc. on Form S-8 of our report dated April 22, 2024, with respect to our audits of the consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022, and 2021 appearing in the Form 8-K filed with the Securities and Exchange Commission on April 22, 2024."

142.   The Form S-8 Registration Statement was automatically effective when iLearningEngines filed it with the SEC on June 21, 2024.

**iv.   June 3 - August 9, 2024 - iLearningEngines Registers Shares owned by Insiders and the Arrowroot Investors Allowing them to be Freely Tradeable in the Market**

143.   On June 3, 2024, iLearningEngines filed the Form S-1 Registration Statement.

144.   The Form S-1 Registration Statement was signed by Defendants Chidambaran, Naqvi, Arackal, Barger, Davis, Mehlman, Moe, and Olivier.

145. The Form S-1 Registration Statement stated that "[t]he consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021, and for the years then ended, have been included in this Prospectus and Registration Statement in reliance upon the report of Marcum LLP ("*Marcum*"), independent registered public accounting firm, appearing elsewhere herein, and upon the authority of said firm as experts in accounting and auditing."

146. Also, attached to the Form S-1 as Exhibit 23.1 was Marcum's consent form stating "[w]e consent to the inclusion in this Registration Statement of iLearningEngines, Inc. on Amendment No. 2 to Form S-1, iLearningEngines No. 333-279908, of our report date April 22, 2024 with respect to our audits of the consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022, and 2021, which report appears in the Prospectus, which is part of this Registration Statement. We also consent to the reference to our Firm under the heading 'Experts' in such Prospectus."

147. At 4:00 p.m. on August 9, 2024, the SEC declared the Form S-1 Registration Statement effective.

148. Before the market opened at 9:29 a.m. on the following trading day, Monday August 12, 2024, iLearningEngines filed a prospectus on Form 424(b)(3) concerning the shares offered for sale in the Form S-1 Registration Statement. iLearningEngines filed supplements 1-7 to the initial prospectus dated August 12, 2024 on: August 14, 2024, August 28, 2024, August 30, 3024, September 4, 2024, and September 5, 2024, November 18, 2024, and December 10, 2024, respectively (as previously defined, collectively the "Prospectus").

149. On August 14, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 1 ("Prospectus Supplement No. 1"). iLearningEngines filed the prospectus

supplement with the SEC to update and supplement the information in the Prospectus by including a copy of the 2Q2024 Form 10-Q (defined below). Prospectus Supplement No. 1 was signed by Defendants Chidambaran and Naqvi.

150. After market close on August 28, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 2 ("Prospectus Supplement No. 2"). iLearningEngines filed the prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in a Form 8-K disclosing the salary increase and target bonuses for certain executive officers approved by iLearningEngines' Compensation Committee of the Board and a one-time cash bonus to these same executives. Prospectus Supplement No. 2 was signed by Defendant Chidambaran.

151. After market close on August 30, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 3 ("Prospectus Supplement No. 3"). iLearningEngines filed the prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in the "Principal Securityholders" and "Selling Securityholders" tables and the applicable footnotes of the Prospectus.

152. After market close on September 4, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 4 ("Prospectus Supplement No. 4"). iLearningEngines filed the prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in the September 4, 2024 Form 8-K (defined below) concerning Mr. Barger's resignation from the Board. Prospectus Supplement No. 4 was signed by Defendant Chidambaran.

153. After market close on September 5, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 5 ("Prospectus Supplement No. 5"). iLearningEngines filed the

prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in the September 5, 2024 Form 8-K (defined below). Prospectus Supplement No. 5 was signed by Defendant Chidambaran.

154. On November 18, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 6 ("Prospectus Supplement No. 6"). iLearningEngines filed the prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in the November 18, 2024 Form 8-K (defined below). Prospectus Supplement No. 6 was signed by iLearningEngines' Interim CFO, Bonnie-Jeanne Gerety.

155. On December 10, 2024, iLearningEngines filed with the SEC the Prospectus Supplement No. 7 ("Prospectus Supplement No. 7"). iLearningEngines filed the prospectus supplement with the SEC to update and supplement the information in the Prospectus with the information contained in the December 10, 2024 Form 8-K (defined below). Prospectus Supplement No. 7 was signed by iLearningEngines' Interim CFO, Bonnie-Jeanne Gerety.

> **v.    August 13, 2024 - iLearningEngines files its Form 10-Q for the Second Quarter 2024.**

156. On August 13, 2024, iLearningEngines filed a Form 8-K with the SEC attaching a press release announcing its financial results for the quarter ended June 30, 2024 ("2Q2024 Press Release"). Also, that same day, iLearningEngines filed its Form 10-Q for the period ended June 30, 2024 ("2Q2024 Form 10-Q").

157. In the 2Q2024 Press Release and 2Q2024 Form 10-Q, iLearningEngines reported its financial results for the quarter ended June 30, 2024. The press release quoted Chidambaran as being pleased with the quarter results noting that iLearningEngines "delivered 33.9% year-over-year top line revenue growth, including $521 million of annual recurring revenue, up 33% year-over-year. It was an exciting and monumental quarter for the Company as we completed our

business combination with Arrowroot." In the 2Q2024 Form 10-Q, iLearningEngines reported to have entered into a 10-year contract with its Technology Partner, "which allows for quarterly netting of amounts collected by the Technology Partner from end-users, against the cost of the Technology Partner's services rendered and billable to" iLearningEngines. The actual amounts reported for collections and cost of services by the Technology Partner were $238,961,000 and $237,553,000 respectively.

158.  At 8:00 a.m. on August 13, 2024, iLearningEngines held its Second Quarter 2024 Earnings Call providing investors with information about iLearningEngines' operations and finances during the second quarter of 2024 and addressing questions posed by financial analysts. Chidambaram claimed that for a newly publicly traded company iLearningEngines had achieved significant milestones including completion of the business combination with Arrowroot, having "generated revenue of $136 million in the quarter, a 33.9% year-over-year increase as compared to the same period in 2023."

**vi.**  August 29, 2024 - The Hindenburg Research Publishes A Report Claiming iLearningEngines' Revenues Are "Fake" And Experion Is An "Undisclosed Related Party**"**

159.  On August 29, 2024, before the market opened, an independent and well-respected investment research firm, Hindenburg Research, published an investigative research report on iLearningEngines titled "An Artificial Intelligence SPAC With Artificial Partners And Artificial Revenue" (previously defined as the "Hindenburg Report"). The Hindenburg Report provided proof to the market that iLearningEngines had undisclosed related party transactions with its "Technology Partner" and that "the vast majority of iLearningEngines' revenue is fake."

160.  Throughout the Hindenburg Report, Hindenburg Research supported its beliefs and conclusions with the evidence it uncovered through its investigation. The Hindenburg Report is replete with citations including links to its sources. These sources include SEC filings, Indian

corporate records, international court filings, and other documents obtained by Hindenburg Research through a corporate database in the Middle East and Africa (MEA) region, and archived web captures of iLearningEngines' and its Technology Partner's websites.

161.    In the Hindenburg Report, Hindenburg Research details why its research further evidence that "the majority of iLearningEngines' revenue doesn't exist, and that its relationship with the mystery 'Technology Partner' was merely a conduit for falsifying its financials."

162.    The Hindenburg Report details at length that iLearningEngines' revenues were "largely fake" because of iLearningEngines' unusual contractual arrangement with an unnamed "Technology Partner" that it further believes was an undisclosed related party. Specifically, the Hindenburg Report disclosed to the market that iLearningEngines contractual relationship with the "Technology Partner" had "all the hallmarks of an illegitimate, undisclosed related party relationship" and how having the vast majority of iLearningEngines' revenue and costs of services being subject to the "netting off" provisions of the Master Agreement and flowing through the Technology Partner was a "conduit for falsifying [iLearningEngines'] financials" and revenue.

163.    The Hindenburg Report explained that the "Master Agreement" between iLearningEngines and the Technology Partner allowed for the Technology Partner to offset the revenue it owed to iLearningEngines by the costs of the services it incurred. The Hindenburg Report detailed that it was significant that almost all of iLearningEngines' revenue and costs of its services were attributable to the Technology Partner.

164.    The Hindenburg Report explained that despite iLearningEngines' financial statements showing that it earned $420.6 million in total revenues during 2023, 92.6% of that total revenue amount, or $389.4 million, was "Collections by the Technology Partner."

165.    It also explained how significant the contractual terms of Master Agreement with the Technology Partner was to iLearningEngines' financial performance during 2023, explaining that of the $389.4 million in revenue the Technology Partner collected for iLearningEngines, that iLearningEngines was entitled to receive a mere $1.2 million of it after netting the $388.2 million payable for "Costs of services by [the] Technology Partner" under the terms of the Master Agreement. The Hindenburg Report further disclosed to investors that it believed the "net benefit" to iLearningEngines from its relationship with the Technology Partner in 2023 was that this $1.2 million would be applied to reduce the $49.2 million balance payable that iLearningEngines owed to the Technology Partner.

166.    Moreover, the Hindenburg Report highlighted a peculiar aspect of the Master Agreement that reinforced that Technology Partner was an undisclosed related party. Per the Master Agreement, iLearningEngines did not even need to repay the outstanding balance it owed to the Technology Partner until 10 years after the Master Agreement was terminated. In Hindenburg Research's experience, it was not familiar with a normal business arrangement structured like this with a counterparty. Thus, the Hindenburg Report concluded that the terms of Master Agreement "Seemingly Make No Rational Business Sense, Raising Questions Of Whether The Entity Is An Arms-Length Relationship."

167.    The Hindenburg Report disclosed to investors that the previously unnamed entity referred to by iLearningEngines only as the "Technology Partner" was a company called Experion Technologies, FZ LLC. The Hindenburg Report also disclosed to investors that Experion Technologies, FZ LLC, as part of Experion, was an "undisclosed related party."

168.    The Hindenburg Report detailed and provided ample evidence of an ongoing and interwoven relationships between individuals at iLearningEngines and Experion, whereby senior

60

executives from iLearningEngines were also directors and shareholders of Experion Technologies, FZ LLC and Experion at large which corroborated a shared managerial and financial interest by iLearningEngines insiders in Experion establishing that Experion and iLearningEngines were related parties.

169. Specifically, the Hindenburg Report disclosed to investors, in part, that: (i) Defendant Chidambaran was listed as the American contact for its "Technology Partner" on Experion's website and listed his personal residence as the location of "Experion Americas"; (ii) per Indian corporate records and LinkedIn, iLearningEngines' Senior Project Manager, Tom Thomas and AVP of Sales & Business Development Director, Ratish Nair, were directors and shareholder s of Experion's India affiliate, Experion Technologies, FZ LLC; (iii) Experion India and Experion MEA are partially owned by Jojo Philip, the brother of iLearningEngines' Senior Director Channel Partnerships, Cherian K. Philip; and (iv) Experion MEA was headed and partially owned by iLearningEngines' President and Chief Business Officer, Arackal, and iLearningEngines' AVP of Sales & Business Development, Ratish Nair.

170. Furthermore, the Hindenburg Report disclosed to the market that while "iLearningEngines Claims Its Indian Market Has An Annual Revenue Run Rate Of $216 Million", a review of "the latest Indian subsidiary records show total revenue of just ~ $853,471 … or 99.4% *less* than iLearningEngines' claimed revenue in the country."

171. The Hindenburg Report also relayed the visit made to iLearningEngines' Indian location listed on its website, where it "found no signage to indicate iLearningEngines had any presence in the building." The Hindenburg Report, however, highlighted to have "found [in that location] signage for an entity called E42.ai", a company co-founded by iLearningEngines' Chief AI Architect Sanjeev Menon and that identifies itself as "a partner of iLearningEngines and

61

"Technology Partner" Experion." Per Hindenburg Research, "E42 seems to be yet another undisclosed related-party of iLearningEngines, with Sanjeev Menon playing key roles at both companies."

172. The Hindenburg Report also disclosed to the market that iLearningEngines reported "$50 million in revenue per year from an unnamed customer" and $30 million per year expenses to buy "proprietary databases" paid to the same customer. The Hindenburg Report found this "circular deal" "highly suspicious", and it attributed it either to "Technology Partner Experion or facilitated through them." Given the oddities of this "circular relationship," Hindenburg Report stated that it "suspect[ed] both the revenue and expenses are largely fake."

173. The Hindenburg Report also dug into iLearningEngines' cash acquisition of In2vate, LLC ("In2vate") for a value of $722,000. The report disclosed to the market that In2vate "had just $60,000 in accounts receivables at the time of the acquisition;" however, it purportedly "contributed 'more than two million users' or at least 41% of iLearningEngines' reported 4.9 million users."

174. Based on iLearningEngines' US revenue metrics reported at the time of In2vate acquisition, Hindenburg Research "estimate[d] $68 million for In2vate's 2022 revenue contribution for its ~2 million users," arriving at "a ~$34 per user revenue estimate during the 9 months following the acquisition, or an annualized rate of $45 per user." Notably, Hindenburg Research "found publicly available contracts that In2vate has signed with clients, and found only small dollar amounts per user." The Hindenburg Report thus concluded that even "[a]ssigning the highest annual contract rates […] per client, we believe the 2+ million 'users' that iLearningEngines claims through In2vate do not add up to significant portion of iLearningEngines' revenue."

175.   Contrary to "iLearningEngines claims that India represents its 2nd largest market," the Hindenburg Report stressed to have "reviewed financials for iLearningEngines' sole India subsidiary […], and found that […] the entity reported minimal economic activity."

176.   Furthermore, Hindenburg Research highlighted that Vedhik IAS (Indian Civil Service) Academy ("Vedhik Schools"), iLearningEngines' purported "Key Customer In India", had reported in 2023 "total revenues of ~$649,000, and zero trade payables", which made it "Unlikely To Be A Major Source of Revenue." Hindenburg Research stated to have "checked the largest universities in India by student population and found no association or mentions with iLearningEngines or Vedhik IAS."

177.   As result of its research and analyses, Hindenburg Research believed that the "vast majority" of iLearningEngines' revenues were "fake" given the terms of the Master Agreement with Experion, specifically the netting off provision, and because their relationship had "all the hallmarks of an illegitimate, undisclosed related party relationship." Thus, the Hindenburg Report concluded that iLearningEngines' relationship with Experion and its netting off arrangement was "an elegant solution that solves all 3 issues," specifically because "[b]y claiming that virtually all of its business takes place through Experion, the company can put a layer between it and the suspect transactions in an offshore, opaque jurisdiction" and "[t]he unusual circular structure makes it easy to inflate both revenue and cost figures while only netting out a minimal difference."

178.   The Hindenburg Report indicated that the reason this revenue hiding scheme was able to persist was due to iLearningEngines' independent registered public accountant, Marcum, LLP, continuing its failure "to uphold basic auditing standards" in the wake of being "fined $3 million in June 2023 by the Public Company Accounting Oversight Board (PCAOB) for

significant audit quality control issues" and being separately fined $10 million by the SEC "in 2023 for widespread audit deficiencies in connection with SPAC audits."

179. On August 29, 2024, in response to the Hindenburg Report, the market responded quickly and decisively with iLearningEngines investors selling their shares. The information disclosed on August 29, 2024, caused the price of iLearningEngines stock to decrease by $1.70 per share from its previous closing price of $3.19 per share on August 28, 2024, to close at $1.49, on an abnormally large volume of over 12.568 million shares. In a sole trading session, iLearningEngines' stock price fell 53.3%.

180. The reaction of the market to the Hindenburg Report was reported by the press including. Fortune, Bloomberg, and Reuters.

181. On August 29, 2024, Bloomberg Tax published an article titled "ILearningEngines Shares Tumble as Hindenburg Says It's Short." The article reported that iLearningEngines' "[s]hares [had] s[unk] by as much as 60% to $1.28 on Thursday" in connection with the allegations of the Hindenburg Report. Bloomberg also reported that iLearningEngines in response stated that "it believes the report contains misleading statements."

182. On August 29, 2024, Reuters also published an article titled "iLearningEngines plummets after Hindenburg unveils short position," highlighting that "Shares of enterprise AI firm iLearningEngines (AILE.O) fall 54.3% to $1.45 in afternoon trading" as "Hindenburg Research disclose[d] [its] short position" in the company based on suspicions that "AILE's revenue and expenses [are] largely 'fake'."

183. The Hindenburg Report prompted an immediate response from iLearningEngines. After market close on August 29, 2024, iLearningEngines issued a press release with its statement on the Hindenburg Report ("August 29, 2024 Press Release"). In the August 29, 2024 Press

64

Release, iLearningEngines responded that the Hindenburg Research's allegations were "clearly designed to secure a profit from a decline in ILearningEngines' stock price at the expense of ILearningEngines' investors." iLearningEngines added that it had "reviewed the full report and believe it contains misleading statements, speculations and innuendos" and that it will be "respond[ing] in the coming days."

      **vii.    September 4, 2024 – iLearningEngines Discloses that Director Matthew Barger Resigned on the Eve of the Hindenburg Report and Fortune Discusses the Effect of the Hindenburg Report**

184.    On September 4, 2024, iLearningEngines filed with the SEC a Form 8-K ("September 4, 2024 Form 8-K") announcing that iLearningEngines' Board member, Matthew Barger, had notified iLearningEngines on August 28, 2024, of his intention to resign from the Board and that on August 29, 2024, Mr. Barger confirmed his resignation and that his resignation was effective as of that date.

185.    On September 4, 2024, Fortune also published an article titled "Short seller Hindenburg takes aim at AI hype, sinks two companies' stocks," reporting that iLearningEngines' "share price[] fell sharply in response" to the Hindenburg Report. Fortune underscored that "Hindenburg alleged that the company lied to the SEC during its SPAC process by misrepresenting its partners and revenue streams." Fortune noted that iLearningEngines' stock "share price sat around just $3 before the report, falling to under $1.50 after Hindenburg's investigation" as a result of Hindenburg Research "argu[ing] that iLearningEngines has 'no obvious industry presence' and nonexistent revenue, despite claiming more than 1,000 enterprise customers[.]'" Fortune also reiterated iLearningEngines' statement published following Hindenburg's Report that iLearningEngines "reviewed the full report and believe it contains misleading statements. [] We intend to respond in the coming days."

**viii.   September 5, 2024 - iLearningEngines Forms a Special Committee to Investigate the Hindenburg Report's Claims as Defendant Chidambaran Denies the Claims**

186.    At 3:31 p.m. on September 5, 2024, iLearningEngines issued a press release, later filed as a Form 8-K, titled "iLearningEngines Announces Further Response to Short Report" that was also filed with the SEC on a Form 8-K (collectively, the "September 5, 2024 Form 8-K"). The September 5, 2024 Form 8-K announced that the Board formed a special committee of the board (the "Special Committee"), consisting of independent directors, "to investigate allegations raised recently by a short-seller report" stating that "[a]lthough the Company's independent auditors conduct periodic audits in accordance with PCAOB standards and have issued clean audit opinions with respect to their past audits, the Special Committee believes that conducting its own independent investigation into these issues is in the best interest of shareholders."

187.    In this same press release, Defendant Chidambaran was quoted to state "[t]he ILEARNINGENGINES team is proud of the AI platform that we've built. The company I founded has real products, contracts, and revenue," and also adding, "I would like to re-iterate my firm belief that the short-seller report put out last week contains misleading statements, speculations and innuendos, and I look forward to addressing the short-seller's allegations as the Special Committee progresses in its investigation."

**ix.   September 10, 2024 - Defendant Chidambaran Provides a Detailed Rebuttal to Some but Not All of the Hindenburg Report's Claims**

188.    On September 10, 2024, iLearningEngines issued a press release titled "iLearningEngines CEO Sets the Record Straight" (the "September 10, 2024 Press Release"). In this press release, Defendant Chidambaran stated that it "is essential to correct the egregious misstatements made by the short seller. iLearningEngines has a long-standing track record, audited

financials, and has delivered significant innovation in AI for enterprise learning and work automation."

189. The September 10, 2024 Press Release also referred investors to a letter on iLearningEngines' website with Defendant Chidambaran's "Response to Allegations" (the "Response"). In his Response, Defendant Chidambaran addressed some, but not all of the Hindenburg Report's claims. Although Defendant Chidambaran's responses were purported to focus on the overall findings of the Hindenburg Report, his responses to the "False Allegations and Inaccuracies" were narrowly tailored to specific claims and did not address many of the salient claims made in the Hindenburg Report.

190. Notably in his letter, Defendant Chidambaran did not claim that the Technology Partner was not Experion. Rather, he stated that Experion and iLearningEngines have had a "long-standing technology and VAR partnership that began in 2012." Defendant Chidambaran, however, claimed that "majority of iLearningEngines revenue comes from partnerships outside of Experion, thereby clearly refuting the short seller's allegation."

191. Chidambaran attempts to present Experion as a legitimate VAR and minimize the degree to which iLearningEngines revenues and expenses were based on transactions with Experion by stating that "*Currently* [i.e., as of September 10, 2024], a majority of iLE revenue comes from partnerships outside of Experion … ." However, even if it were true, this response does nothing to refute the significance of iLearningEngines' transactions with Experion (over 90% of revenues and cost of sales) from 2021 through the second quarter 2024, the then latest period for which iLearningEngines had filed a periodic report with the SEC.

192. Notably, Defendant Chidambaran did not directly address the Hindenburg Report's salient claims that iLearningEngines senior employees and/or their family were directors,

shareholders, or owners in Experion. Rather than directly address these claims, Defendant Chidambaran summarily retorted that "[t]here is no mutual ownership between iLearningEngines and Experion." This statement only states that iLearningEngines and Experion do not have ownership interests in each other, not that iLearningEngines' employees and/or their family members did not have ownership or managerial interests in Experion. Defendant Chidambaran's absence of a response to the Hindenburg Report's claims that iLearningEngines senior employees and/or their family were directors, shareholders, or owners in Experion is a tacit admission that they were true.

193.    Furthermore, in discussing the Hindenburg Report's claim that iLearningEngines revenue was "fake", Defendant Chidambaran stated that the company "has undergone extensive third-party audits and reviews by leading financial institutions" that its "[f]inancials have also been reviewed by another globally known accounting firm," and that its "revenues and financials have been reviewed by our lenders." Defendant Chidambaran, however, did not address the Hindenburg Reports' underlying concerns about the historic amounts of revenue and offsetting expenses flowing through Experion, the peculiar terms of the Master Agreement, or the concerns about the quality of the financial audits given the significant issues raised by the Hindenburg Report concerning iLearningEngines' auditor, Marcum.

194.    On September 10, 2024, an analyst at Benchmark Company published an analyst report on iLearningEngines titled "iLearningEngines Issues Comprehensive Rebuttal to Hindenburg Short Sale Report" (the "Benchmark Report"). The analyst positively received Defendant Chidambaran's statements in the "Response to Allegations" noting that "CEO Harish Chidambaran issued a comprehensive and, we believe, credible response to the specific allegations

68

within the August 29th Hindenburg short sale report that effectively imploded iLearningEngines' stock price despite recent strong 2Q24 results."

195.    Without sufficient time to conduct due diligence or to verify its accuracy, the Benchmark Report accepted iLearningEngines' CEO's Response as "credible" and dismissed the allegations contained in the Hindenburg Report. For instance, the Benchmark Report rejected insinuations by the Hindenburg Report that iLearningEngines' revenues were likely fraudulent, stating that "[i]n actuality, iLearningEngines has undergone extensive 3rd party audits and reviews by a top global accounting firm and financial institutions." Similarly dismissing Hindenburg Research's suggestions of an undisclosed partner relationship, the Benchmark Report noted that "iLearningEngines indicates it has more than 30 value added resellers (VARs) and technology partners extending its reach." The Benchmark analyst also dismissed the Hindenburg Report's allegation about the place of iLearningEngines' operations, stating that "iLearningEngines is not operating out of CEO Harish Chidambaran's house, []as it has been a fully remote-first company even prior to Covid. Operations extend from the U.S. to India and Dubai as well as other locations." The Benchmark Report, issued the same date of the publication of iLearningEngines' CEO Response to Allegations, lacks credibility because the analyst had no time to conduct any verification of the statements contained in the Response.

> **x.    November 18, 2024 - iLearningEngines Informs Investors that it Should No Longer Rely Upon its Financial Statements as it Placed Defendant Naqvi on Leave**

196.    Before market open on November 18, 2024, iLearningEngines issued a Form 8-K disclosing that: (i) based on the Special Committee's work, the Audit Committee had concluded that essentially all of iLearningEngines' and its predecessor's, iLearningEngines Holdings financial statements since 2020 should "no longer be relied upon"; (ii) Marcum LLP had withdrawn its prior opinions; (iii) on October 17, 2024, iLearningEngines received a subpoena

from the SEC; and (iv) on November 12, 2024, that Defendant Naqvi was placed on administrative leave from his position as CFO, but also noting the board subsequently appointed him as the iLearningEngines' Senior Vice President – Corporate Development (the "November 18, 2024 Form 8-K").

197.    The November 18, 2024 Form 8-K announced that the following financial statements should no longer to be relied upon:

a.   iLearningEngines Holdings' audited consolidated financial statements as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported Super 8-K;

b.   iLearningEngines Holdings' audited consolidated financial statements of as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, which were initially reported in the Form S-4;

c.   iLearningEngines' unaudited financial statements for the quarter ended June 30, 2024;

d.   iLearningEngines Holdings' unaudited financial statements for the quarter ended March 31, 2024, which were reported in the Super 8-K, and

e.   iLearningEngines Holdings' unaudited financial statements for the quarters ended June 30, 2022, September 30, 2022, June 30, 2023 and September 30, 2023, which were reported in the Form S-4.

198.    The November 18, 2024, Form 8-K further announced that "Any previously issued or filed reports, press releases, earnings releases, stockholder communications, investor presentations or other communications describing the Company's financial statements, financial

results and other related financial information covering the Non-Reliance Period and any information related to the foregoing matters, should no longer be relied upon."

199.   The November 18, 2024 Form 8-K also disclosed that based on information identified by the Audit Committee, Marcum LLP informed the Audit Committee that its reports, dated April 22, 2024 and September 1, 2023, on iLearningEngines Holdings' previously issued consolidated financial statements as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023 and as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, respectively, should no longer be relied upon.

200.   Specifically, the November 18, 2024 Form 8-K stated:

**Item 4.02 Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review.**

As previously disclosed, on September 5, 2024, the Board of Directors (the "***Board***") of the Company formed a special committee of the Board (the "***Special Committee***") to oversee, among other matters, an internal investigation (the "***Investigation***") conducted by outside counsel with respect to allegations raised in a report issued on August 29, 2024 by Hindenburg Research LLC (the "***Hindenburg Report***"). The Investigation is ongoing and no conclusions have been reached at this time.

On November 11, 2024, the Audit Committee (the "***Audit Committee***") of the Board, based on the recommendation of, and after consultation with, the Special Committee, determined that (i) the audited consolidated financial statements of iLearningEngines Holdings, Inc. (formerly known as iLearningEngines Inc.), a wholly owned subsidiary of the Company ("***Holdings***"), as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 (the "***Super 8-K***"), (ii) the audited consolidated financial statements of Holdings, as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, which were reported in the registration statement on Form S-4 initially filed by the Company with the U.S. Securities and Exchange Commission (the "***SEC***") on September 5, 2023 and declared effective on February 2, 2024 (the "***S-4***"), in connection with the Company's business combination,(iii) the Company's unaudited financial statements for the quarter ended June 30, 2024, (iv) Holdings' unaudited financial statements for the quarter

71

ended March 31, 2024, which were reported in the Super 8-K, and (v) Holdings' unaudited financial statements for the quarters ended June 30, 2022, September 30, 2022, June 30, 2023 and September 30, 2023, which were reported in the S-4 ((i)-(v) collectively, the "***Non-Reliance Period***"), as previously filed with the SEC, should no longer be relied upon. At this time, the Company is unable to determine whether it must correct financial statements for the Non-Reliance Period, or if such corrections are necessary, the quantification of such corrections. If the Investigation concludes that financial statements in the Non-Reliance Period must be restated, the Company intends to diligently pursue completion and filing of such restated financial statements as soon as reasonably practicable.

On November 15, 2024, acting based on information identified by the Audit Committee during the course of the Special Committee's investigation, Marcum LLP ("***Marcum***"), the Company's independent registered public accounting firm, informed the Audit Committee of its conclusion that its reports, dated April 22, 2024 and September 1, 2023, on the Company's previously issued consolidated financial statements as of December 31, 2023 and 2022 and for each of the three years in the period ended December31, 2023 and as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, respectively, should no longer be relied upon. The Company's management and the Audit Committee have discussed the matters disclosed in this Item 4.02 with Marcum.

The Company may conclude that one or more material weaknesses related to the foregoing matters existed in the Company's internal control over financial reporting and that the Company's disclosure controls and procedures were not effective for each of the fiscal periods within the Non-Reliance Period.

Any previously issued or filed reports, press releases, earnings releases, stockholder communications, investor presentations or other communications describing the Company's financial statements, financial results and other related financial information covering the Non-Reliance Period and any information related to the foregoing matters, should no longer be relied upon.

201.    Also that same day at 9:30 a.m., iLearningEngines issued a press release titled "iLearningEngines Announces Leadership Appointments" ("November 18, 2024 Press Release"). In the press release, iLearningEngines announced that it was postponing the announcement of its third quarter 2024 financial results. The November 18, 2024 Press Release further announced that iLearningEngines was postponing announcing its third quarter 2024 financial results and that it appointed Bonnie-Jeanne Gerety ("Gerety") as Interim Chief Financial Officer and Thomas

Olivier as Interim Chief Operating Officer ("COO"). The November 18, 2024 Press Release also

stated that Naqvi would continue to serve as iLearningEngines' Senior Vice President of Corporate

Development. Specifically, the November 18, 2024 Press Release announced:

> BETHESDA, Md., Nov. 18, 2024 (GLOBE NEWSWIRE) -- iLearningEngines, Inc. (NASDAQ: AILE) ("iLearningEngines," "ILE" or the "Company") a leader in AI-powered learning and work automation, today announced the appointment of Bonnie-Jeanne Gerety as Interim Chief Financial Officer ("CFO") and the appointment of Thomas Olivier as Interim Chief Operating Officer ("COO"). Farhan Naqvi will continue to serve ILE as Senior Vice President of Corporate Development.
>
> ***"The Board is pleased to formally welcome Bonnie-Jeanne as Interim CFO after serving as a consultant to the company for more than a year. The appointment of Bonnie-Jeanne is aimed at enhancing the overall quality and professionalism of our finance function as we continue our global growth.*** Bonnie-Jeanne's extensive experience in leading finance teams and implementing best practices will be instrumental in refining our processes, ensuring compliance, and fostering a culture of accountability and transparency," said ILE Chairman & Chief Executive Officer Harish Chidambaran.
>
> Commenting on the appointment of Mr. Olivier as Interim COO, Mr. Chidambaran stated, "We are excited to welcome Tom to our executive leadership team as our interim Chief Operating Officer. Tom has been an invaluable member of our board since going public, and his insights have been instrumental in guiding our company through the public listing process. His deep understanding of our business, gained through years of close collaboration with our management team, makes him uniquely qualified for this role. As a senior member of the leadership team, Tom will ensure continuity in our strategic vision while bringing a fresh perspective to our day-to-day operations. His expertise and leadership will be crucial as we navigate the challenges and opportunities that lie ahead in our journey as a public company. "
>
> ***Bonnie-Jeanne Gerety began working with iLearningEngines as a contractor to run the accounting function for the Company in late 2023.*** She has run her own financial and accounting advisory firm, Gerety Advisors LLC since 2019. Ms. Gerety previously served as Chief Financial Officer of Brain Scientific and Piezo Motion and has over 20 years of corporate accounting experience. She began her career in public accounting, spending 16 years at Arthur Andersen, rising to the level of Partner. Ms. Gerety holds a B.S.F.S. from Georgetown University and an M.B.A from the University of South Florida.
>
> Thomas Olivier is a Managing Director with Arrowroot Capital and has held this position since March 2021. In addition, from November 2020 to April 2024, Mr.

Olivier served as the President and Chief Financial Officer, and the Vice Chairman of the board of directors of Arrowroot Acquisition Corp. Previously, Mr. Olivier was a Managing Director in Houlihan Lokey's Technology, Media & Telecom (TMT) Group from May 2017 until April 2021. Prior to his time at Houlihan Lokey, Mr. Olivier served as a Managing Director at Pacific Crest Securities, Inc., an investment bank focused on the technology sector which was acquired by Key Bank in 2016, from April 2012 to May 2017. Mr. Olivier holds an undergraduate degree from Boston College and a J.D. from George Washington University.

***iLearningEngines also announced a delay in the release of its third-quarter 2024 financial results. As previously announced, a Special Committee of the Board of the Directors has been formed to conduct an independent investigation into assertions contained in a recent short seller report (the "Investigation").***

***While the Investigation is ongoing, based on preliminary information identified by the Audit Committee of the Board of Directors during the course of the Investigation, that is subject to change with the completion of the Investigation, (i) the audited consolidated financial statements of iLearningEngines Holdings, Inc. (formerly known as iLearningEngines Inc.), a wholly owned subsidiary of the Company ("Holdings"), as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 (the "Super 8-K"), (ii) the audited consolidated financial statements of Holdings, as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, which were reported in the registration statement on Form S-4 initially filed by the Company with the U.S. Securities and Exchange Commission (the "SEC") on September 5, 2023 and declared effective on February 2, 2024 (the "S-4"), in connection with the Company's business combination, (iii) the Company's unaudited financial statements for the quarter ended June 30, 2024, (iv) Holdings' unaudited financial statements for the quarter ended March 31, 2024, which were reported in the Super 8-K, and (v) Holdings' unaudited financial statements for the quarters ended June 30, 2022, September 30, 2022, June 30, 2023 and September 30, 2023, which were reported in the S-4 ((i)-(v) collectively, the "Non-Reliance Period"), as previously filed with the SEC, should no longer be relied upon.*** At this time, the Company is unable to determine whether it must correct financial statements for the Non-Reliance Period, or if such corrections are necessary, the quantification of such corrections. If the Investigation concludes that financial statements in the Non-Reliance Period must be restated, the Company intends to diligently pursue completion and filing of such restated financial statements as soon as reasonably practicable. In addition, the Company is working diligently towards the goal of being in a position to file third-quarter 2024 financial results with the SEC as soon as practicable after the conclusion of the Investigation, but at this time cannot predict with certainty when the preparation and filing of information will be completed.

The Company will release additional information concerning the Investigation in due course and is committed to taking appropriate measures to improve its internal controls.

Emphasis added.

202.   In response to this news issued by iLearningEngines on November 18, 2024, the market responded quickly and decisively. The information disclosed on November 18, 2024, caused the price of iLearningEngines stock to decrease by $0.405 per share from its previous closing price of $1.50 per share on Friday, November 15, 2024, to close at $1.095 per share on November 18, 2024, on an abnormally large volume of over 5.965 million shares. In a sole trading session, iLearningEngines stock price fell 27%.

203.   On November 18, 2024, an analyst at the Benchmark issued a flash note titled "Interim CFO and COO Appointments, 3Q24 Filing Delay." In the flash note, the analyst attributed the approximately 40% intraday decrease in iLearningEngines stock price to the "major new executive appointments and a delay in the filing of its 3Q24 results" and the concerns of the reliability of iLearningEngines' financial statements. Additionally, the analyst noted that as a result is "model is under review." In relevant part, the Benchmark flash note stated:

iLearningEngines is trading off ~40% intraday with the news of major new executive appointments and a delay in the filing of its 3Q24 results. The company indicates that it is unable to currently determine whether it must correct certain financial statements as a Special Committee of the Board of Directors conducts an independent investigation into allegations made in the Hindenburg short sale report. ILE is working to be in a position to file 3Q24 financials results as soon as practicable after the conclusion of the investigation. In the interim our model is under review.

xi.   **December 10, 2024 - iLearningEngines Places Defendants Chidambaran and Naqvi on Administrative Leave from their Executive Roles and Appoints Defendant Olivier as the Interim CEO**

204.   Before market open on December 10, 2024, iLearningEngines issued a press release also filed on a Form 8-K titled "iLearningEngines Special Committee Provides Update."

75

("December 10, 2024 Form 8-K"). In the December 10, 2024 Form 8-K, iLearningEngines disclosed that the "Special Committee and its advisors have been focused on validating the Company's revenues and associated customer contracts, value-added reseller (VAR) partnerships and products and enterprise-specific AI models, as well as reviewing other claims made by a short seller" and that on December 5, 2024.

205.    The December 10, 2024 Form 8-K also disclosed that on December 5, 2024, based on a recommendation of the Special Committee that the Board placed Defendants Chidambaran, Naqvi, Arackal, as well as non-parties Ramakrishnan Parameswaran, iLearningEngines' Senior Vice President – Technology and Products, and Vivek Cherry, iLearningEngines' Vice President – Consulting and Business Operations on administrative leave. It also announced that on December 5, 2024, that the Board also appointed Thomas Oliver as iLearningEngines' interim CEO and interim principal officer.

206.    Specifically, the December 10, 2024 Form 8-K states, in relevant part:

**Special Committee Update**

Since its creation, the independent Special Committee and its advisors have been focused on validating the Company's revenues and associated customer contracts, value-added reseller (VAR) partnerships and products and enterprise-specific AI models, as well as reviewing other claims made by a short seller. The Investigation remains ongoing. The Company will provide a full update on the Investigation as soon as it is completed.

**Management Actions**

Upon the recommendation of the Special Committee, on December 5, 2024, the Board appointed Thomas Olivier to serve as the Company's Interim Chief Executive Officer and designated Mr. Olivier as its interim principal executive officer.

In addition, at the recommendation of the Special Committee, on December 5, 2024 the Board placed each of *Harish Chidambaran*, the Company's Chief Executive Officer, *Sayyed Farhan Naqvi*, the Company's former Chief Financial Officer and current Senior Vice President – Corporate

Development, ***Balakrishnan Arackal***, the Company's President and Chief Business Officer, ***Ramakrishnan Parameswaran,*** the Company's Senior Vice President – Technology and Products, and Vivek Chary, the Company's Vice President – Consulting and Business Operations, on administrative leave from their respective positions pending the conclusion of the Investigation. Harish Chidambaran and Balakrishnan Arackal will remain as directors on the Board.

Emphasis added.

207. In response to this news issued by iLearningEngines on December 10, 2024, the market responded quickly and decisively. The information disclosed on December 10, 2024, caused the price of iLearningEngines stock to decrease by $0.17 per share from its previous closing price of $1.20 per share on Monday, December 9, 2024, to close at $1.03 per share on December 10, 2024, on large volume of over 1.015 million shares. In a sole trading session, iLearningEngines share price fell 14.17%.

## G. iLearningEngines Declares Bankruptcy

208. On December 23, 2024, iLearningEngines issued a press release announcing that on December 20, 2024, it had voluntarily initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware (the "December 23, 2024 Press Release").

209. In response to this news, the market responded quickly and decisively. The information disclosed on December 23, 2024, caused the price of iLearningEngines stock to decrease by $0.695 per share from its previous closing price of $0.885 per share on Friday, December 20, 2024 to close at $0.19 per share on December 23, 2024, on exceptionally large volume of over 29.7 million shares. In a sole trading session, iLearningEngines share price fell 78.5%.

210.    On December 23, 2024, iLearningEngines' affiliate, iLearningEngines Holdings, voluntarily initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware.

211.    On December 23, 2024, the Listing Qualifications Department of Nasdaq notified iLearningEngines that Nasdaq had delisted it from The Nasdaq Stock Market in connection with its December 23, 2024, bankruptcy announcement and in accordance with Nasdaq regulations.

212.    Subsequently, on December 27, 2024, iLearningEngines FZ-LLC voluntarily initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware.

213.    Thereafter, on January 9, 2024, the iLearningEngines' subsidiary, in2vate, LLC, also voluntarily initiated Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware (iLearningEngines, iLearningEngines Holdings, iLearningEngines FZ-LLC, and in2vate LLC, collectively the "iLearningEngines Debtors").

### H.  Post-Class Period Events

   **i.    December 27, 2024 - iLearningEngines announces that Defendants Chidambaran, Naqvi, and Arackal Resigned from their Roles at iLearningEngines as the Special Committee Self-Reports Potential Violations of Law to the Department of Justice.**

214.    On December 27, 2024, iLearningEngines filed a Form 8-K (the "December 27, 2024 Form 8-K") announcing that Chidambaran, Naqvi, Arackal, Ramakrishnan Parameswaran Arackal, and Vivek Chary, all resigned from their positions of employment and any other offices of employment held at iLearningEngines, effective immediately.

215.    In the same filing, iLearningEngines also disclosed to the market that the Special Committee had "self-reported potential violations of law to the Department of Justice." and that

the Special Committee was cooperating with both the SEC's and DOJ's investigations. Specifically, the December 27, 2024, Form 8-K disclosed:

Item 8.01. Other Events.

As previously disclosed in a current report on Form 8-K filed with the SEC on November 18, 2024, the Company is cooperating with an investigation by the SEC's Division of Enforcement, which is being overseen for the Company by a special committee formed by the Board (the "Special Committee"). ***The Special Committee also self-reported potential violations of law to the Department of Justice (the "DOJ"), in addition to the SEC, and the Company, through counsel to the Special Committee, is cooperating with both the DOJ's investigation and the SEC's investigation.***

Emphasis added.

### ii.    February 12, 2025 - Gerety Steps into the Role of Interim CEO

216.    On February 12, 2025, the Board appointed Bonnie-Jeanne Gerety as iLearningEngines' Interim Chief Executive Officer, in addition to her acting role as the Interim Chief Executive Officer, after Thomas Olivier stepped down as iLearningEngines' Interim CEO.

### iii.    February 13, 2025 - Marcum Resigns as iLearningEngines Auditor as it Deflects from Retracting its Audit Opinions

217.    On February 19, 2025, iLearningEngines filed a Form 8-K that disclosed that as of February 13, 2025, Marcum had resigned as iLearningEngines' independent registered public accounting firm (the "February 19, 2025 Form 8-K"). In the February 19, 2025 Form 8-K, iLearningEngines further stated that "on January 5, 2024, the Former Auditor [Marcum] advised the Company in connection with its audit of the Company's consolidated financial statements for the year ended December 31, 2023, that the Company had material weaknesses in internal control over financial reporting relating to corporate governance policies, statutory compliance policies, and information technology controls."

218.    The February 19, 2025 Form 8-K further stated that "as disclosed in the Company's Form 8-K dated November 18, 2024, on November 15, 2024, acting based on information

79

identified by the Audit Committee during the course of the Special Committee's investigation, the Former Auditor informed the Audit Committee of its conclusion that its reports, dated April 22, 2024 and September 1, 2023, on the Company's previously issued consolidated financial statements as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023 and as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, respectively, should no longer be relied upon."

219.   Also, in the February 19, 2025 Form 8-K, iLearningEngines disclosed that on February 15, 2025, that the Board had terminated all of iLearningEngines' employees as a result of the bankruptcy.

### iv.   March 6, 2025 - iLearningEngines Converts its Bankruptcy Petition to Chapter 7

220.   On March 6, 2025, the Bankruptcy Court approved the iLearningEngines Debtors request to convert their cases from Chapter 11 of the Bankruptcy Code for reorganization to Chapter 7 of the Bankruptcy Code for liquidation.

221.   As a result of this request being granted, the Bankruptcy Court appointed a Chapter 7 trustee that assumed control of the iLearningEngines Debtors and effectively eliminated the authority and powers of the Board and its executive officers to act on behalf of iLearningEngines.

### v.   April 10, 2025 - The Bankruptcy Court Approves the Sale of iLearningEngines Debtors' Assets to AAI Solutions, Inc.

222.   On or about March 28, 2025, AAI Solutions, Inc., a company that Defendant Thomas Olivier serves as its President, entered into an Asset Purchase Agreement with the Chapter 7 trustee to acquire the assets of the iLearningEngines Debtors for $1,500,000.

223.   On April 10, 2025, the Bankruptcy Court entered an order approving the sale of the iLearningEngines Debtors' assets identified in Schedule 1.1(a) of the Asset Purchase Agreement free and clear of all liens, claims, and encumbrances to AAI Solutions, Inc.

     **vi.**    **April 11, 2025 – iLearningEngines' Former Interim CEO and CFO Confirms in Bankruptcy Filings that Experion was an "Insider" and a "Related Party"**

224.    As part of the iLearningEngines Bankruptcy Action, iLearningEngines former interim CEO and CFO, Gerety, submitted filings on behalf of each of the iLearningEngines Debtors detailing their respective financial affairs. Certain of these filings disclosed the iLearningEngines Debtors' payments within one year of them voluntarily filing their bankruptcy petitions to "insiders" as defined by the Bankruptcy Code.

225.    Section 101 (31) of the Bankruptcy Code (11 USC § 101(31)), defines that "[t]he term 'insider' includes", in relevant part:

(B ) if the debtor is a corporation—
    (i)    director of the debtor;
    (ii)    officer of the debtor;
    (iii)    person in control of the debtor;
    (iv)    partnership in which the debtor is a general partner;
    (v)    general partner of the debtor; or
    (vi)    relative of a general partner, director, officer, or person in control of the debtor;

(C) if the debtor is a partnership—
    (i)    general partner in the debtor;
    (ii)    relative of a general partner in, general partner of, or person in control of the debtor;
    (iii)    partnership in which the debtor is a general partner;
    (iv)    general partner of the debtor; or
    (v)    person in control of the debtor;

226.    On April 11, 2025, a Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Official Form 207, was submitted on behalf of iLearningEngines Holdings in the iLearningEngines Bankruptcy Action (ECF No. 189) (the "iLearningEngines Holdings Statement of Financial Affairs"). The iLearningEngines Holdings Statement of Financial Affairs was signed by Gerety.

227.    The iLearningEngines Holdings Statement of Financial Affairs disclosed a list of payments or transfer "made within 1 year before filing this case on debts owed to an insider." This

list identified Experion MEA Corporation in Dubai, UAE, as both an "insider" and as a "Related Party" that received payments from iLearningEngines Holdings. The iLearningEngines Holdings Statement of Financial Affairs reported that during the year prior to the date it filed for bankruptcy that Experion MEA Corporation received wire transfers from iLearningEngines Holdings totaling *$87.425 million*.

228.    The below excerpt from iLearningEngines Holdings Statement of Financial Affairs summarizes the outgoing wire transfers made by iLearningEngines Holdings to Experion MEA Corporation between December 22, 2023, and November 8, 2024:

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Experion MEA Corporation Level 14, Boulevard Plaza, Tower One Emaar Blvd. Downtown Dubai, UAE Related Party | 12/22/2023; 2.7.24; 2.21.24; 4.11.24; 4.22.24; 4.30.24; 5.6.24; 6.7.24; 6.18.24; 7.3.24, 7.15.24, 7.23.24; 8.8.24; 8.20.24; 8.21.24; 8.27.24; 9.4.24; 9.9.24; 9.10.24; 9.11.24; 9.12.24; 9.13.24; 9.16.24; 9.18.24; 9.19.24; 9.24.24; 9.27.24; 10.1.24; 10.2.24; 10.7.24; 10.9.24; 10.11.24; 10.15.24; 10.18.24; 10.23.24; 10.24.24; 10.25.24; 10.28.24; 10.29.24; 11.5.24; 11.7.24; and 11.8.24 | $87,425,000.00 | Outgoing wire transfer |

229.    A schedule to the iLearningEngines Holdings Statement of Financial Affairs (ECF No. 192, the "iLearningEngines Holdings Insiders Payment Schedule") identifies Experion MEA Corporation as an "insider" and its "Relationship to the Debtor" as a "Related Party."

82

230. The iLearningEngines Holdings Insiders Payment Schedule further shows that of the $87.425 million transferred to Experion MEA Corporation within one year of iLearningEngines Holdings commencing its voluntary bankruptcy proceedings on December 23, 2024, that iLearningEngines Holdings transferred $83.6 million via wire transfers to Experion MEA Corporation following the IPO. It further shows that the pace of the iLearningEngines Holdings payments to Experion MEA Corporation accelerated in close proximity to the publication of the Hindenburg Report on August 29, 2024, with $63.2 million being transferred between August 20, 2024, and November 8, 2024, of which $55.7 million was transferred after the publication of the Hindenburg Report:

| Debtor Name | Insider's Name | Relationship to the Debtor | Payments Date Range | Number of Outgoing Wire Transfers | Total Payment Amount |
|---|---|---|---|---|---|
| iLearningEngines Holdings, Inc. | Experion MEA Corporation | Related Party | 12/22/2023 - 8/8/2024 | 14 | $24,225,000 |
| iLearningEngines Holdings, Inc. | Experion MEA Corporation | Related Party | 8/20/2024 - 11/8/2024 | 36 | $63,200,000 |
| iLearningEngines Holdings, Inc. | Experion MEA Corporation | Related Party | Post-August 29, 2024 only. | 33 | $55,700,000 |

231. iLearningEngines Holdings Insiders Payment Schedule further shows that in the year prior to filing for bankruptcy, it made 50 payments to Experion MEA Corporation totaling $87.425 million, including $2.0 million in December 2023, $1.75 million in Q1 2024, $12.225 million during the first six months of 2024, and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the financial statements for 2023, in the 1Q2024 Financial Statements, or 2Q2024 Form 10-Q, respectively.

232.    These payments are in addition to the funds Experion kept due to netting of charges for the "Cost of services [purportedly] provided by Technology Partner" with the "Collections by Technology Partner" of funds from iLearningEngines' customers.

233.    On April 11, 2025, a Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Official Form 207, was submitted on behalf of iLearningEngines FZ-LLC in the iLearningEngines Bankruptcy Action (ECF No. 191) (the "iLearningEngines FZ-LLC Statement of Financial Affairs"). The iLearningEngines FZ-LLC Statement of Financial Affairs was signed by Gerety.

234.    The iLearningEngines FZ-LLC Statement of Financial Affairs disclosed a list of payments or transfer "made within 1 year before filing this case on debts owed to an insider." This list identified three Experion-affiliated entities in Dubai, UAE, as "insiders" that received payments via wire transfers from iLearningEngines FZ-LLC: (i) Experion Infosystems Private Limited totaling $216,343.55; (ii) Vedic Network Experion totaling $78,009.87; and (iii) Synergy Markets Experion totaling $83,102.07.

235.    In the iLearningEngines FZ-LLC Statement of Financial Affairs, iLearningEngines FZ-LLC identified each of these Experion entities as a "Related Party." The below excerpt from iLearningEngines FZ-LLC Statement of Financial Affairs summarizes the outgoing wire transfers made by iLearningEngines FZ-LLC to each of these Experion entities and states that they are a "Related Party" of iLearningEngines FZ-LLC.

| 4.6. | Experion Infosystems Private Limited<br>Level 14, Boulevard Plaza<br>Tower One<br>Dubai, UEA<br>Related Party | 1.3.24;<br>2.1.24;<br>3.7.24;<br>5.2.24;<br>6.7.24;<br>6.10.24;<br>7.1.24; and<br>10.2.24 | $216,343.55 | Outgoing wire transfer |
|------|------|------|------|------|
| 4.7. | Vedic Network Experion<br>Level 14, Boulevard Plaza<br>Tower One<br>Downtown Duabi, UAE<br>Related Party | 2.1.24;<br>3.7.24;<br>5.2.24;<br>6.6.24;<br>7.1.24;<br>8.5.24; and<br>8.30.24 | $78,009.87 | Outgoing wire transfer |
| 4.8. | Synergy Markets Experion<br>DDP A1 Building<br>Dubai Silicon Oasis<br>Dubai, UAE<br>Related Party | 10.7.24 and<br>10.2.24 | $83,102.07 | Outgoing wire transfer |

236.   A schedule appended to the end of the iLearningEngines FZ-LLC Statement of Financial Affairs further that each of these "insider" Experion entities "Relationship to the Debtor" was as a "Related Party."

237.   On April 11, 2025, a Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, Official Form 207, was submitted on behalf of in2vate, LLC in the iLearningEngines Bankruptcy Action (ECF No. 187) (the "in2vate Statement of Financial Affairs"). The in2vate iLearningEngines Statement of Financial Affairs was signed by Gerety.

238.   The in2vate iLearningEngines Statement of Financial Affairs disclosed a list of payments or transfer "made within 1 year before filing this case on debts owed to an insider." This list identified Experion MEA Corporation in Dubai, UAE, as an "insider" and as "Related Party" that received payments from in2vate LLC via wire transfers totaling $6,200.

239.   The below excerpt from the in2vate iLearningEngines Statement of Financial Affairs discloses the outgoing wire transfer made by in2vate to Experion MEA Corporation and states that it is a "Related Party."

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Experion MEA Corporation<br>Level 14, Boulevard Plaza, Tower One<br>Emaar Blvd.<br>Downtown Dubai, UAE<br>Related Party | 12.16.2024 | $6,200.00 | Outgoing wire transfer |

240. The above disclosures made by the iLearningEngines Debtors (collectively, the "Bankruptcy Disclosures") confirm that Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were each considered by iLearningEngines to be an "insider" and a "Related Party".

## VI.   MISREPRESENTATIONS IN THE OFFERING DOCUMENTS.

### A. iLearningEngines' Public Offerings

### i.   The June 21, 2024, Form S-8 Registration Statement

241. On June 21, 2024, after market close, iLearningEngines filed the Form S-8 Registration Statement to register up to 16,208,318 shares of iLearningEngines common stock issued or issuable pursuant to the 2020 Plan, the 2024 EIP, and the 2024 ESPP.

242. The Form S-8 Registration Statement was automatically effective upon filing with the SEC.

243. The Form S-8 Registration Statement was signed by the Individual Defendants.

244. The Form S-8 Registration Statement incorporated by reference the following documents:

**Item 3. Incorporation of Documents by Reference.**

The following documents filed by the registrant with the Commission are hereby incorporated by reference in this registration statement (in each case excluding any information furnished and not filed according to applicable rules, such as information furnished pursuant to Item 2.02 or Item 7.01 on any Current Report on Form 8-K):

(a) the Registrant's Annual Report on Form 10-K for the year ended December 31, 2023, filed with the Commission on April 1, 2024;

86

(b) the Registrant's Quarterly Report on Form 10-Q for the quarter ended March 31, 2024, filed with the Commission on May 16, 2024;

(c) the Registrant's Current Reports on Form 8-K (other than information furnished rather than filed), filed with the Commission on January 9, 2024, January 12, 2024, February 2, 2024, February 6, 2024, February 9, 2024, February 21, 2024, March 11, 2024, March 15, 2024, March 22, 2024, March 27, 2024, April 1, 2024, April 22, 2024 (as amended by Amendment No. 1 on Form 8-K/A filed on May 16, 2024) and April 26, 2024; and

(d) the description of the Registrant's securities contained in Exhibit 4.5 to the Registrant's Annual Report on Form 10-K for the year ended December 31, 2023, filed with the Commission on April 1, 2024, as well as any additional amendments or reports filed with the Commission for the purpose of updating the description.

All reports and other documents filed by the registrant pursuant to Section 13(a), 13(c), 14 or 15(d) of the Securities Exchange Act of 1934, as amended, other than current reports furnished under Item 2.02 and Item 7.01 of Form 8-K and any exhibits furnished on such form that relate to such items, after the date of this registration statement, and prior to the filing of a post-effective amendment that indicates that all securities offered hereby have been sold or that deregisters all securities then remaining unsold, shall be deemed to be incorporated by reference herein and to be a part of this registration statement from the date of filing of such reports and documents. Any statement contained in a document incorporated or deemed to be incorporated herein by reference shall be deemed to be modified or superseded for purposes of this registration statement to the extent that a statement herein or in any other subsequently filed document that also is or is deemed to be incorporated by reference herein modifies or supersedes such statement. Any such statement so modified or superseded shall not constitute a part of this registration statement, except as so modified or superseded.

245.    Attached to Form S-8 Registration Statement as Exhibit 23.1 was Marcum's consent form stating "[w]e consent to the incorporation by reference in this Registration Statement of iLearningEngines, Inc. on Form S-8 of our report dated April 22, 2024, with respect to our audits of the consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022, and 2021 appearing in the Form 8-K filed with the Securities and Exchange Commission on April 22, 2024."

87

246.     Based on this consent, Marcum's report dated April 22, 2024 (the "April 22, 2024 Report"), certified the following financial statements incorporated by reference into the Form S-8 Registration Statement:

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Shareholders and Board of Directors of iLearningEngines, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of iLearningEngines, Inc. (the "Company") as of December 31, 2023 and 2022, the related consolidated statements of operations, changes in shareholders' deficit and cash flows for each of the three years ended December 31, 2023, 2022 and 2021, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years ended December 31, 2023, 2022 and 2021, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB and in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ Marcum LLP

Marcum LLP

We have served as the Company's auditor since 2021.

Philadelphia, PA

April 22. 2024

### ii.   The August 9, 2024, Form S-1 Registration Statement and Offering Documents

247.   On June 3, 2024, iLearningEngines filed a Form S-1 seeking to register up to 22,624,975 shares of its common stock issuable upon exercise of iLearningEngines warrants, up to 100,774,669 shares of iLearningEngines common by the "Selling Securityholders"; and 8,250,000 warrants issued in a private placement to the Arrowroot Acquisition LLC, the sponsor of the SPAC.

248.   The 100,774,669 shares of Resale Securities consisted of up to:

    a.   71,508,370 shares (including 4,727,199 shares issuable upon settlement of vested RSUs) issued to certain directors and officers at a fair value price of $10.00 per share as merger consideration for such shares originally issued by iLearningEngines Holdings to such directors and officers as consideration for employment and services provided to iLearningEngines Holdings prior to the Merger ("Control Shares");

b. 6,787,500 shares issued at a price of approximately $0.004 per share in a private placement to the Arrowroot Acquisition LLC prior to Arrowroot's initial public offering (the "Founder Shares");

c. 8,250,000 shares acquired by the Arrowroot Acquisition LLC at a purchase price of $8,250,000 issuable upon exercise of the Private Placement Warrants at an exercise price of $11.50 per share of Common Stock;

d. 460,384 shares issued to Arrowroot as repayment of $4,510,000 which represented part of the then-outstanding obligations under unsecured promissory notes issued to Arrowroot;

e. 8,089,532 shares of iLearningEngines common stock that were issued upon the conversion of the convertible notes originally issued to investors in a private placement;

f. 82,091 shares issued at $10.00 per share to certain investors pursuant to a non-redemption agreement;

g. 3,763,378 shares issued at a price of $10.00 per share to Venture Lending & Leasing IX, Inc. and WTI Fund X, Inc.

h. 78,730 shares of Common Stock issuable upon the vesting and settlement of restricted stock units that were initially granted at no cash cost iLearningEngines Holdings that were assumed by iLearningEngines and converted into restricted stock units;

i. 511,073 shares that were issued at a price of $5.87 per share to BTIG, LLC relating to the payment of certain Merger transaction expenses;

j. 1,022,146 shares that were issued in lieu of payment of deferred underwriting commissions in an aggregate amount of $6,000,000 at a price of $5.87 per share to Cantor Fitzgerald & Co. in connection with the closing of the Merger , and

k. 221,465 shares that were issued at a price of $5.87 per share pursuant to that amendment to a fee agreement with Cooley LLP, dated as of March 27, 2024, in connection with the payment of Merger transaction expenses.

249. The Form S-1 was subsequently amended two times, with the last amendment being on July 22, 2024.

250. The Form S-1 Registration Statement was signed by the Individual Defendants. At 4:00 p.m. on Friday, August 9, 2024, the SEC declared the Form S-1 Registration Statement effective.

251. On August 12, 2019, iLearningEngines filed its prospectus for the Form S-1 Registration Statement. The prospectus was amended seven times between August 14 and December 10, 2024.

252. The Form S-1 Registration Statement contained a full copy of the April 22, 2024 Report on page F-76.

253. Marcum certified the consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022, and 2021. Attached to Form S-1 Registration Statement as Exhibit 23.1 was Marcum's consent form stating "[w]e consent to the inclusion in this Registration Statement of iLearningEngines, Inc. on Form S-1 of our report dated April 22, 2024, with respect to our audits of the consolidated financial statements of iLearningEngines, Inc. as of December 31, 2023 and 2022 and for the years ended

91

December 31, 2023, 2022, and 2021, which report appears in the Prospectus, which is part of this Registration Statement. We also consent to the reference to our Firm under the heading 'Experts' in such Prospectus."

## B. Relevant Accounting Guidance

### i. Generally Accepted Accounting Principles

254. Generally Accepted Accounting Principles constitute those standards recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practices at a particular time, and are the common set of accounting principles, standards, and procedures that companies in the United States use to prepare their financial statements.

255. The SEC has the statutory authority for the promulgation of GAAP for public companies and has delegated that authority to the Financial Accounting Standards Board ("FASB"). The SEC Rules and interpretive releases and the FASB Accounting Standards Codification ("ASC") represent sources of authoritative GAAP for SEC registrants. ASC 105-10-05-1. Regulation S-X (17 C.F.R. § 210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate despite footnote or other disclosures, unless the Commission has otherwise provided. SEC rules and regulations require that publicly traded companies such as iLearningEngines include financial statements that comply with GAAP in their annual and quarterly reports filed with the SEC (See Sections 12 and 13 of the Exchange Act; Rule 10-01(d) of SEC Regulation S-X). Regulation S-X requires interim financial statements to also comply with GAAP, with the exception that interim financial statements need not include disclosure which would be duplicative of disclosures accompanying annual financial statements. (17 C.F.R. § 210.10-01(a))

256.    FASB's Statements of Financial Accounting Concepts provide the framework for financial accounting. As stated in FASB's Statement of Financial Accounting Concepts No. 8 ("CON 8"), Chapter 1, "[t]he objective of general purpose financial reporting is to provide financial information about the reporting entity that is useful to existing and potential investors, lenders, and other creditors in making decisions about providing resources to the entity." CON 8, Ch. 1 ¶ OB2 (Footnote omitted).

257.    CON 8 provides that financial reports play an important role when individuals and firms make financial decisions:

> General purpose financial reports provide information about the financial position of a reporting entity, which is information about the entity's economic resources and the claims against the reporting entity. Financial reports also provide information about the effects of transactions and other events that change a reporting entity's economic resources and claims. Both types of information provide useful input for decisions about providing resources to an entity.

CON 8, Ch. 1 ¶ OB12.

258.    In order for the financial information to be useful CON 8 states that "it must be relevant and faithfully represent what it purports to represent." CON 8, Ch. 3 ¶ QC4. "Relevant financial information is capable of making a difference in the decisions made by users … if it has predictive value, confirmatory value, or both." CON 8, Ch. 3 ¶¶ QC6 – QC7. Faithful representation refers to a depiction of an economic phenomena that is "*complete, neutral,* and *free from error*." CON 8, Ch. 3 ¶ QC12 (Emphasis in the original.).

259.    CON 8 provides that "[a] complete depiction includes all information necessary for a user to understand the phenomenon being depicted, including all necessary descriptions and explanations" (CON 8, Ch. 3 ¶ QC13),  Neutral means depicted without a bias. (CON 8, Ch. 3 ¶ QC14); and  "Free from error means there are no errors or omissions in the description of the phenomenon, and the process used to produce the reported information has been selected and

applied with no errors in the process. In this context, free from error does not mean perfectly accurate in all respects" (CON 8, Ch. 3 ¶ QC 15).

### ii.   Accounting for Revenue

260.   ASC topic 606, *Revenue from Contracts with Customers*, is the authoritative standard which governs accounting for revenue recognition. The core principle of the guidance included in ASC 606 is that revenue recognized by an entity should depict the transfer of promised goods or services to customers in an amount that reflects the consideration (*i.e.*, the selling price) to which the entity expects to be entitled in exchange for those goods or services. ASC 606-10-05-3. According to ASC 606-10-05-4, an entity is required to recognize revenue in accordance with the following five steps:

    a.   Step 1: Identify the contract with a customer

    b.   Step 2: Identify performance obligations in the contract.[1]

    c.   Step 3: Determine the transaction price.[2]

    d.   Step 4: Allocate the transaction price to the performance obligations in the contract.[3]

    e.   Step 5: Recognize revenue when (or as) the performance obligation is satisfied.

---

[1] "A contract includes promises to transfer goods or services to a customer. If those goods or services are distinct, the promises are performance obligations and are accounted for separately. A good or service is distinct if the customer can benefit from the good or service on its own or together with other resources that are readily available to the customer and the entity's promise to transfer the good or service to the customer is separately identifiable from other promises in the contract." ASC 606-10-05-4.

[2] "The transaction price is the amount of consideration in a contract to which an entity expects to be entitled in exchange for transferring promised goods or services to a customer." *Ibid*.

[3] "An entity typically allocates the transaction price to each performance obligation on the basis of the relative standalone selling prices of each distinct good or service promised in the contract. If a standalone selling price is not observable, an entity estimates it." *Ibid*.

261.     ASC 606 prohibits revenue recognition unless a contract with a customer meets all of the following criteria:

a.  The parties to the contract have approved the contract (in writing, orally, or in accordance with other customary business practices) and are committed to perform their respective obligations.

b.  The entity can identify each party's rights regarding the goods or services to be transferred.

c.  The entity can identify the payment terms for the goods or services to be transferred.

d.  ***The contract has commercial substance (that is, the risk, timing, or amount of the entity's future cash flows is expected to change as a result of the contract).***

e.  It is probable that the entity will collect substantially all of the consideration to which it will be entitled in exchange for the goods or services that will be transferred to the customer … . In evaluating whether collectibility of an amount of consideration is probable, an entity shall consider only the customer's ability and intention to pay that amount of consideration when it is due. …

ASC 606-10-25-1 (Emphasis added).

262.     The collectibility assessment "is based on whether the customer has the ability and intention to pay the consideration to which the entity will be entitled in exchange for the goods or services that will be transferred to the customer. The objective of this assessment is to evaluate whether there is a substantive transaction between the entity and the customer, which is a necessary condition for the contract to be accounted for under the revenue model in this Topic." [ASC 606-10-55-3A (Emphasis added.).

263.     With respect to recording revenue, when the amount of consideration in a contract to which an entity expects to be entitled in exchange for transferring promised goods or services to a customer is variable, GAAP requires the revenue estimate to be constrained so that it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur

95

when the uncertainty associated with the variable consideration is subsequently resolved. ASC 606-10-32-5 and ASC 606-10-32-11. "At the end of each reporting period, an entity shall update the estimated transaction price (including updating its assessment of whether an estimate of variable consideration is constrained) to represent faithfully the circumstances present at the end of the reporting period and the changes in circumstances during the reporting period." ASC 606-10-32-14.

264.    "An entity shall account for consideration payable to a customer as a reduction of the transaction price and, therefore, of revenue unless the payment to the customer is in exchange for a distinct good or service…that the customer transfers to the entity." ASC 606-10-32-25. Consideration payable to a customer includes cash amounts that an entity pays, or expects to pay, to a customer (or to other parties that purchase the entity's goods or services from the customer). Consideration payable to a customer also includes credit or other items (for example, a coupon or voucher) that can be applied against amounts owed to the entity (or to other parties that purchase the entity's goods or services from the customer). ASC 606-10-32-25.

265.    ASC 606-10-25-23 states that "[a]n entity shall recognize revenue when (or as) the entity satisfies a performance obligation by transferring a promised good or service (that is, an asset) to a customer. An asset is transferred when (or as) the customer obtains control of that asset." Accordingly, an entity is required to "determine at contract inception whether it satisfies the performance obligation over time or … at a point in time. … If an entity does not satisfy a performance obligation over time, the performance obligation is satisfied at a point in time." ASC 606-10-25-24.

266.    Revenue is recognized over time if <u>any</u> of the following three criteria are met:

a.  The customer simultaneously receives and consumes the benefits provided by the entity's performance as the entity performs…

b. The entity's performance creates or enhances an asset (for example, work in process) that the customer controls as the asset is created or enhanced…

c. The entity's performance does not create an asset with an alternative use to the entity…and the entity has an enforceable right to payment for performance completed to date … .

ASC 606-10-25-27.

267. "An entity shall consider the terms of the contract, as well as any laws that apply to the contract, when evaluating whether it has an enforceable right to payment for performance completed to date." ASC 606-10-25-29. "In assessing the existence and enforceability of a right to payment for performance completed to date, an entity should consider the contractual terms as well as any legislation or legal precedent that could supplement or override those contractual terms." ASC 606-10-55-14. If a contract includes an acceptance provision, an entity likely does not have an enforceable right to payment "if the acceptance provision relates primarily to subjective specifications and allows a customer to avoid paying for performance to date for reasons other than a breach or nonperformance… ."[4]

268. With respect to performance obligations satisfied over time, ASC 606 requires companies to "recognize revenue over time by measuring the progress toward complete satisfaction of that performance obligation. The objective when measuring progress is to depict an entity's performance in transferring control of goods or services promised to a customer (that is, the satisfaction of an entity's performance obligation)." ASC 606-10-25-31 "An entity shall apply a single method of measuring progress for each performance obligation satisfied over time, and the entity shall apply that method consistently to similar performance obligations and in similar

---

[4] PwC Accounting and Financial Reporting Guide – Revenue from Contracts with Customers (March 2024), RR 6.3.3.2.

circumstances. At the end of each reporting period, an entity shall remeasure its progress toward complete satisfaction of a performance obligation satisfied over time." ASC 606-10-25-32.

269.    "An entity should use judgment when selecting an appropriate method of measuring progress toward complete satisfaction of a performance obligation. That does not mean that an entity has a 'free choice.' The guidance states that an entity should select a method of measuring progress that is consistent with the clearly stated objective of depicting the entity's performance—that is, the satisfaction of an entity's performance obligation in transferring control of goods or services to the customer." ASU 2014-09 BC159.[5]

270.    "Appropriate methods of measuring progress include output methods and input methods." ASC 606-10-25-33. "Output methods recognize revenue on the basis of direct measurements of the value to the customer of the goods or services transferred to date relative to the remaining goods or services promised under the contract. Output methods include methods such as surveys of performance completed to date, appraisals of results achieved, milestones reached, time elapsed, and units produced or units delivered." [Emphasis added.] ASC 606-10-55-17. "Input methods recognize revenue on the basis of the entity's efforts or inputs to the satisfaction of a performance obligation (for example, resources consumed, labor hours expended, **costs incurred**, time elapsed, or machine hours used) relative to the total expected inputs to the satisfaction of that performance obligation." ASC 606-10-55-20 (Emphasis added).

271.    One common input method, often referred to as the "cost-to-cost" method, uses costs incurred relative to total estimated costs to determine the extent of progress toward completion. Costs are included in measuring progress under the "cost-to-cost" method if they represent progress under the contract toward completion. Examples of these costs include:

---

[5] Accounting Standards Update ("ASU") 2014-09, which was issued by the FASB, established ASC 606.

    a.   Direct labor.

    b.   Direct materials.

    c.   Subcontractor costs.

    d.   Allocations of costs related directly to contract activities if those depict the transfer of control to the customer.

    e.   Costs explicitly chargeable to the customer under the contract.

    f.   Other costs incurred solely due to the contract.[6]

272.    Costs that do not depict progress toward completion are excluded from the "cost-to-cost" method. Examples of such excluded costs include costs of wasted materials, labor and other resources that represent inefficiencies in the entity's performance, rather than progress in transferring control of a good or service to a customer.[7]

273.    When another party is involved in providing goods or services to a customer, GAAP requires the reporting entity to determine whether it has promised to provide goods or services to customers itself (as a principal) or to arrange for those goods or services to be provided by another party (as an agent). ASC 606-10-55-36. The principal versus agent assessment is a two-step process, it consists of (1) identifying the specified good or service to be provided to the end consumer and (2) assessing whether the reporting entity controls the specified good or service before it is transferred to the end consumer. ASC 606-10-55-36A.

274.    According to ASC 606, a good or service that is promised to a customer is <u>distinct</u> if both of the following criteria are met:

    a.   The customer can benefit from the good or service either on its own or together with other resources that are readily available to the customer (that is, the good or service is capable of being distinct).

---

[6] PwC Accounting and Financial Reporting Guide – Revenue from Contracts with Customers (March 2024), RR 6.4.2.1.
[7] *Ibid.*

     b.   The entity's promise to transfer the good or service to the customer is separately identifiable from other promises in the contract (that is, the promise to transfer the good or service is distinct within the context of the contract).

ASC 606-10-25-19.

275. Pursuant to ASC 606-10-25-22, "[i]f a promised good or service is not distinct, an entity shall combine that good or service with other promised goods or services until it identifies a bundle of goods or services that is distinct. In some cases, that would result in the entity accounting for all the goods or services promised in a contract as a single performance obligation."

276. The second step in the principal versus agent assessment requires the reporting entity to use the definition of control to assess whether it obtains control of the specified good or service before it is transferred to the end consumer. Control of a good or service "refers to the ability to direct the use of, and obtain substantially all of the remaining benefits from, the [good or service]. Control includes the ability to prevent other entities from directing the use of, and obtaining the benefits from, an [good or service]." ASC 606-10-25-25. Generally, "[a]n entity is a principal if it controls the specified good or service before that good or service is transferred to a customer." ASC 606-10-55-37. "An entity is an agent if the entity's performance obligation is to arrange for the provision of the specified good or service by another party. An entity that is an agent does not control the specified good or service provided by another party before that good or service is transferred to the customer." ASC 606-10-55-38.

277. To assist in determining whether an entity is a principal or an agent, ASC 606 provides the following examples of how a reporting entity that is a principal could control a good or service before it is transferred to the end consumer:

> When another party is involved in providing goods or services to a customer, an entity that is a principal obtains control of any one of the following:

a. A good or another asset from the other party that it then transfers to the customer.

b. A right to a service to be performed by the other party, which gives the entity the ability to direct that party to provide the service to the customer on the entity's behalf.

c. A good or service from the other party that it then combines with other goods or services in providing the specified good or service to the customer. For example, if an entity provides a significant service of integrating goods or services (see paragraph 606-10-25-21(a)) provided by another party into the specified good or service for which the customer has contracted, the entity controls the specified good or service before that good or service is transferred to the customer. This is because the entity first obtains control of the inputs to the specified good or service (which include goods or services from other parties) and directs their use to create the combined output that is the specified good or service.

ASC 606-10-55-37A.

278. Indicators that an entity controls the specified good or service before it is transferred to the customer (and is therefore a principal …) include, but are not limited to, the following:

a. The entity is primarily responsible for fulfilling the promise to provide the specified good or service. This typically includes responsibility for the acceptability of the specified good or service (for example, primary responsibility for the good or service meeting customer specifications). If the entity is primarily responsible for fulfilling the promise to provide the specified good or service, this may indicate that the other party involved in providing the specified good or service is acting on the entity's behalf.

b. The entity has inventory risk before the specified good or service has been transferred to a customer or after transfer of control to the customer (for example, if the customer has a right of return). For example, if the entity obtains, or commits to obtain, the specified good or service before obtaining a contract with a customer, that may indicate that the entity has the ability to direct the use of, and obtain substantially all of the remaining benefits from, the good or service before it is transferred to the customer.

c. The entity has discretion in establishing the price for the specified good or service. Establishing the price that the customer pays for the specified good or service may indicate that the entity has the ability to direct the use of that good or service and obtain substantially all of the remaining benefits.

> However, an agent can have discretion in establishing prices in some cases. For example, an agent may have some flexibility in setting prices in order to generate additional revenue from its service of arranging for goods or services to be provided by other parties to customers.

ASC 606-10-55-39.

279. A reporting entity that is determined to be a principal follows the "gross" approach and recognizes revenue when (or as) it satisfies its performance obligation in the amount equal to the price paid by the end consumer for the good or service ("gross" revenue). (ASC 606-10-55-37B) The amounts remitted to the other party are presented as an expense. Conversely, a reporting entity that is determined to be an agent, follows the "net" approach and recognizes revenue when (or as) it satisfies its performance obligation equal to the net amount retained after remitting amounts to the other parties for providing the good or service ("net" revenue). (ASC 606-10-55-38)

280. ASC 606 requires entities to disclose the following qualitative and quantitative information about its contracts with customers "to enable users of financial statements to understand the nature, amount, timing, and uncertainty of revenue and cash flows arising from contracts with customers:"

   a. The significant judgments, and changes in the judgments, made in applying the revenue recognition guidance.

   b. Any assets recognized from the costs to obtain or fulfill a contract with a customer.

ASC606-10-50-1.

281. Furthermore, entities are required to "disaggregate revenue recognized from contracts with customers into categories that depict how the nature, amount, timing, and uncertainty of revenue and cash flows are affected by economic factors." ASC 606-10-50-5.

### iii.    Related Party Disclosures

282.    With respect to related parties, GAAP focuses on disclosure of transactions and relationships with related parties. ASC 850, *Related Party Disclosures*, is the authoritative accounting standard under GAAP concerning related party disclosures in a company's financial statements. ASC 850-10-05-1 and ASC 850-10-60-7.

283.    According to ASC 850, related parties include the following:

a.  Affiliates of the entity

b.  Entities for which investments in their equity securities would be required

c.  Trusts for the benefit of employees

d.  Principal owners of the entity and members of their immediate families

e.  *Management of the entity and members of their immediate families*

f.  Other parties with which the entity may deal if one party controls or can *significantly influence* the management or operating policies of the other to an extent that one of the transacting parties *might be prevented from fully pursuing its own separate interests.*

g.  Other parties that *can significantly influence* the management or operating policies of the transacting parties or that have an ownership interest in one of the transacting parties and can significantly influence the other to an extent that one or more of the transacting parties *might be prevented from fully pursuing its own separate interests.*

ASC 850-10-20 (Emphasis added).

284.    With an "affiliate" defined as "[a] party that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with an entity. …." Control is defined as "[t]he possession, direct or indirect, of the power to direct or cause the direction of the management and policies of an entity through ownership, by contract, or otherwise." ASC 850-10-20.

285.    Examples of common transactions between related parties include the following:

103

   a.   Sales, purchases, and transfers of real and personal property

   b.   Services received or furnished, such as accounting, management, engineering, and legal services

   c.   Use of property and equipment by lease or otherwise

   d.   Borrowings, lendings, and guarantees

   e.   Maintenance of compensating bank balances for the benefit of a related party

   f.   Intra-entity billings based on allocations of common costs

   g.   Filings of consolidated tax returns.

ASC 850-10-05-4.

286.    Related party transactions also include those which have not been given accounting recognition and services provided without charge:

> Transactions between related parties are considered to be related party transactions even though they may not be given accounting recognition. For example, an entity may receive services from a related party without charge and not record receipt of the services. While not providing accounting or measurement guidance for such transactions, this Topic requires their disclosure nonetheless.

ASC 850-10-05-5.

287.    GAAP requires financial statements to include the following disclosures of material related party transactions:

   a.   The nature of the relationship(s) involved

   b.   A description of the transactions, including transactions to which no amounts or nominal amounts were ascribed, for each of the periods for which income statements are presented, and such other information deemed necessary to an understanding of the effects of the transactions on the financial statements

   c.   The dollar amounts of transactions for each of the periods for which income statements are presented and the effects of any change in the method of establishing the terms from that used in the preceding period

d.  Amounts due from or to related parties as of the date of each balance sheet presented and, if not otherwise apparent, the terms and manner of settlement.[8]

ASC 850-10-50-1.

288.    The basic objective of the above requirements is to ensure disclosure of useful information which would make a difference in decision making for users of the financial statements:

> Information about transactions with related parties is useful in comparing an entity's results of operations and financial position with those of prior periods and with those of other entities. It helps users of financial statements to detect and explain possible differences.[9]
>
> Information about transactions with related parties that would make a difference in decision making shall be disclosed so that users of the financial statements can evaluate their significance. Therefore, this Topic establishes requirements to disclose certain significant related party transactions and control relationships. Relevant information is omitted if the disclosures required by this Topic are not made.

ASC 850-10-10-1.

289.    Further, ASC 850-10-50-5 states that "[t]ransactions involving related parties cannot be presumed to be carried out on an arm's-length basis, as the requisite conditions of competitive, free-market dealings may not exist. Representations about transactions with related parties, if made, shall not imply that the related party transactions were consummated on terms equivalent to those that prevail in arm's-length transactions unless such representations can be substantiated."

290.    The provisions of ASC Topic 850 addressing related party disclosures are relatively straightforward. If an entity meets the definition of a related party, certain disclosures are required. To meet the definition of a related party, the question is whether one of the entities can significantly

---

[8] Related party transaction disclosure requirements do not apply to compensation arrangements, expense allowances, and other similar items in the ordinary course of business. ASC 850-10-50-1.
[9] ASC 850-10-05-2.

influence the management or operating policies of the other entity. To meet the definition of a related party, it is not a requirement to have power or control over the other the entity, it is only necessary that one party can significantly influence the management or operating policies of the other to the extent that the other entity "might be" prevented from "fully pursuing" its own separate interests.

### C. **iLearningEngines' Accounting for Transactions with the Technology Partner**

291.    In its 2023 financial statements, iLearningEngines disclosed that it had a long-term relationship with a Technology Partner who acted as both a customer and a vendor. iLearningEngines disclosed that its Technology Partner purchased and integrated iLearningEngines' platform into the Technology Partner's own software solution, which it then provided to its own customers. Moreover, in certain instances, iLearningEngines treated its Technology Partner as an agent who facilitated sales to iLearningEngines' customers. The Technology Partner also received sales commissions. According to iLearningEngines, the Technology Partner provided research and development ("R&D"), sales and marketing, and implementation and support services to the company.

292.    iLearningEngines' also represented that pursuant to the Master Agreement with the Technology Partner, iLearningEngines was allowed to net the amounts collected by the Technology Partner from end-users against the cost of the Technology Partner's services rendered and billable to iLearningEngines.

293.    The netted amounts substantially offset each other, resulting in virtually no net cash transfers between iLearningEngines and the Technology Partner, Experion. The Master Agreement also included an unusual provision which allowed iLearningEngines not to repay its outstanding balance to the Technology Partner (approximately $50 million) until the tenth anniversary of the effective date of termination of the Master Agreement, which had an initial term

of five years with an automatic renewal for five additional years. As stated in Exhibit 99.4 to the

Super 8-K, the "Consolidated Financial Statements of Legacy iLearningEngines as of December

31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021":

**2. Summary of Significant Accounting Policies**

\*        \*        \*

***Costs to Obtain and Fulfill Contracts***

Sales commissions tied to new customer contracts earned by the Company's Technology Partner, discussed in Note 5, are considered incremental and recoverable costs of obtaining a contract with a customer. …

\*        \*        \*

***Technology Partner***

The Company has a long-term relationship with a Technology Partner. ***The Technology Partner provides research and development ("R&D"), sales and marketing, and implementation and support services to the Company. In addition, the Technology Partner also purchases, integrates and resells the Company's platform to end customers.***

When ILE contracts directly with the end customer, the Technology Partner provides front-end sales and marketing support to identify the end customer, but ILE contracts directly with the end customer to provide Implementation Services and the ILE platform. ***Separately, the Company contracts with the Technology Partner for the Technology Partner to provide implementation support services on behalf of the Company to the end customer***. The Company is primarily responsible for fulfilling the promise to provide the specified goods and services over the contract term to the end customer and has discretion in establishing the price. ***Therefore, the Company determined the end customer is its customer, and the Technology Partner is acting as the Company's agent.***

***When the Technology Partner purchases and integrates the ILE platform into the Technology Partner's own software solution provided to the Technology Partner's end customer,*** the Technology Partner identifies and contracts with the end customer to provide the integrated software solution, implementation services, and support services. In these arrangements, **the *Technology Partner controls the ILE platform, and the Company considers the Technology Partner to be its end customer for this contractual relationship.***

Because the Technology Partner is a customer in some arrangements and a vendor in other arrangements, the Company evaluated the fees it pays the Technology Partner for the various services provided to the Company. The Company determined the services it received from the Technology Partner were distinct and the consideration paid to the Technology Partner was equivalent to an arms-length transaction. As a result, **no costs incurred by the Company related to services**

**provid*ed by the Technology Partner have been netted against revenues earned from the Technology Partner.***

The sales commissions paid to the Technology Partner are recognized in accordance with ASC 340-40. The implementation fees are presented within cost of revenue, while any fees paid for R&D services are presented in research and development expense and marketing fees are presented in selling, general and administrative expense on the consolidated statements of operations.

If at any time the services fees exceed collections resulting in a net payable to the Technology Partner, subsequent collections will first be applied to the net payable including any accrued interest on the balance. The details of the Master Arrangement are further described Note 5.

*     *     *

*Implementation services*

All customers require implementation services prior to being able to use the ILE platform. To date ILE has outsourced these services to its Technology Partner who has been trained to provide the implementation services. Refer to Note 5 for further discussion of the Technology Partner. Implementation services generally take 1 – 3 months and consist of the phases the Company follows as part of the customer onboarding process.

*     *     *

**5. Technology Partner**

In 2019, the Company entered a Master Agreement ("MA") with the Technology Partner, which ***allows for quarterly netting of amounts collected by the Technology Partner from end-users, against the cost of the Technology Partner's services rendered and billable to the Company.*** The MA has an initial term of five years with an automatic renewal for five additional years.

On January 1, 2021, the Company amended the interest rate with the Technology Partner which changed from a 12-month LIBOR rate plus 2.0% to a fixed rate of 3.99% through December 31, 2023. Subsequent to December 31, 2023, the Company amended the interest rate with the Technology Partner to a fixed rate of 5.99% through December 31, 2024. ***The Company is not required to repay any outstanding balance or accrued interest until the tenth anniversary of the effective date of termination of the MA.*** As of the date of these consolidated financial statements, the MA has not been terminated. The following table summarizes the expenses charged to company by the Technology Partner that are presented within cost of revenue, selling, general and administrative expenses, and research and development expenses on the consolidated statements of operations for the years ended December 31, 2023, 2022 and 2021:

| | December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| | (In thousands) | | |
| Cost of revenue | $ 132,111 | $ 93,753 | $ 64,834 |
| Selling, general and administrative expense | 127,538 | 96,972 | 68,931 |
| Research and development expense | 128,539 | 97,396 | 70,836 |
| | $ 388,188 | $ 288,121 | $ 204,601 |

108

* * *

*Net Receivable from Technology Partner*

Subsequent to the execution of the subordination agreement, the Company and the Technology Partner resumed quarterly netting of collections and the cost of services provided with the same interest rate terms defined above.

| | December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| Opening balance of receivable from Technology Partner | $ 10,217 | $ 727 |
| Collections by Technology Partner | 389,361 | 297,710 |
| Cost of services provided by Technology Partner | (388,189) | (288,121) |
| Net cash transfers between Company and Technology Partner | 2,213 | (99) |
| Closing balance of receivable from Technology Partner | $ 13,602 | $ 10,217 |

Emphasis added.

294.    iLearningEngines also disclosed in Exhibit 99.4 that it recognized revenue in accordance with GAAP and that a substantial portion of revenue was earned on sales to customers in India. It also disclosed that revenue related to implementation services, which it outsourced to its Technology Partner, represented only a fraction of total revenues:

**2. Summary of Significant Accounting Policies**

*            *            *

*Revenue Recognition*

The Company recognizes revenue in accordance with ASC Topic 606.

Revenues are recognized when control of services is transferred to the Company's customers, in an amount that reflects the consideration ILE expects to be entitled to in exchange for those services over the term of the agreement, generally when made available to the customers. Revenues are recognized net of sales credits and allowances. Revenue is recognized net of any taxes collected from customers, which are subsequently remitted to governmental authorities.

Revenue is recognized based on the following five step model in accordance with ASC 606:

- Identification of the contract with a customer;

- Identification of the performance obligations in the contract;

- Determination of the transaction price;

- Allocation of the transaction price to the performance obligations in the contract; and

- Recognition of revenue when, or as, the Company satisfies a performance obligation.

109

A performance obligation is a promise in a contract to transfer a distinct good or service to the customer and is the unit of accounting. Determining whether products and services are considered distinct performance obligations that should be accounted for separately versus together may require significant judgment. The Company's contracts with customers include two performance obligations, (i) implementation, and (ii) combined software license and maintenance. The Company records individual performance obligations separately by allocating the contract's total transaction price to each performance obligation of each distinct good or service in the contract.

*    *    *

### Disaggregation of Revenue

The Company disaggregates revenue into categories that depict the nature, amount, and timing of revenue and cash flows based on differing economic risk profiles for each category. In concluding such disaggregation, the Company evaluated the nature of the products and services, consumer markets, sales terms, and sales channels which have similar characteristics such that the level of disaggregation provides an understanding of the Company's business activities and historical performance. The level of disaggregation is evaluated annually and as appropriate for changes to the Company or its business, either from internal growth, acquisitions, divestitures, or otherwise. Revenue from implementation services and combined software license and maintenance is recognized over the respective performance obligation period. As such, there is no disaggregation of revenue by point in time as all of the Company's revenue is recognized over time.

With respect to the Company's disaggregation of revenue by customer geography, geography is primarily determined based on the location of the customer identified in the contract. As described in the Technology Partner policy note above, the Company enters contracts with the Technology Partner though which the Technology Partner purchases and integrates the ILE platform into the Technology Partner's own software solution provided to one of the Technology Partner's customers. In this type of contractual arrangement, the Company identifies the Technology Partner as its customer. In contractual arrangements in which the Technology Partner is identified as the customer, the Technology Partner's end customer may or may not be known by the Company. In cases in which the Technology Partner's customer is known to the Company, the geography is determined based on the location of the Technology Partner's customer and conversely, in cases in which the Technology Partner's customer is not known, the customer geography is determined based on the geography of the Technology Partner. The following table presents this disaggregation of revenue by customer geography:

| | Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| | (In thousands) | | |
| India | $ 162,854 | $ 138,048 | $ 126,371 |
| North America | 194,886 | 116,112 | 47,953 |
| Other[1] | 62,842 | 55,010 | 43,543 |
| Total Revenues | $ 420,582 | $ 309,170 | $ 217,867 |

(1)    Other includes customers in Middle East and Europe.

110

295.    The following table presents to disaggregation of revenue by type of revenue:

| | Years Ended December 31, | | |
| | 2023 | 2022 | 2021 |
| | (In thousands) | | |
|---|---|---|---|
| Revenue related to implementation services | $      16,491 | $      15,872 | $      5,495 |
| Combined software license and maintenance revenues | 404,091 | 293,298 | 212,372 |
| Total Revenues | $     420,582 | $     309,170 | $     217,867 |

296.    As detailed herein, iLearningEngines failed to identify its transactions with the Technology Partner, Experion, as related party transactions and provide the necessary disclosures.

### D. iLearningEngines Fake Revenue and Round-Trips.

#### i.    iLearningEngines' Technology Partner is an Unidentified and Undisclosed Related Party

297.    As set forth above, Experion was the anonymous "Technology Partner" mentioned in iLearningEngines' SEC filings.

298.    Multiple iLearningEngines' executives also held positions with Experion, including Defendant Chidambaran, whose name and home address was Experion's contact address in America. Ratish Nair, iLearningEngines' AVP of Sales & Business Development, and Tom Thomas, Senior Project Manager at ILE, were also directors and shareholders at Experion's India affiliate, Experion Infosystems Private Limited ("Experion India").

299.    Moreover, iLearningEngines' President and Chief Business Officer, Arackal was not only Experion India's director from November 2017 through April 2022 but also a managing director of Experion MEA through at least 2019. In July 2018, during his tenure at Experion India and Experion MEA, Arackal was appointed as a director of iLearningEngines India Private Limited.

300.    Experion India and Experion MEA were both partially owned by Jojo Philip, the brother of iLearningEngines' Head of Channel Partnerships, Cherian K Philip.

111

301.    The aforementioned links between iLearningEngines and various Experion affiliates establish that iLearningEngines' Technology Partner was a related party to iLearningEngines due to the existence of familial relationship between the owner of Experion India/ Experion MEA and a member of iLearningEngines' senior management and due to the ability of the members of iLearningEngines' senior management team to significantly influence the operations of Experion India and Experion MEA through their positions at those entities.

302.    The Bankruptcy Disclosures confirm the related party relationship by identifying Experion MEA Corporation, located at the same address as Experion Technologies, FZ LLC (the party to the Master Agreement), as a "Related Party." The Bankruptcy Disclosures further contain admissions by iLearningEngines that each Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were each considered by iLearningEngines to be an "insider" and a "Related Party."

### ii.    Nearly All of iLearningEngines' Revenues and Expenses were with its Technology Partner

303.    As shown below, nearly 100% of iLearningEngines' cost of revenue was run through Experion during 2022 and 2023 and the entire cost of revenue was run through Experion during 2021:

| (In 000s, except per share amounts) | 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Technology Partner | | All Other | | Total Reported | |
| Revenue | $ | 204,699 94.0% | $ | 13,168 6.0% | $ | 217,867 |
| Cost of revenue | | (64,834) 100.0% | | - 0.0% | | (64,834) |
| Gross profit | | 139,865 91.4% | | 13,168 8.6% | | 153,033 |
| Operating expenses: | | | | | | |
| SG&A | | (68,931) 92.6% | | (5,503) 7.4% | | (74,434) |
| R&D | | (70,836) 99.9% | | (77) 0.1% | | (70,913) |
| Total oper. exp. | | (139,767) 96.2% | | (5,580) 3.8% | | (145,347) |
| Operating income | | 98 | | 7,588 | | 7,686 |
| Total other expense, net | | (1,668) | | (3,465) | | (5,133) |
| Pre-tax net (loss) income | | (1,570) | | 4,123 | | 2,553 |
| Income tax (expense) benefit | | 367 | | (399) | | (32) |
| Net (loss) income | $ | (1,203) | $ | 3,724 | $ | 2,521 |
| Net (loss) income per share – diluted | $ | (0.01) | $ | 0.03 | $ | 0.02 |

| (In 000s, except per share amounts) | 2022 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Technology Partner | | All Other | | Total Reported | |
| Revenue | $ | 297,710 96.3% | $ | 11,460 3.7% | $ | 309,170 |
| Cost of revenue | | (93,753) 99.9% | | (137) 0.1% | | (93,890) |
| Gross profit | | 203,957 94.7% | | 11,323 5.3% | | 215,280 |
| Operating expenses: | | | | | | |
| SG&A | | (96,972) 91.5% | | (8,994) 8.5% | | (105,966) |
| R&D | | (97,396) 100.0% | | (40) 0.0% | | (97,436) |
| Total oper. exp. | | (194,368) 95.6% | | (9,034) 4.4% | | (203,402) |
| Operating income | | 9,589 | | 2,289 | | 11,878 |
| Total other expense, net | | (1,667) | | (4,720) | | (6,387) |
| Pre-tax net (loss) income | | 7,922 | | (2,431) | | 5,491 |
| Income tax (expense) benefit | | (1,790) | | 7,765 | | 5,975 |
| Net (loss) income | $ | 6,132 | $ | 5,334 | $ | 11,466 |
| Net (loss) income per share – diluted | $ | 0.05 | $ | 0.03 | $ | 0.08 |

113

| (In 000s, except per share amounts) | 2023 | | |
| --- | --- | --- | --- |
| | Technology Partner | All Other | Total Reported |
| Revenue | $ 389,361  92.6% | $ 31,221  7.4% | $ 420,582 |
| Cost of revenue | (132,111) 100.0% | (43) 0.0% | (132,154) |
| Gross profit | 257,250  89.2% | 31,178  10.8% | 288,428 |
| Operating expenses: | | | |
| SG&A | (127,538) 90.5% | (13,359) 9.5% | (140,897) |
| R&D | (128,539) 100.0% | (5) 0.0% | (128,544) |
| Total oper. exp. | (256,077) 95.0% | (13,364) 5.0% | (269,441) |
| Operating income | 1,173 | 17,814 | 18,987 |
| Total other expense, net | (1,668) | (19,569) | (21,237) |
| Pre-tax net (loss) income | (495) | (1,755) | (2,250) |
| Income tax (expense) benefit | 72 | (2,229) | (2,157) |
| Net (loss) income | $ (423) | $ (3,984) | $ (4,407) |
| Net (loss) income per share – diluted | $ - | $ (0.05) | $ (0.05) |

304.    iLearningEngines' non-Experion revenue is also questionable. As shown above, the non-Experion revenue had essentially a 100% gross profit margin. 100% gross profit margin is an indicator of fraudulent revenue because there is no actual product or service being sold.

### iii.    The Vast Majority of iLearningEngines Revenue is Fake

305.    The netting of amounts due to and from Experion presents a method for recording both fake revenues and fake expenses without the need to cycle through cash. ***Recording of such transactions constitutes a GAAP violation because the reported amounts do not meet the following definitions of revenues and expenses.***

306.    Chapter 4 of CON 8, *Elements of Financial Statements*, defines revenues as "inflows or other enhancements of assets of an entity or settlements of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities." It defines expenses as "outflows or other using up of assets of an entity or incurrences of its liabilities (or a combination of both) from delivering or producing goods, rendering services, or carrying out other activities."

307.    Moreover, GAAP does not allow revenue recognition when (a) the underlying contract has no commercial substance, (b) transaction price is nil or non-existent because any revenues recognized are the result of the round-tripping transactions and no consideration is expected to be received, (c) no goods or services are transferred to a customer, (c) the seller does not have any performance obligations because there is no actual transfer of goods or services to a customer, or (d) no allocation of transaction price to performance obligations could be made due to the non-existence of either element. ASC 606-10-05-04 and ASC 606-10-25-1.

### E. iLearningEngines Misstatements in the Financial Statements included in the Offering Documents

308.    Because of the significance of transactions with Experion, iLearningEngines' financial statements did not faithfully represent its financial condition or results of operation because they did not identify Experion as a Related Party or include the required disclosures of transactions between iLearningEngines / iLearningEngines Holdings and Experion.    Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.

309.    iLearningEngines' disclosures stating that it "determined the services it received from the Technology Partner were distinct and the consideration paid to the Technology Partner was equivalent to an arms-length transaction" are false  because as iLearningEngines and Experion were related parties, GAAP prohibits representing transactions between them as "arms-length."

310.    Furthermore, the payments to Experian MEA Corporation in iLearningEngines Holdings Insiders Payment Schedule were large round amounts, which is an attribute of a financial transaction without economic substance.  Moreover, the reason provided for each payment is marked as "Outgoing wire transfer" instead of a legitimate business purpose.  Thus, these payments do not appear to be made for distinct goods or services.   As such, they should have been

recorded as either a reduction of revenue earned by iLearningEngines from Experion or an expense. iLearningEngines' revenue and net revenue is thus overstated by the amounts of these payments

311. These payments made to Experion between December 22, 2023 and November 8, 2024, totaling over $87.4 million, appear to lack legitimate business purpose and, therefore, should have been recorded as a reduction in revenue. Based on the schedule of the iLearningEngines Holdings Insiders Payment Schedule the revenue reported in iLearningEngines' and iLearningEngines Holdings' financial statements for 2023, the first quarter 2024, and the second quarter 2024 were misstated by at least $2.0 million, $1.75 million, and $12.225 million, respectively.

312. Moreover, the other (non-Experion) iLearningEngines transactions appear not to have cost of sales, despite showing sizeable revenues. Therefore, these reported amounts are also highly suspicious. In summary, due to the lack of related party transactions and the suspicious characteristics of the reported amounts, iLearningEngines' financial statements for the relevant periods do not provide financial information about the reporting entity that is useful to financial statement users and do not faithfully represent iLearningEngines results of operations and financial condition.

313. The following tables show a breakdown between Experion and non-Experian transactions reported in iLearningEngines' financial statements for the relevant periods.

**2021 — Form S-4 (Jan 5, 2024)**

| (In 000s, except per share amounts) | Experian | | All Other | | Total Reported |
|---|---|---|---|---|---|
| Revenue | $204,699 | 94.0% | $ 13,168 | 6.0% | $ 217,867 |
| Cost of revenue | (64,834) | 100.0% | - | 0.0% | (64,834) |
| Gross profit | 139,865 | 91.4% | 13,168 | 8.6% | 153,033 |
| Operating expenses: | | | | | |
| SG&A | (68,931) | 92.6% | (5,503) | 7.4% | (74,434) |
| R&D | (70,836) | 99.9% | (77) | 0.1% | (70,913) |
| Total oper. exp. | (139,767) | 96.2% | (5,580) | 3.8% | (145,347) |
| Operating income | 98 | | 7,588 | | 7,686 |
| Total other expense, net | (1,668) | | (3,465) | | (5,133) |
| Pre-tax net (loss) income | (1,570) | | 4,123 | | 2,553 |
| Income tax (expense) benefit | 367 | | (399) | | (32) |
| Net (loss) income | $ (1,203) | | $ 3,724 | | $ 2,521 |
| Net (loss) income per share – diluted | $ (0.01) | | $ 0.03 | | $ 0.02 |

**2022 — Form S-4 (Jan 5, 2024)**

| (In 000s, except per share amounts) | Experian | | All Other | | Total Reported |
|---|---|---|---|---|---|
| Revenue | $297,710 | 96.3% | $ 11,460 | 3.7% | $ 309,170 |
| Cost of revenue | (93,753) | 99.9% | (137) | 0.1% | (93,890) |
| Gross profit | 203,957 | 94.7% | 11,323 | 5.3% | 215,280 |
| Operating expenses: | | | | | |
| SG&A | (96,972) | 91.5% | (8,994) | 8.5% | (105,966) |
| R&D | (97,396) | 100.0% | (40) | 0.0% | (97,436) |
| Total oper. exp. | (194,368) | 95.6% | (9,034) | 4.4% | (203,402) |
| Operating income | 9,589 | | 2,289 | | 11,878 |
| Total other expense, net | (1,667) | | (4,720) | | (6,387) |
| Pre-tax net (loss) income | 7,922 | | (2,431) | | 5,491 |
| Income tax (expense) benefit | (1,790) | | 7,765 | | 5,975 |
| Net (loss) income | $ 6,132 | | $ 5,334 | | $ 11,466 |
| Net (loss) income per share – diluted | $ 0.05 | | $ 0.03 | | $ 0.08 |

**2023 — Super 8-K (Apr 22, 2024)**

| (In 000s, except per share amounts) | Experian | | All Other | | Total Reported |
|---|---|---|---|---|---|
| Revenue | $389,361 | 92.6% | $ 31,221 | 7.4% | $ 420,582 |
| Cost of revenue | (132,111) | 100.0% | (43) | 0.0% | (132,154) |
| Gross profit | 257,250 | 89.2% | 31,178 | 10.8% | 288,428 |
| Operating expenses: | | | | | |
| SG&A | (127,538) | 90.5% | (13,359) | 9.5% | (140,897) |
| R&D | (128,539) | 100.0% | (5) | 0.0% | (128,544) |
| Total oper. exp. | (256,077) | 95.0% | (13,364) | 5.0% | (269,441) |
| Operating income | 1,173 | | 17,814 | | 18,987 |
| Total other expense, net | (1,668) | | (19,569) | | (21,237) |
| Pre-tax net (loss) income | (495) | | (1,755) | | (2,250) |
| Income tax (expense) benefit | 72 | | (2,229) | | (2,157) |
| Net (loss) income | $ (423) | | $ (3,984) | | $ (4,407) |
| Net (loss) income per share – diluted | $ - | | $ (0.05) | | $ (0.05) |

**Q1 2024 — Amend. No. 1 to Super 8-K (May 16, 2024)**

| (In 000s, except per share amounts) | Experian | | All Other | | Total Reported |
|---|---|---|---|---|---|
| Revenue | $113,732 | 91.0% | $ 11,203 | 9.0% | $ 124,935 |
| Cost of revenue | (38,673) | 99.9% | (41) | 0.1% | (38,714) |
| Gross profit | 75,059 | 87.1% | 11,162 | 12.9% | 86,221 |
| Operating expenses: | | | | | |
| SG&A | (37,063) | 89.9% | (4,160) | 10.1% | (41,223) |
| R&D | (37,048) | 99.9% | (51) | 0.1% | (37,099) |
| Total oper. exp. | (74,111) | 94.6% | (4,211) | 5.4% | (78,322) |
| Operating income | 948 | | 6,951 | | 7,899 |
| Total other expense, net | (626) | | (31,986) | | (32,612) |
| Pre-tax net (loss) income | 322 | | (25,035) | | (24,713) |
| Income tax (expense) benefit | (47) | | (1,175) | | (1,222) |
| Net (loss) income | $ 275 | | $ (26,210) | | $ (25,935) |
| Net (loss) income per share – diluted | $ - | | $ (0.28) | | $ (0.27) |

**Q2 2024 — Form 10-Q (Aug 13, 2024)**

| (In 000s, except per share amounts) | Experian | | All Other | | Total Reported |
|---|---|---|---|---|---|
| Revenue | $125,229 | 92.4% | $ 10,309 | 7.6% | $ 135,538 |
| Cost of revenue | (41,761) | 99.8% | (84) | 0.2% | (41,845) |
| Gross profit | 83,468 | 89.1% | 10,225 | 10.9% | 93,693 |
| Operating expenses: | | | | | |
| SG&A | (41,927) | 30.5% | (95,735) | 69.5% | (137,662) |
| R&D | (41,082) | 99.6% | (163) | 0.4% | (41,245) |
| Total oper. exp. | (83,009) | 46.4% | (95,898) | 53.6% | (178,907) |
| Operating income | 459 | | (85,673) | | (85,214) |
| Total other expense, net | (1,252) | | (227,493) | | (228,745) |
| Pre-tax net (loss) income | (793) | | (313,166) | | (313,959) |
| Income tax (expense) benefit | 116 | | (183) | | (67) |
| Net (loss) income | $ (677) | | $ (313,349) | | $ (314,026) |
| Net (loss) income per share – diluted | $ (0.01) | | $ (3.16) | | $ (3.15) |

For the reasons set forth in Section VI.D, the revenue from Experion was improperly recognized, in whole or part, in violation of GAAP.

F. **THE OFFERING DOCUMENTS CONTAIN UNTRUE STATEMENTS OF MATERIAL FACT, OMITTED TO STATE A MATERIAL FACT REQUIRED TO BE STATED THEREIN, AND OMITTED TO STATE MATERIAL FACTS NECESSARY TO MAKE STATEMENTS THEREIN NOT MISLEADING.**

314.    SEC Regulation S-X states that financial statements filed with the SEC that are not prepared in compliance with GAAP are "presumed to be misleading and inaccurate." 17 C.F.R. §210.4-01(a)(1). Regulation S-X also requires that interim financial statements filed with the SEC comply with GAAP. 17 C.F.R. §210.10-01(a).

315.    The Offering Documents contained untrue statements of material fact, omitted to state a material fact required to be stated therein, and omitted to state material facts necessary to make statements therein not misleading. The omissions and misrepresentations within the Offering Documents primarily relate to: (i) improper accounting for revenue and expenses; and (ii) failures to disclose Experion as a related party.

### i.    The Form S-8 Registration Statement

316.    The Form S-8 Registration Statement incorporated by reference, in relevant part, the following documents the: (i) Super 8-K filed on April 22, 2024, including the 1Q2024 Financial Statements and the "Management's Discussion and Analysis of Financial Condition and Results of Operations of Legacy iLearningEngines as of December 31, 2023 and 2022, and for the fiscal years ended December 31, 2023 and 2022" ("iLearningEngines Holdings 2023 MD&A") that were filed as part of the Super 8-K; (iii) the May 16, 2024 Super 8-K Amendment; and (iii) 2Q2024 Form 10-Q. Each of these documents incorporated into the Form S-8 Registration Statement contained untrue statements of material fact, omitted to state a material fact required to be stated therein, and/or omitted to state material facts necessary to make statements therein not misleading:

### a.    Super 8-K – Exhibits 99.3, 99.4, and 99.5

1. **Exhibit 99.3 - Management's Discussion and Analysis of Financial Condition and Results of Operations of**

**iLearningEngines Holdings as of December 31, 2023 and 2022, and for the fiscal years ended December 31, 2023 and 2022**

317.    Attached as Exhibit 99.3 to the Super 8-K was the iLearningEngines Holdings 2023 MD&A.

318.    In the iLearningEngines Holdings 2023 MD&A, iLearningEngines disclosed iLearningEngines revenues by end user industry and geographic distribution for the year ended December 31, 2023:

We serve more than 1,000 enterprise end customers, with over 4.4 million licensed users across 12+ industry verticals. Our revenue by end licensed user industry vertical is set forth below:



Other includes customers in the oil & gas, aviation, retail, automobile, utilities, government, and logistics industries.

Our customers are broadly distributed geographically with a focus on North America and India. Our revenue by customer geography is shown below:



119

319.    iLearningEngines Holdings also disclosed the "Key Performance Metrics" that iLearningEngines Holdings used as "metrics to evaluate [its] business, identify trends affecting [its] business, prepare financial projections, and make strategic decisions." iLearningEngines disclosed three key performance metrics that were all derived from in material part iLearningEngines Holdings' revenue:

a.  Annual Recurring Revenue ("ARR") which iLearningEngines Holdings defined "as the annualized recurring value of all active maintenance and support contracts at the end of a reporting period.";

b.  Net Dollar Retention which iLearningEngines Holdings defined as "the ARR in dollars generated in the current period by clients that existed in the prior comparable period divided by the ARR in dollars by those same clients in the prior period.; and

c.  Adjusted EBITDA which iLearningEngines Holdings defined as "as net (loss) income, adjusted to exclude interest, taxes, depreciation and amortization, and any other non-cash or non-recurring items.

320.    The iLearningEngines Holdings 2023 MD&A disclose the following concerning each of these key performance metrics:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
| (dollars in thousands) | 2023 | 2022 | 2021 |
| ARR | $    447,343 | $    313,667 | $    224,332 |

\*        \*        \*

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
| Net Dollar Retention | 125% | 117% | 139% |

\*        \*        \*

120

The following table presents a reconciliation of Adjusted EBITDA to net (loss) income, the most directly comparable financial measure stated in accordance with GAAP, for the periods presented:

| | | Year Ended December 31, | |
|---|---|---|---|
| | 2023 | 2022 | 2021 |
| | | (Dollars in thousands) | |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Interest expense | 6,274 | 6,614 | 5,047 |
| Income tax expense (benefit) | 2,157 | (5,975) | 32 |
| Depreciation and amortization | 128 | 77 | - |
| **EBITDA** | 4,152 | 12,182 | 7,600 |
| Other expense | 45 | 21 | 3 |
| Share-based compensation expense | - | - | 39 |
| Transaction costs [1] | 4,280 | 709 | 159 |
| Change in fair value of warrant liability | 771 | (248) | 83 |
| Change in fair value of convertible notes | 14,147 | - | - |
| **Adjusted EBITDA** | $ 23,395 | $ 12,664 | $ 7,884 |

[1] Represents legal, tax, accounting, consulting, and other professional fees related to the Merger with ARRW and previously explored strategic alternatives, all of which are non-recurring in nature.

321.    The iLearningEngines Holdings 2023 MD&A further compared the results of iLearningEngines Holdings "Results of Operations" for each of the years ended December 31, 2023, 2022, and 2021. This comparison, in relevant part, compared iLearningEngines Holdings revenue, costs of revenue, gross profit, expenses, and net income (loss) to each year and the amount of change between the years:

**Results of Operations**

The following tables set forth our results of operations for the periods presented.

*Comparison of the Years Ended December 31, 2023, 2022 and 2021*

| (Dollars in thousands) | Year Ended December 31, | | | Amount Change % | | Change | |
|---|---|---|---|---|---|---|---|
| | 2023 | 2022 | 2021 | 2023 vs 2022 | 2022 vs 2021 | 2023 vs 2022 | 2022 vs 2021 |
| Revenue | $ 420,582 | $ 309,170 | $ 217,867 | $ 111,412 | $ 91,303 | 36.0% | 41.9% |
| Cost of revenue | 132,154 | 93,890 | 64,834 | 38,264 | 29,056 | 40.8% | 44.8% |
| Gross profit | 288,428 | 215,280 | 153,033 | 73,148 | 62,247 | 34.0% | 40.7% |
| Operating expenses: | | | | | | | |
| Selling, general, and administrative expenses | 140,897 | 105,966 | 74,434 | 34,931 | 31,532 | 33.0% | 42.4% |
| Research and development expenses | 128,544 | 97,436 | 70,913 | 31,108 | 26,523 | 31.9% | 37.4% |
| Total operating expenses | 269,441 | 203,402 | 145,347 | 66,039 | 58,055 | 32.5% | 39.9% |
| Operating income | 18,987 | 11,878 | 7,686 | 7,109 | 4,192 | 59.9% | 54.5% |
| Other (expense) income: | | | | | | | |
| Interest expense | (6,274) | (6,614) | (5,047) | 340 | (1,567) | 5.1% | 31.0% |
| Change in fair value of warrant liability | (771) | 248 | (83) | (1,019) | 331 | NM | NM |
| Change in fair value of convertible notes | (14,147) | - | - | (14,147) | - | NM | NM |
| Other expense | (45) | (21) | (3) | (24) | (18) | NM | NM |
| Total other expense, net | (21,237) | (6,387) | (5,133) | (14,850) | (1,254) | NM | 24.4% |
| Net income before income tax (expense) benefit | (2,250) | 5,491 | 2,553 | (7,741) | 2,938 | NM | NM |
| Income tax (expense) benefit | (2,157) | 5,975 | (32) | (8,132) | 6,007 | NM | NM |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 | $ (15,873) | $ 8,945 | NM | NM |

10

322.    The statements identified in paragraphs 318-321 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements, including those in the iLearningEngines Holdings 2023 MD&A, that were derived or incorporated iLearningEngines' revenues and expenses were also materially

122

false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

**2. Exhibit 99.4 - Consolidated Financial Statements of iLearningEngines Holdings as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021**

323. Attached as Exhibit 99.4 to the Super 8-K was the "Consolidated Financial Statements of Legacy iLearningEngines as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021" (the "iLearningEngines Holdings Consolidated Financial Statements").

324. The iLearningEngines Holdings Consolidated Financial Statements contained the consolidated balance sheets for iLearningEngines Holdings for the years ended December 31, 2023 and 2022. A line item on the balance listed the amount "Receivable from the related party". Specifically, the consolidated balance sheets stated:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share amounts)**

| | As of December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Assets** | | |
| Current assets: | | |
| Cash | $ 4,763 | $ 856 |
| Restricted cash | 2,000 | - |
| Accounts receivable, net of provision for credit loss of $336 and $0, respectively | 73,498 | 34,698 |
| Contract asset | 509 | 9,408 |
| Prepaid expenses | 62 | 88 |
| Total current assets | 80,832 | 45,050 |
| Receivable from Technology Partner | 13,602 | 10,217 |
| Receivable from related party | 465 | 595 |
| Other assets | 729 | 885 |
| Deferred tax assets, net | 5,703 | 6,798 |
| Deferred transaction costs | 3,990 | - |
| Total assets | $ 105,321 | $ 63,545 |
| **Liabilities and shareholders' deficit** | | |
| Current liabilities: | | |
| Trade accounts payable | $ 3,753 | $ 787 |
| Accrued expenses | 2,982 | 1,284 |
| Current portion of long-term debt, net | 10,517 | 8,138 |
| Contract liability | 2,765 | 2,106 |
| Payroll taxes payable | 3,037 | 2,789 |
| Other current liabilities | 116 | 237 |
| Total current liabilities | 23,170 | 15,341 |
| Convertible notes | 31,547 | - |
| Warrant liability | 11,870 | 7,645 |
| Long-term debt, net | 10,679 | 9,713 |
| Subordinated payable to Technology Partner | 49,163 | 47,495 |
| Other non-current liabilities | 74 | 126 |
| Total liabilities | 126,503 | 80,320 |
| **Shareholders' deficit:** | | |
| Common Shares $0.0001 par value: 200,000,000 shares authorized: 95,782,605 shares issued and outstanding at December 31, 2023 and December 31, 2022 | 10 | 10 |
| Additional paid-in capital | 36,384 | 36,384 |
| Accumulated deficit | (57,576) | (53,169) |
| **Total shareholders' deficit** | (21,182) | (16,775) |
| Total liabilities and shareholders' deficit | $ 105,321 | $ 63,545 |

The accompanying notes are an integral part of these consolidated financial statements.

3

325.    The iLearningEngines Holdings Consolidated Financial Statements also contained the consolidated statements of operations for iLearningEngines Holdings for the years ended December 31, 2023, 2022, and 2021. In the consolidated statements of operations, iLearningEngines disclosed the amounts of revenue, cost of revenue, gross profit, net income (loss), and earnings per share:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share amounts)**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Revenue | $ 420,582 | $ 309,170 | $ 217,867 |
| Cost of revenue | 132,154 | 93,890 | 64,834 |
| Gross profit | 288,428 | 215,280 | 153,033 |
| Operating expenses: | | | |
| Selling, general, and administrative expenses | 140,897 | 105,966 | 74,434 |
| Research and development expenses | 128,544 | 97,436 | 70,913 |
| Total operating expenses | 269,441 | 203,402 | 145,347 |
| Operating income | 18,987 | 11,878 | 7,686 |
| Other (expense) income: | | | |
| Interest expense | (6,274) | (6,614) | (5,047) |
| Change in fair value of warrant liability | (771) | 248 | (83) |
| Change in fair value of convertible notes | (14,147) | - | - |
| Other expense | (45) | (21) | (3) |
| Total other expense, net | (21,237) | (6,387) | (5,133) |
| Net (loss) income before income tax (expense) benefit | (2,250) | 5,491 | 2,553 |
| Income tax (expense) benefit | (2,157) | 5,975 | (32) |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Net (loss) income per share – basic | $ (0.05) | $ 0.08 | $ 0.02 |
| Net (loss) income per share – diluted | $ (0.05) | $ 0.08 | $ 0.02 |
| Weighted average common shares outstanding – basic | 95,782,605 | 95,728,760 | 94,697,428 |
| Weighted average common shares outstanding – diluted | 95,782,605 | 95,728,760 | 98,042,878 |

The accompanying notes are an integral part of these consolidated financial statements.

4

326.    The iLearningEngines Holdings Consolidated Financial Statements additionally contained the consolidated statements of cash flows for iLearningEngines Holdings for the years ended December 31, 2023, 2022, and 2021. In the consolidated statements of cash flows, iLearningEngines disclosed the "Receivable from related party" and the "Proceeds from related party payable":

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

|  | Years ended December 31, | | |
|  | 2023 | 2022 | 2021 |
| --- | ---: | ---: | ---: |
| **Cash flows used in operating activities:** | | | |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Adjustments to reconcile net income to net cash flows used in operating activities: | | | |
| Depreciation and amortization | 128 | 77 | — |
| Share based compensation expense | — | — | 39 |
| Amortization of debt discount and debt issuance costs | 2,103 | 3,248 | 2,186 |
| Provision for deferred taxes | 1,095 | (6,798) | — |
| Accretion of interest on subordinated payable to Technology Partner | 1,668 | 1,667 | 1,668 |
| Change in fair value of warrant liability | 771 | (248) | 83 |
| Change in fair value of convertible debts | 14,147 | — | — |
| Provision for credit losses | 336 | — | — |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | (39,136) | (18,740) | (5,395) |
| Receivable from related party | 130 | 20 | (350) |
| Contract asset | 8,899 | 7,645 | 2,115 |
| Advance to customer | — | 362 | (362) |
| Prepaid expenses and other current assets | 26 | (31) | (56) |
| Receivable from Technology Partner | (3,385) | (9,490) | (727) |
| Trade accounts payable | 1,906 | 163 | 536 |
| Accrued expenses and other current liabilities | (47) | 702 | (718) |
| Contract liability | 659 | 613 | 613 |
| Subordinated payable to Technology Partner | — | — | (10,503) |
| Payroll taxes payable | 248 | 401 | 116 |
| Deferred transaction costs | (1,307) | — | — |
| Net cash flows used in operating activities | (16,166) | (8,943) | (8,234) |
| **Cash flows (used in) provided by investing activities:** | | | |
| Purchase of property and equipment | (24) | — | (18) |
| Cash acquired from business acquisition | — | 161 | — |
| Net cash flows (used in) provided by investing activities: | (24) | 161 | (18) |
| **Cash flows provided by financing activities:** | | | |
| Proceeds from term loans | 15,000 | 10,000 | 7,000 |
| Repayment of term loans | (10,303) | (4,766) | (272) |
| Proceeds from convertible notes | 17,400 | — | — |
| Other financing activities | — | (3) | 1 |
| Net cash flows provided by financing activities: | 22,097 | 5,231 | 6,729 |
| Net change in cash | 5,907 | (3,551) | (1,523) |
| Cash and restricted cash, beginning of year | 856 | 4,407 | 5,930 |
| Cash and restricted cash, end of year | $ 6,763 | $ 856 | $ 4,407 |
|  | | | |
| **Supplemental disclosure of cash flows information:** | | | |
| Cash paid during the year for interest | $ 2,510 | $ 3,557 | $ 922 |
| **Supplemental disclosure of non-cash investing and financing information:** | | | |
| Issuance of warrants to purchase common shares | $ 3,455 | $ 1,027 | $ 3,193 |
| Issuance of equity for acquisition of In2vate, LLC | $ — | $ 883 | $ — |
| Accrued transaction costs | $ 2,683 | $ — | $ — |
| Capital contribution from cancellation of convertible notes | $ — | $ — | $ 574 |
| Reconciliation of cash and restricted cash | | | |
| Cash | $ 4,763 | $ 856 | $ 4,407 |
| Restricted cash | $ 2,000 | $ — | $ — |
| Total cash and restricted cash at end of year | $ 6,763 | $ 856 | $ 4,407 |

The accompanying notes are an integral part of these consolidated financial statements.

6

126

327.    The iLearningEngines Holdings Consolidated Financial Statements further disclosed the disaggregation of revenue and revenue types from the Technology Partner, Experion:

|  | Years Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
|  | (In thousands) | | |
| India | $ 162,854 | $ 138,048 | $ 126,371 |
| North America | 194,886 | 116,112 | 47,953 |
| Other[1] | 62,842 | 55,010 | 43,543 |
| Total Revenues | $ 420,582 | $ 309,170 | $ 217,867 |

(1)    Other includes customers in Middle East and Europe.

\*        \*        \*

The following table presents to disaggregation of revenue by type of revenue:

|  | Years Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
|  | (In thousands) | | |
| Revenue related to implementation services | $ 16,491 | $ 15,872 | $ 5,495 |
| Combined software license and maintenance revenues | 404,091 | 293,298 | 212,372 |
| Total Revenues | $ 420,582 | $ 309,170 | $ 217,867 |

328.    The iLearningEngines Holdings Consolidated Financial Statements also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable from it:

The following table summarizes the expenses charged to company by the Technology Partner that are presented within cost of revenue, selling, general and administrative expenses, and research and development expenses on the consolidated statements of operations for the years ended December 31, 2023, 2022 and 2021:

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
|  | (In thousands) | | |
| Cost of revenue | $ 132,111 | $ 93,753 | $ 64,834 |
| Selling, general and administrative expense | 127,538 | 96,972 | 68,931 |
| Research and development expense | 128,539 | 97,396 | 70,836 |
|  | $ 388,188 | $ 288,121 | $ 204,601 |

\*        \*        \*

127

*Net Receivable from Technology Partner*

Subsequent to the execution of the subordination agreement, the Company and the Technology Partner resumed quarterly netting of collections and the cost of services provided with the same interest rate terms defined above.

| | December 31, | |
|---|---|---|
| | 2023 | 2022 |
| | (In thousands) | |
| Opening balance of receivable from Technology Partner | $ 10,217 | $ 727 |
| Collections by Technology Partner | 389,361 | 297,710 |
| Cost of services provided by Technology Partner | (388,189) | (288,121) |
| Net cash transfers between Company and Technology Partner | 2,213 | (99) |
| Closing balance of receivable from Technology Partner | $ 13,602 | $ 10,217 |

329.    In Note 14 to the iLearningEngines Holdings Consolidated Financial Statements, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, were not disclosed:

**14. Related-Party Transactions**

*Receivable from related party*

The Company had outstanding receivables from Directors in the amounts of $0.5 million and $0.6 million as of December 31, 2023 and December 31, 2022, respectively related to expenses that the Company incurred on behalf of the Directors.

In February 2024, the Company collected the full amount of the related party receivable from each Director. No balance is outstanding after the collection.

26

330.    The statements identified in paragraphs 324-329 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake. As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to

128

investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

331.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "*Net* cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

332.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner.  Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the

129

Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

> **3. Exhibit 99.5 -     Unaudited   Pro   Forma   Condensed Combined Financial Statements of iLearningEngines and iLearningEngines Holdings as of December 31, 2023 and for the year ended December 31, 2022.**

333.    Attached as Exhibit 99.5 to the Super 8-K was the "Unaudited Pro Forma Condensed Combined Financial Statements of the Company and Legacy iLearningEngines as of December 31, 2023 and for the year ended December 31, 2022" (the "iLearningEngines Holdings Unaudited Pro Forma").

334.    In the iLearningEngines Holdings Unaudited Pro Forma, iLearningEngines disclosed the following combined balance sheet for the post-Merger iLearningEngines entity:

**UNAUDITED PRO FORMA CONDENSED COMBINED BALANCE SHEET**
**As of December 31, 2023**
**(Dollars in Thousands)**

| | | As of December 31, 2023 | | As of December 31, 2023 | | | | | As of December 31, 2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | iLearning Engines, Inc. (Historical) | | Arrowroot Acquisition Corp. (Historical) | | Transaction Accounting Adjustments | | | Pro Forma Combined |
| **ASSETS** | | | | | | | | | |
| Current assets | | | | | | | | | |
| Cash | $ | 4,763 | $ | 146 | $ | 5,667 | b | $ | 24,468 |
| | | | | | | (11,172) | d | | |
| | | | | | | (4,561) | e | | |
| | | | | | | 29,415 | o | | |
| | | | | | | 210 | p | | |
| Restricted Cash | | 2,000 | | - | | - | | | 2,000 |
| Accounts receivable | | 73,498 | | - | | - | | | 73,498 |
| Contract asset | | 509 | | - | | - | | | 509 |
| Prepaid expenses | | 62 | | 48 | | - | | | 110 |
| Prepaid income tax | | - | | 66 | | - | | | 66 |
| Total Current assets | | 80,832 | | 260 | | 19,559 | | | 100,651 |
| Non current assets | | | | | | | | | |
| Cash and investments held in trust account | | - | | 46,745 | | (5,667) | b | | - |
| | | | | | | (36,311) | a | | |
| | | | | | | (4,767) | r | | |
| Receivable from Technology Partner | | 13,602 | | - | | - | | | 13,602 |
| Receivable from related party | | 465 | | - | | - | | | 465 |
| Other assets | | 729 | | - | | - | | | 729 |
| Deferred tax assets | | 5,703 | | - | | - | | | 5,703 |
| Deferred transaction costs | | 3,990 | | - | | (3,990) | d | | - |
| Total Non current assets | | 24,489 | | 46,745 | | (50,735) | | | 20,499 |
| **Total Assets** | $ | 105,321 | $ | 47,005 | $ | (31,176) | | $ | 121,150 |
| **LIABILITIES AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | | | | | - |
| Current liabilities | | | | | | | | | |
| Trade accounts payable | $ | 3,753 | $ | - | $ | (3,096) | d | $ | 657 |
| Accrued expenses | | 2,982 | | 4,099 | | 18,473 | d | | 26,011 |

8

131

**UNAUDITED PRO FORMA CONDENSED COMBINED BALANCE SHEET**
**As of December 31, 2023**
**(Dollars in Thousands)**

| | As of December 31, 2023 iLearning Engines, Inc. (Historical) | As of December 31, 2023 Arrowroot Acquisition Corp. (Historical) | Transaction Accounting Adjustments | | As of December 31, 2023 Pro Forma Combined |
|---|---|---|---|---|---|
| | | | 500 | h | |
| | | | (89) | g | |
| | | | 46 | e | |
| Current portion of long-term debt, net | 10,517 | - | (2,101) | q | 8,416 |
| Contract liability | 2,765 | - | - | | 2,765 |
| Payroll taxes payable | 3,037 | - | - | | 3,037 |
| Other current liabilities | 116 | - | - | | 116 |
| Excise tax payable | - | 2,472 | - | | 2,472 |
| Promissory note - related party | - | 2,180 | (2,180) | g | - |
| Forward purchase agreement liability | - | 1,500 | (1,500) | e | - |
| Convertible promissory note - related party | - | 2,620 | (2,620) | h | - |
| Total Current liabilities | 23,170 | 12,871 | 7,433 | | 43,474 |
| Non Current liabilities | | | | | - |
| Long-term debt, net | 10,679 | - | 3,815 | q | 14,494 |
| Convertible notes | 31,547 | - | (31,547) | f | - |
| Warrant liability | 11,870 | 1,810 | (1,150) | i | 660 |
| | | | (11,870) | q | |
| Payable to Technology Partner | 49,163 | - | - | | 49,163 |
| Other non-current liabilities | 74 | - | - | | 74 |
| Deferred underwriting fee payable | - | 10,063 | (4,063) | c | 6,000 |
| Derivative Liability | - | - | 246 | e | 246 |
| Total Non Current liabilities | 103,333 | 11,873 | (44,569) | | 70,637 |
| **Total Liabilities** | **$ 126,503** | **$ 24,744** | **$ (37,136)** | | **$ 114,111** |
| Commitments and Contingencies | | | | | - |
| Class A common stock subject to possible redemption, $ 0.0001 par value | - | 46,745 | (5,667) | j | - |

9

335.    In the iLearningEngines Holdings Unaudited Pro Forma, iLearningEngines disclosed the following combined statements of operations for the post-Merger iLearningEngines entity:

**UNAUDITED PRO FORMA CONDENSED COMBINED STATEMENTS OF OPERATION**

For the year ended December 31, 2023
(Dollars in Thousands)

| | For the Year ended December 31, 2023 iLearning Engines, Inc. (Historical) | For the Year ended December 31, 2023 Arrowroot Acquisition Corp. (Historical) | Transaction Accounting Adjustments | | For the Year ended December 31, 2023 Pro Forma Combined |
|---|---|---|---|---|---|
| Revenue | $ 420,582 | $ - | $ - | | $ 420,582 |
| Cost of revenue | 132,154 | - | - | | 132,154 |
| **Gross profit** | **288,428** | - | - | | **288,428** |
| **Operating expenses** | | | | | |
| Selling, general, and administrative expenses | 140,897 | 5,488 | (240) | aa | 192,665 |
| | | | 46,731 | bb | |
| | | | (4,063) | kk | |
| | | | 3,852 | cc | |
| Research and development expenses | 128,544 | - | - | | 128,544 |
| Total Operating expenses | 269,441 | 5,488 | 46,280 | | 321,209 |
| **Operating income** | **18,987** | **(5,488)** | **(46,280)** | | **(32,781)** |
| Interest expense | (6,274) | (89) | 89 | ee | (3,451) |
| | | | 4,612 | dd | |
| | | | (1,789) | mm | |
| Change in fair value of warrant liability | (771) | (1,700) | 1,080 | ff | (620) |
| | | | 771 | gg | |
| Change in fair value of convertible notes | (14,147) | - | 14,147 | hh | - |
| Change in fair value of forward purchase agreement | - | (1,500) | 1,500 | ll | - |
| Loss on Forward Purchase Agreement | - | - | (246) | ll | (246) |
| Interest earned on cash and investments held in Trust Account | - | 3,493 | (3,493) | ii | - |
| Other income | (45) | - | - | | (45) |
| Gain (Loss) on Loan Extinguishment | - | - | (57,836) | mm | (57,836) |
| **Net loss before income tax expense** | **(2,250)** | **(5,284)** | **(87,445)** | | **(94,979)** |
| Income tax (expense) benefit | (2,157) | (565) | 19,675 | jj | 16,908 |
| | | | (46) | ll | |
| **Net loss** | $ **(4,407)** | $ **(5,849)** | $ **(67,816)** | | $ **(78,071)** |
| Net loss per common share – basic and diluted | $ (0.05) | $ - | $ - | | $ (0.58) |
| Weighted average common shares outstanding – basic and diluted | 95,782,605 | - | - | | 133,950,115 |
| Net loss per share, Class A common stock – basic and diluted | - | $ (0.37) | - | | - |
| Weighted average shares outstanding of Class A common stock – basic and diluted | - | 8,574,195 | - | | - |
| Net loss per share, Class B common stock – basic and diluted | - | $ (0.37) | - | | - |
| Weighted average shares outstanding of Class B common stock – basic and diluted | - | 7,187,500 | - | | - |

See accompanying notes to unaudited pro forma condensed combined financial information.

11

336.    The statements identified in paragraphs 333-335 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were

related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

337. Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading. As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered

by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### b.  *May 16, 2024 Super 8-K Amendment*

### iLearningEngines 1Q2024 Financial Statements

338.  On the May 16, 2024, iLearningEngines filed the May 16, 2024 Super 8-K Amendment which included as an Exhibit 99.4 iLearningEngines Holdings unaudited financial statements for the quarter ended March 31, 2024 ("1Q2024 Financial Statements").

339.  The 1Q2024 Financial Statements contained the consolidated balance sheets for iLearningEngines Holdings for the quarter ended March 31, 2024 and year ended December 31, 2023. A line item on the balance listed the amount "Receivable from the related party". Specifically, the consolidated balance stated:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(In thousands, except share amounts)

| | | As of | |
| --- | ---: | ---: | ---: |
| | | March 31, 2024 (Unaudited) | December 31, 2023 |
| **Assets** | | | |
| Current assets: | | | |
| Cash | $ | 815 | $ 4,763 |
| Restricted cash | | - | 2,000 |
| Accounts receivable, net of provision for credit loss of $510 and $336, respectively | | 82,904 | 73,498 |
| Contract asset | | 297 | 509 |
| Prepaid expenses | | 93 | 62 |
| Total current assets | | 84,109 | 80,832 |
| Receivable from Technology Partner | | 14,880 | 13,602 |
| Receivable from related party | | - | 465 |
| Other assets | | 672 | 729 |
| Deferred tax assets, net | | 5,248 | 5,703 |
| Deferred transaction costs | | 6,882 | 3,990 |
| Total assets | $ | 111,791 | $ 105,321 |
| **Liabilities and shareholders' deficit** | | | |
| Current liabilities: | | | |
| Trade accounts payable | $ | 7,044 | $ 3,753 |
| Accrued expenses | | 3,850 | 2,982 |
| Current portion of long-term debt, net | | 26,026 | 10,517 |
| Contract liability | | 1,447 | 2,765 |
| Payroll taxes payable | | 3,037 | 3,037 |
| Loan restructuring share liability | | 2,813 | - |
| Other current liabilities | | 139 | 116 |
| Total current liabilities | | 44,356 | 23,170 |
| Convertible notes | | 37,712 | 31,547 |
| Warrant liability | | 26,988 | 11,870 |
| Long-term debt, net | | - | 10,679 |
| Subordinated payable to Technology Partner | | 49,789 | 49,163 |
| Other non-current liabilities | | 63 | 74 |
| Total liabilities | | 158,908 | 126,503 |
| | | | |
| **Shareholders' deficit:** | | | |
| Common Shares $0.0001 par value: 200,000,000 shares authorized: 95,782,605 shares issued and outstanding at March 31, 2024 and December 31, 2023 | | 10 | 10 |
| Additional paid-in capital | | 36,384 | 36,384 |
| Accumulated deficit | | (83,511) | (57,576) |
| Total shareholders' deficit | | (47,117) | (21,182) |
| Total liabilities and shareholders' deficit | $ | 111,791 | $ 105,321 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

2

340.    The 1Q2024 Financial Statements also contained the consolidated statements of operations for iLearningEngines Holdings for the quarter ended March 31, 2024. In the consolidated statements of operations, iLearningEngines disclosed the amounts of revenue, cost

of revenue, gross profit, net income (loss), and earnings per share for the three months ended

March 31, 2024 and March 31, 2023:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**
**(In thousands, except share and per share amounts)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Revenue | $ 124,935 | $ 93,980 |
| Cost of revenue | 38,714 | 31,551 |
| **Gross profit** | 86,221 | 62,429 |
| **Operating expenses:** | | |
| Selling, general, and administrative expenses | 41,223 | 31,612 |
| Research and development expenses | 37,099 | 28,582 |
| Total operating expenses | 78,322 | 60,194 |
| **Operating income** | 7,899 | 2,235 |
| **Other expense:** | | |
| Interest expense | (1,986) | (1,588) |
| Change in fair value of warrant liability | (15,118) | (280) |
| Change in fair value of convertible notes | (5,465) | - |
| Loss on debt extinguishment | (10,041) | - |
| Other expense | - | (60) |
| Foreign exchange loss | (2) | (8) |
| **Total other expense** | (32,612) | (1,936) |
| Net (loss) income before income taxes | (24,713) | 299 |
| Income tax (expense) benefit | (1,222) | 152 |
| **Net (loss) income** | $ (25,935) | $ 451 |
| Net (loss) income per share – basic and diluted | $ (0.27) | $ 0.00 |
| Weighted average common shares outstanding – basic | 95,782,605 | 95,782,605 |
| Weighted average common shares outstanding – diluted | 95,782,605 | 95,782,605 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

341.    The 1Q2024 Financial Statements further disclosed the disaggregation of revenue

and revenue types from the Technology Partner, Experion, for the three months ended March 31,

2024 and March 31, 2023:

| | | Three Months Ended March 31, | |
| | | 2024 | 2023 |
| | | (In thousands) | |
| North America | $ | 54,317 | $ 45,011 |
| India | | 51,873 | 34,795 |
| Other[1] | | 18,745 | 14,174 |
| Total Revenues | $ | 124,935 | $ 93,980 |

(1)  Other includes customers in Middle East and Europe.

The following table presents to disaggregation of revenue by type of revenue:

| | | Three Months Ended March 31, | |
| | | 2024 | 2023 |
| | | (In thousands) | |
| Revenue related to implementation services | $ | 5,200 | $ 4,660 |
| Combined software license and maintenance revenues | | 119,735 | 89,320 |
| Total Revenues | $ | 124,935 | $ 93,980 |

342.    The 1Q2024 Financial Statements also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable from it for the three months ended March 31, 2024 and March 31, 2023:

The following table summarizes the expenses charged to Company by the Technology Partner that are presented within "Cost of revenue", "Selling, general and administrative expenses", and "Research and development expenses" on the condensed consolidated statements of operations for the three months ended March, 31 2024 and 2023:

| | | Three Months Ended March 31, | |
| | | 2024 | 2023 |
| | | (In thousands) | |
| Cost of revenue | $ | 38,673 | $ 31,541 |
| Selling, general and administrative expense | | 37,063 | 29,533 |
| Research and development expense | | 37,048 | 28,581 |
| | $ | 112,784 | $ 89,655 |

\*      \*      \*

The following table presents a reconciliation of the changes in the net receivable from Technology Partner between December 31, 2023 and March 31, 2024 (in thousands):

| | Net Receivable from Technology Partner |
|---|---|
| Balance of receivable from Technology Partner as of December 31, 2023 | $    13,602 |
| Collections by Technology Partner | 113,732 |
| Cost of services provided by Technology Partner | (112,784) |
| Net cash transfers between Company and Technology Partner | 330 |
| Balance of receivable from Technology Partner as of March 31, 2024 | $    14,880 |

10

343.    In Note 13 to the 1Q2024 Financial Statements, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, were not disclosed:

**13. Related-Party Transactions**

*Receivable from related party*

The Company had outstanding receivables from Directors in the amount of $0.5 million as of December 31, 2023, related to expenses that the Company incurred on behalf of the Directors.

In February 2024, the Company collected the full amount of the related party receivable from each Director. There is no outstanding balance as of March 31, 2024.

344.    The statements identified in paragraphs 339-343 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent.. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues

139

and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

345.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "*Net* cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

346.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report,

iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### c.    *2Q2024 Form 10-Q*

347.   On August 13, 2024, iLearningEngines filed its 2Q2024 Form 10-Q with the SEC, which included its unaudited financial statements for the period ended June 30, 2024. The 2Q2024 Form 10-Q was signed by the Executive Defendants.

348.   The 2Q2024 Form 10-Q contained the consolidated balance sheets for iLearningEngines for the quarter ended June 30, 2024. A line item on the balance listed the amount "Receivable from the related party". Specifically, the consolidated balance stated:

**PART I - FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share amounts)**

| | As of | |
| --- | --- | --- |
| | June 30, 2024 (Unaudited) | December 31, 2023 |
| **Assets** | | |
| Current assets: | | |
| Cash | $ 39,242 | $ 4,763 |
| Restricted cash | - | 2,000 |
| Accounts receivable, net of provision for credit loss of $847 and $336, respectively | 91,182 | 73,498 |
| Contract asset | 253 | 509 |
| Prepaid expenses and other current assets | 88 | 62 |
| Prepaid income tax | 17 | - |
| Total current assets | 130,782 | 80,832 |
| Receivable from Technology Partner | 17,150 | 13,602 |
| Receivable from related party | - | 465 |
| Other assets | 640 | 729 |
| Deferred tax assets, net | 8,114 | 5,703 |
| Deferred transaction costs | - | 3,990 |
| **Total assets** | $ 156,686 | $ 105,321 |
| **Liabilities and shareholders' equity (deficit)** | | |
| Current liabilities: | | |
| Trade accounts payable | $ 966 | $ 3,753 |
| Accrued expenses | 9,138 | 2,982 |
| Current portion of long-term debt, net | - | 10,517 |
| Contract liability | 95 | 2,765 |
| Payroll taxes payable | 3,037 | 3,037 |
| Derivative financial instrument – make-whole provision | 15,839 | - |
| Derivative financial instrument – forward purchase agreement | 267 | - |
| Excise tax payable | 2,473 | - |
| Related party payable | 35 | - |
| Equity-settled transaction costs payable | 6,500 | - |
| Other current liabilities | 123 | 116 |
| Total current liabilities | 38,473 | 23,170 |
| Convertible notes | - | 31,547 |
| Warrant liability | 5,568 | 11,870 |
| Revolving line of credit, net of capitalized financing cost of $744 | 59,256 | - |
| Long-term debt, net | - | 10,679 |
| Subordinated payable to Technology Partner | 50,415 | 49,163 |
| Other non-current liabilities | 51 | 74 |
| **Total liabilities** | 153,763 | 126,503 |
| | | |
| **Shareholders' equity (deficit):** | | |
| Common Shares $0.0001 par value: 700,000,000 shares authorized: 141,173,275 shares, and 77,242,379 shares issued and outstanding at June 30, 2024 and December 31, 2023, respectively | 14 | 8 |
| Additional paid-in capital | 405,192 | 36,386 |
| Prepaid forward purchase agreement | (4,746) | - |
| Accumulated deficit | (397,537) | (57,576) |
| **Total shareholders' equity (deficit)** | 2,923 | (21,182) |
| **Total liabilities and shareholders' equity (deficit)** | $ 156,686 | $ 105,321 |

349.    The 2Q2024 Form 10-Q also contained the consolidated statements of operations for iLearningEngines for the quarter ended June 30, 2024. In the consolidated statements of

operations, iLearningEngines disclosed the amounts of revenue, cost of revenue, gross profit, net

income (loss), and earnings per share:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**
**(In thousands, except share and per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| Revenue | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |
| Cost of revenue | 41,845 | 30,094 | 80,559 | 61,645 |
| **Gross profit** | **93,693** | **71,151** | **179,914** | **133,580** |
| **Operating expenses:** | | | | |
| Selling, general, and administrative expenses | 137,662 | 36,854 | 178,885 | 68,466 |
| Research and development expenses | 41,245 | 30,433 | 78,344 | 59,015 |
| Total operating expenses | 178,907 | 67,287 | 257,229 | 127,481 |
| **Operating (loss) income** | **(85,214)** | **3,864** | **(77,315)** | **6,099** |
| **Other (expense) income:** | | | | |
| Interest expense | (1,398) | (1,567) | (3,384) | (3,155) |
| Change in fair value of warrant liability | (37,395) | (410) | (52,513) | (690) |
| Change in fair value of WTI loan | 1,292 | - | 1,292 | - |
| Change in fair value of loan restructuring liability | (15,547) | - | (15,547) | - |
| Change in fair value of derivative financial instrument - Make-Whole Provision | (14,643) | - | (14,643) | - |
| Change in fair value of convertible notes | (169,860) | (3,038) | (175,325) | (3,038) |
| Gain from forgiveness of transaction costs | 700 | - | 700 | - |
| Gain/(loss) on debt extinguishment | 8,160 | - | (1,881) | - |
| Other expense | (52) | 45 | (52) | (15) |
| Foreign exchange (loss)/gain | (2) | 6 | (4) | (2) |
| Total other income (expense) | (228,745) | (4,964) | (261,357) | (6,900) |
| Net loss before income taxes | (313,959) | (1,100) | (338,672) | (801) |
| Income tax expense | (67) | (804) | (1,289) | (652) |
| **Net loss** | **$ (314,026)** | **$ (1,904)** | **$ (339,961)** | **$ (1,453)** |
| | | | | |
| Net loss per share – basic and diluted | $ (3.15) | $ (0.02) | $ (3.85) | $ (0.02) |
| Weighted average common shares outstanding – basic | 99,569,095 | 77,242,379 | 88,405,737 | 77,242,379 |
| Weighted average common shares outstanding – diluted | 99,569,095 | 77,242,379 | 88,405,737 | 77,242,379 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements

2

350.    The 2Q2024 Form 10-Q additionally contained the consolidated statements of cash

flows for iLearningEngines for the quarter ended June 30, 2024. In the consolidated statements of

cash flows, iLearningEngines disclosed the "Receivable from related party" and the "Proceeds

from related party payable":

143

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**
**(In thousands)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2024 | 2023 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (339,961) | $ (1,453) |
| Adjustments to reconcile net loss to net cash flows used in operating activities: | | |
| Depreciation and amortization | 61 | 39 |
| Amortization of debt issuance | 667 | 1,040 |
| Provision for deferred taxes | 726 | 371 |
| Accretion of interest on subordinated payable to Technology Partner | 1,252 | 834 |
| Change in fair value of warrant liability | 52,513 | 690 |
| Change in fair value of WTI loan | (1,292) | - |
| Change in fair value of loan restructuring liability | 15,547 | - |
| Change in fair value of convertible notes | 175,325 | 3,038 |
| Change in fair value of derivative financial instrument - make-whole provision | 14,643 | - |
| Gain from forgiveness of deferred transaction cost | (700) | - |
| Loss on debt extinguishment | 1,881 | - |
| Provision for current expected credit losses | 511 | - |
| Share-based compensation | 88,043 | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (18,195) | (13,817) |
| Receivable from related party | 465 | 130 |
| Contract asset | 256 | 6,474 |
| Prepaid expenses and other current assets | 31 | 29 |
| Receivable from Technology Partner | (3,548) | (5,556) |
| Trade accounts payable | 4,153 | 304 |
| Accrued expenses and other current liabilities | 683 | 36 |
| Contract liability | (2,670) | 1,133 |
| Payroll taxes payable | - | 248 |
| **Net cash flows used in operating activities** | **(9,609)** | **(6,460)** |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment (included in Other assets) | (14) | (7) |
| **Net cash flows used in investing activities** | **(14)** | **(7)** |
| **Cash flows from financing activities:** | | |
| Proceeds from related party payable | 35 | - |
| Repayments on term loans | (26,169) | (4,427) |
| Proceeds from term loans | - | 5,000 |
| Proceeds from 2023 and 2024 convertible notes | 29,415 | 9,900 |
| Proceeds from revolving line of credit | 60,000 | |
| Payment of debt issuance for revolving line of credit | (781) | - |
| Proceeds for subscription of convertible notes | 400 | - |
| Payment returned for subscription of convertible notes | (400) | - |
| Payment of costs directly attributable to the issuance of common stock in connection with Business Combination | (15,918) | - |
| Proceeds from Business Combination | 5,430 | - |
| Pre-payment of forward purchase agreement | (4,994) | - |
| Taxes paid related to net share settlement of restricted stock units | (4,916) | - |
| **Net cash flows provided by financing activities** | **42,102** | **10,473** |
| Net change in cash | 32,479 | 4,006 |
| Cash, beginning of year | 6,763 | 856 |
| **Cash, end of period** | **$ 39,242** | **$ 4,862** |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid during the period for interest | $ 753 | $ 1,286 |
| **Supplemental disclosure of non-cash investing and financing activities:** | | |
| Warrants issued in connection with new debt | $ - | $ 515 |
| Issuance of ILE common stock for fee equitization | $ 10,300 | $ - |
| Issuance of ILE common stock for WTI warrants pursuant to the Amended Term Loan and loan | $ 79,560 | $ - |

144

351.    The 2Q2024 Form 10-Q further disclosed the disaggregation of revenue and revenue types from the Technology Partner, Experion, for the three months ended June 30, 2024 and 2023 and the six months ended June 30, 2024 and 2023:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2024 | 2023 | 2024 | 2023 |
| | (In thousands) | | (In thousands) | |
|---|---|---|---|---|
| North America | $ 56,566 | $ 45,606 | $ 110,883 | $ 90,618 |
| India | 53,998 | 41,411 | 105,871 | 76,206 |
| Other[1] | 24,974 | 14,228 | 43,719 | 28,401 |
| **Total Revenue** | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |

(1)  Other includes customers in Middle East and Europe.

The following table presents to disaggregation of revenue by type of revenue:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2024 | 2023 | 2024 | 2023 |
| | (In thousands) | | (In thousands) | |
|---|---|---|---|---|
| Revenue related to implementation services | $ 5,341 | $ 3,501 | $ 10,540 | $ 8,161 |
| Combined software license and maintenance revenues | 130,197 | 97,744 | 249,933 | 187,064 |
| **Total Revenue** | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |

352.    The 2Q2024 Form 10-Q also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable for the three months ended June 30, 2024 and 2023 and the six months ended June 30, 2024 and 2023:

The following table summarizes the expenses charged to Company by the Technology Partner that are presented within "Cost of revenue", "Selling, general and administrative expenses", and "Research and development expenses" on the condensed consolidated statements of operations for the three months and six months ended June 30, 2024 and 2023:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2024 | 2023 | 2024 | 2023 |
| | (In thousands) | | (In thousands) | |
|---|---|---|---|---|
| Cost of revenue | $ 41,761 | $ 30,077 | $ 80,433 | $ 61,618 |
| Selling, general and administrative expense | 41,927 | 33,108 | 78,990 | 62,641 |
| Research and development expense | 41,082 | 30,432 | 78,130 | 59,013 |
| **Total** | $ 124,770 | $ 93,617 | $ 237,553 | $ 183,272 |

353.    The 2Q2024 Form 10-Q also disclosed the net receivable from the Technology Partner as of June 30, 2024:

The following table presents a reconciliation of the changes in the net receivable from Technology Partner between December 31, 2023 and June 30, 2024 (in thousands):

| | Net Receivable from Technology Partner |
|---|---|
| Balance of receivable from Technology Partner as of December 31, 2023 | $ 13,602 |
| Collections by Technology Partner | 238,961 |
| Cost of services provided by Technology Partner | (237,553) |
| Net cash transfers between Company and Technology Partner | 2,140 |
| **Balance of receivable from Technology Partner as of June 30, 2024** | **$ 17,150** |

354.    In Note 17 to the 2Q2024 Form 10-Q, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, were not disclosed:

**17  Related party transaction**

On April 1, 2024, Harish Chidambaran, the Chief Executive Officer and a major shareholder of the Company, deposited $35,000 to the Company's operating bank account. The borrowing was deemed to be short-term and non-interest bearing. On July 29, 2024, the $35,000 related party loan was repaid in full. In addition, a Company executive deposited $43,500 on April 1, 2024 to the Company's operating bank account, and the Company repaid the amount on April 18, 2024.

355.    The statements identified in paragraphs 348-354 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December

146

31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024", iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

356. Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "*Net* cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

357. Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading. As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the

147

Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### ii.  The Form S-1 Registration Statement and Prospectus

#### d.  *The Form S-1*

358.    The Form S-1 Registration Statement include management's discussion and analysis of financial conditions and results of operations for iLearningEngines (the "MD&A"). In part, the MD&A section of the Form S-1 Registration Statement disclosed iLearningEngines revenues by end user industry and geographic distribution for the quarter ended March 31, 2024 and year ended December 31, 2023:

We serve more than 1,000 enterprise end customers, with over 4.7 million licensed users across 12+ industry verticals. Our revenue by end licensed user industry vertical is set forth below:



Other includes customers in the oil & gas, aviation, retail, automobile, utilities, government, and logistics industries.

63

359.    The MD&A portion of the Form S-1 Registration Statement additionally discussed the amount of revenue iLearningEngines generated during the first quarter 2024, the revenue growth, and gross margins stating that "*[a]s of March 31, 2024, we generated $125 million of revenue, representing 33% growth over the prior year, with 69% gross margins.*" Emphasis added.

360.    The MD&A section in the Form S-1 Registration Statement further disclosed the "Key Performance Metrics" that iLearningEngines Holdings used "to evaluate [its] business,

149

identify trends affecting [its] business, prepare financial projections, and make strategic decisions." iLearningEngines disclosed three key performance metrics that were all derived from in material part iLearningEngines Holdings' revenue:

a. Annual Recurring Revenue ("ARR") which iLearningEngines Holdings defined "as the annualized recurring value of all active maintenance and support contracts at the end of a reporting period."

b. Net Dollar Retention which iLearningEngines Holdings defined as "the ARR in dollars generated in the current period by clients that existed in the prior comparable period divided by the ARR in dollars by those same clients in the prior period

c. Adjusted EBITDA which iLearningEngines Holdings defined as "as net (loss) income, adjusted to exclude interest, taxes, depreciation and amortization, and any other non-cash or non-recurring items

361.    The Form S-1 Registration Statement disclosed the following concerning each of these key performance metrics:

| (dollars in thousands) | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| ARR | $ 478,941 | $ 357,282 |

| (dollars in thousands) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| ARR | $ 447,343 | $ 313,667 | $ 224,332 |

\*       \*       \*

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2024 | 2023 |
| Net Dollar Retention | 132% | 125% |

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
| Net Dollar Retention | 125% | 117% | 139% |

66

\*        \*        \*

The following table presents a reconciliation of Adjusted EBITDA to net (loss) income, the most directly comparable financial measure stated in accordance with GAAP, for the periods presented:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2024 | 2023 |
| Net (loss) income | $ (25,935) | $ 451 |
| Interest expense | 1,986 | 1,588 |
| Income tax expense (benefit) | 1,222 | (152) |
| Depreciation and amortization | 54 | 26 |
| EBITDA | (22,673) | 1,913 |
| Other expense | - | 60 |
| Transaction costs [1] | 1,060 | 26 |
| Change in fair value of warrant liability | 15,118 | 280 |
| Change in fair value of convertible notes | 5,465 | - |
| Loss on Debt Extinguishment | 10,041 | - |
| Adjusted EBITDA | $ 9,011 | $ 2,279 |

67

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2023 | 2022 | 2021 |
|  | (Dollars in thousands) | | |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Interest expense | 6,274 | 6,614 | 5,047 |
| Income tax expense (benefit) | 2,157 | (5,975) | 32 |
| Depreciation and amortization | 128 | 77 | - |
| EBITDA | 4,152 | 12,182 | 7,600 |
| Other expense | 45 | 21 | 3 |
| Share-based compensation expense | - | - | 39 |
| Transaction costs [1] | 4,280 | 709 | 159 |
| Change in fair value of warrant liability | 771 | (248) | 83 |
| Change in fair value of convertible notes | 14,147 | - | - |
| Adjusted EBITDA | $ 23,395 | $ 12,664 | $ 7,884 |

[1] Represents legal, tax, accounting, consulting, and other professional fees related to the Merger with ARRW and previously explored strategic alternatives, all of which are non-recurring in nature.

362.    The Form S-1 Registration Statement further compared the results of iLearningEngines Holdings' "Results of Operations" for each of the three months ended March

151

31, 2024 to March 31, 2023. This comparison, in relevant part, compared iLearningEngines Holdings revenue, costs of revenue, gross profit, expenses, and net income (loss) during the first quarter 2023 to the first quarter 2024 and the amount of change between the quarters:

**Comparison of the Three Months Ended March 31, 2024 and 2023**

| (Dollars in thousands) | Three months Ended March 31, 2024 | | Three months Ended March 31, 2023 | | Amount Change 2024 vs 2023 | | % Change 2024 vs 2023 |
|---|---|---|---|---|---|---|---|
| Revenue | $ | 124,935 | $ | 93,980 | $ | 30,955 | 32.9% |
| Cost of revenue | | 38,714 | | 31,551 | | 7,163 | 22.7% |
| Gross profit | | 86,221 | | 62,429 | | 23,792 | 38.1% |
| Operating expenses: | | | | | | | |
| Selling, general, and administrative expenses | | 41,223 | | 31,612 | | 9,611 | 30.4% |
| Research and development expenses | | 37,099 | | 28,582 | | 8,517 | 29.8% |
| Total operating expenses | | 78,322 | | 60,194 | | 18,128 | 30.1% |
| Operating income | | 7,899 | | 2,235 | | 5,664 | 253.4% |
| Other expense: | | | | | | | |
| Interest expense | | (1,986) | | (1,588) | | (398) | 25.1% |
| Change in fair value of warrant liability | | (15,118) | | (280) | | (14,838) | 5,299.3% |
| Change in fair value of convertible notes | | (5,465) | | - | | (5,465) | NM |
| Loss on debt extinguishment | | (10,041) | | - | | (10,041) | NM |
| Other expense | | - | | (60) | | 60 | NM |
| Foreign exchange loss | | (2) | | (8) | | 6 | NM |
| Total other expense | | (32,612) | | (1,936) | | (30,676) | 1,584.5% |
| Net (loss) income before income tax (expense) benefit | | (24,713) | | 299 | | (25,012) | NM |
| Income tax (expense) benefit | | (1,222) | | 152 | | (1,374) | NM |
| Net (loss) income | $ | (25,935) | $ | 451 | $ | (26,386) | NM |

NM – not meaningful

71

363.    The Form S-1 Registration Statement also described iLearningEngines Holdings' revenue by geographical region for the quarters ended March 31, 2024 and March 31, 2023:

**Comparison of the Three Months Ended March 31, 2024 and 2023**

*Revenue by Geographical Region*

| (Dollars in thousands) | | Three Months Ended March 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2024 | | 2023 | | Change | | % Change |
| India | $ | 51,873 | $ | 34,795 | $ | 17,078 | | 49.1% |
| Percentage of revenue | | 41.5% | | 37.0% | | | | |
| North America | $ | 54,317 | $ | 45,011 | $ | 9,306 | | 20.7% |
| Percentage of revenue | | 43.5% | | 47.9% | | | | |
| Other | $ | 18,745 | $ | 14,174 | $ | 4,571 | | 32.2% |
| Percentage of revenue | | 15.0% | | 15.1% | | | | |
| Total revenue | $ | 124,935 | $ | 93,980 | $ | 30,955 | | 32.9% |

*Global Revenue*

Global revenue increased by $31.0 million or 32.9% for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to 10 new contracts. Please see further discussion of the change by region below.

*India*

Revenue in India increased by $17.1 million or 49.1% for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to four new contracts, through upsell to our existing customers of $13.4 million, one new contract to a new customer of $1.4 million, a reduction of $0.1 million to customer churn and remaining coming from an increase in license revenue as part of renewals.

*North America*

Revenue in North America increased by $9.3 million or 20.7% for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to two new contracts through upsell to our existing customers of $3.4 million, one new contract to a new customer of $5.1 million, and the remaining coming from an increase in license revenue as part of renewals.

*Other*

Revenue in other region, which includes Middle East and Europe, increased by $4.6 million or 32.2% for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to one new contracts, through upsell to our existing customer of $3.0 million, one new contract to a new customer of $1.5 million and remaining coming from an increase in license revenue as part of renewals.

---

72

364. The Form S-1 Registration Statement further discussed iLearningEngines Holdings' costs of revenues, gross margins, and costs and expenses during the quarters ended March 31, 2024 and March 31, 2023:

*Cost of Revenue and Gross Margin*

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| (Dollars in thousands) | 2024 | 2023 | Change | % Change |
| Cost of revenue | $    38,714 | $    31,551 | $    7,163 | 22.7% |
| Gross margin | 69.0% | 66.4% | 2.6% | |

Cost of revenue increased by $7.2 million, or 22.7%, for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to 10 new contracts that were added. We had an increase in cost of revenue due to new implementation costs, application & content support costs and operations and support costs related to new accounts.

Gross margin increased to 69.0% for the three months ended March 31, 2024 compared to 66.4% for the three months ended March 31, 2023, primarily due to the higher dedicated support needs and related costs being higher in the first year for newly added contracts, which contributes to higher cost as the new contracts are in implementation stage.

*Costs and Expenses*

*Selling, General and Administrative Expenses*

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| (Dollars in thousands) | 2024 | 2023 | Change | % Change |
| Selling, general and administrative expenses | $    41,223 | $    31,612 | $    9,611 | 30.4% |
| Percentage of revenue | 33.0% | 33.6% | (0.6)% | |

Selling, general and administrative expenses increased by $9.6 million, or 30.4%, for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to new business development expense costs, marketing costs, transaction costs, and proof of concept development costs linked to larger pipeline in line with growth projections. Additionally, success-based commissions have also increased related to new direct contract wins.

*Research and Development Expenses*

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| (Dollars in thousands) | 2024 | 2023 | Change | % Change |
| Research and development expenses | $    37,099 | $    28,582 | $    8,517 | 29.8% |
| Percentage of revenue | 29.7% | 30.4% | (0.7)% | |

R&D expenses increased by $8.5 million, or 29.8%, for the three months ended March 31, 2024 compared to the three months ended March 31, 2023, primarily due to R&D activities related to new AI digital asset development, existing AI digital asset maintenance including monitoring, machine learning/AI model improvements, enhancement, data validation and testing and quality assurance activities. This is required to maintain our product edge and build competitive barriers and drive future growth.

---

73

---

365.    The Form S-1 Registration Statement further compared the results of iLearningEngines Holdings' "Results of Operations" for each of the years ended December 31, 2023, 2022, and 2021. This comparison, in relevant part, compared iLearningEngines Holdings' revenue, costs of revenue, gross profit, expenses, and net income (loss) to each year and the amount of change between the years:

154

*Comparison of the Years Ended December 31, 2023, 2022 and 2021*

| (Dollars in thousands) | Year Ended December 31, | | | Amount Change | | % Change | |
| | 2023 | 2022 | 2021 | 2023 vs 2022 | 2022 vs 2021 | 2023 vs 2022 | 2022 vs 2021 |
|---|---|---|---|---|---|---|---|
| Revenue | $ 420,582 | $ 309,170 | $ 217,867 | $ 111,412 | $ 91,303 | 36.0% | 41.9% |
| Cost of revenue | 132,154 | 93,890 | 64,834 | 38,264 | 29,056 | 40.8% | 44.8% |
| Gross profit | 288,428 | 215,280 | 153,033 | 73,148 | 62,247 | 34.0% | 40.7% |
| Operating expenses: | | | | | | | |
| Selling, general, and administrative expenses | 140,897 | 105,966 | 74,434 | 34,931 | 31,532 | 33.0% | 42.4% |
| Research and development expenses | 128,544 | 97,436 | 70,913 | 31,108 | 26,523 | 31.9% | 37.4% |
| Total operating expenses | 269,441 | 203,402 | 145,347 | 66,039 | 58,055 | 32.5% | 39.9% |
| Operating income | 18,987 | 11,878 | 7,686 | 7,109 | 4,192 | 59.9% | 54.5% |
| Other (expense) income: | | | | | | | |
| Interest expense | (6,274) | (6,614) | (5,047) | 340 | (1,567) | 5.1% | 31.0% |
| Change in fair value of warrant liability | (771) | 248 | (83) | (1,019) | 331 | NM | NM |
| Change in fair value of convertible notes | (14,147) | - | - | (14,147) | - | NM | NM |
| Other expense | (45) | (21) | (3) | (24) | (18) | NM | NM |
| Total other expense, net | (21,237) | (6,387) | (5,133) | (14,850) | (1,254) | NM | 24.4% |
| Net income before income tax (expense) benefit | (2,250) | 5,491 | 2,553 | (7,741) | 2,938 | NM | NM |
| Income tax (expense) benefit | (2,157) | 5,975 | (32) | (8,132) | 6,007 | NM | NM |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 | $ (15,873) | $ 8,945 | NM | NM |

NM – not meaningful

75

366.    The Form S-1 Registration Statement also described iLearningEngines Holdings'
revenue by geographical region for the years ended December 31, 2023 and December 31, 2022.
Furthermore, it detailed iLearningEngines costs of revenues for these same years:

155

*Revenue by Geographical Region*

| (Dollars in thousands) | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | Change | % Change |
| India | $ 162,854 | $ 138,048 | $ 24,806 | 18.0% |
| *Percentage of revenue* | 38.7% | 44.7% | | |
| North America | 194,886 | 116,112 | 78,774 | 67.8% |
| *Percentage of revenue* | 46.4% | 37.5% | | |
| Other | 62,842 | 55,010 | 7,832 | 14.2% |
| *Percentage of revenue* | 14.9% | 17.8% | | |
| Total revenue | $ 420,582 | $ 309,170 | $ 111,412 | 36.0% |

*Global Revenue*

Global revenue increased by $111.4 million or 36% for the year ended December 31, 2023 compared to the year ended December 31, 2022, primarily due to 17 new contracts. Please see further discussion of the change by region below.

*India*

Revenue in India increased by $24.8 million or 18.0% for the year ended December 31, 2023 compared to the year ended December 31, 2022, primarily due to two new contracts, through upsell to our existing customers of $19.4 million, one contract churn and remaining coming from an increase in license revenue as part of renewals.

*North America*

Revenue in North America increased by $78.8 million or 67.8% for the year ended December 31, 2023 compared to the year ended December 31, 2022, primarily due to 14 new contracts, with two new VARs contracted, eleven new customer contracts sold through VARs being added to our existing client base of $48.4 million and three contracts through upsell to our existing customers of $14.8 million and the remaining coming from an increase in license revenue as part of renewals.

*Other*

Revenue in other region, which includes Middle East and Europe, increased by $7.8 million or 14.2% for the year ended December 31, 2023 compared to the year ended December 31, 2022, primarily due to one new contract, through upsell to our existing customer of $6.0 million and remaining coming from an increase in license revenue as part of renewals.

*Cost of Revenue and Gross Margin*

| (Dollars in thousands) | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | Change | % Change |
| Cost of revenue | $ 132,154 | $ 93,890 | $ 38,264 | 40.8% |
| Gross margin | 68.6% | 69.6% | (1.0)% | |

Cost of revenue increased by $38.3 million, or 40.8%, for the year ended December 31, 2023 compared to the year ended December 31, 2022, primarily due to 17 new contracts that were added. We had an increase in cost of revenue due to new implementation costs, application & content support costs and operations and support costs related to new accounts.

367. The Form S-1 Registration Statement also included a comparison of iLearningEngines Holdings revenue by geographical region for the years ended December 31, 2022 and December 31, 2021. Furthermore it detailed iLearningEngines Holdings' costs of revenues for these same years:

156

*Revenue*

| (Dollars in thousands) | | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | Change | % Change |
| India | $ | 138,048 | $ | 126,371 | $ | 11,677 | 9.2% |
| *Percentage of revenue* | | 44.7% | | 58.0% | | | |
| North America | $ | 116,112 | $ | 47,953 | $ | 68,159 | 142.1% |
| *Percentage of revenue* | | 37.5% | | 22.0% | | | |
| Other | $ | 55,010 | $ | 43,543 | $ | 11,467 | 26.3% |
| *Percentage of revenue* | | 17.8% | | 20.0% | | | |
| Total revenue | $ | 309,170 | $ | 217,867 | $ | 91,303 | 41.9% |

*Global Revenue*

Global revenue increased by $91.3 million or 41.9% for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to 16 new contracts. Please see further discussion of the change by region below.

*India*

Revenue in India increased by $11.7 million or 9.2% for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily through upsell to our existing customers of $11.7 million.

*North America*

Revenue in North America increased by $68.2 million or 142.1% for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to 15 new contracts sold through VARs being added to our existing client bases of $53.7 million and the remaining increase was due to upsell to our existing customers of $14.5 million.

*Other*

Revenue in other region, which includes Middle East and Europe, increased by $11.5 million or 26.3% for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to one new contract sold through a VAR being added to our existing client bases of $4.3 million and the remaining increase was due to upsell to our existing customers of $7.1 million.

*Cost of Revenue and Gross Margin*

| (Dollars in thousands) | | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | Change | % Change |
| Cost of revenue | $ | 93,890 | $ | 64,834 | $ | 29,056 | 44.8% |
| Gross margin | | 69.6% | | 70.2% | | (0.6)% | |

Cost of revenue increased by $29.1 million, or 44.8%, for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to 16 new contracts that were added. We had an increase in cost of revenue due to implementation costs, application & content support costs and operations and support costs.

---

79

368.    The Form S-1 additionally discussed iLearningEngines Holdings' costs of revenues, gross margins, and costs and expenses during the years ended December 31, 2022 and December 31, 2021:

157

*Cost of Revenue and Gross Margin*

|  | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | 2022 | 2021 | Change | % Change |
| Cost of revenue | $ 93,890 | $ 64,834 | $ 29,056 | 44.8% |
| Gross margin | 69.6% | 70.2% | (0.6)% | |

Cost of revenue increased by $29.1 million, or 44.8%, for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to 16 new contracts that were added. We had an increase in cost of revenue due to implementation costs, application & content support costs and operations and support costs.

79

Gross margin decreased to 69.6% for the year ended December 31, 2022 compared to 70.2% for the year ended December 31, 2021, primarily due to the higher dedicated support needs & related costs being higher in the first year for newly added contracts.

*Costs and Expenses*

*Selling, General and Administrative Expenses*

|  | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | 2022 | 2021 | Change | % Change |
| Selling, general and administrative expenses | $ 105,966 | $ 74,434 | $ 31,532 | 42.4% |
| Percentage of revenue | 34.3% | 34.2% | 0.1% | |

Selling, general and administrative expenses increased by $31.5 million, or 42.4%, for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to new market development expense costs and proof of concept development costs linked to larger pipeline. The selling, general and administrative expenses as a percentage of revenue decreased by 100 basis points though, in line with the expected trends. With economies of scale kicking in. The selling, general and administrative expenses as a percentage of revenue is expected to decrease marginally over the next few quarters.

*Research and Development Expenses*

|  | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | 2022 | 2021 | Change | % Change |
| Research and development expenses | $ 97,436 | $ 70,913 | $ 26,523 | 37.4% |
| Percentage of revenue | 31.5% | 32.5% | (1.0)% | |

R&D expenses increased by $26.5 million, or 37.4%, for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to activities related to new AI digital asset development, existing AI digital asset maintenance including monitoring, machine learning/AI model improvements, enhancement, data validation & testing and quality assurance activities. The R&D expenses as a percentage of revenue decreased by 100 basis points though, in line with the expected trends. With $30.0 million in annual expense, data purchases form a significant portion of our R&D outlay in any given year. This portion of the R&D expense however is expected to stay constant for the foreseeable future, and not scale in tandem with the revenue. Consecutively, while the total R&D expense outlay in dollars would continue to increase, R&D expenses as a percentage of revenue should continue to decrease and stabilize at the 30% benchmark over the next few years.

*Other Income and Expenses*

*Interest Expense*

|  | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (Dollars in thousands) | 2022 | 2021 | Change | % Change |
| Interest expense | $ 6,614 | $ 5,047 | $ 1,567 | 31.0% |
| Percentage of revenue | 2.1% | 2.3% | (0.2)% | |

Interest expense increased by $1.6 million, or 31.0%, for the year ended December 31, 2022 compared to the year ended December 31, 2021, primarily due to net principal amount increase of $5.2 million between the two periods.

80

369.    The Form S-1 Registration Statement further contained a section titled "Certain Relationships And Related Party Transactions" that disclosed "a description of transactions since January 1, 2021 to which iLearningEngines was a party, in which: . . . the amounts involved exceeded or will exceed $120,000; and . . .any of iLearningEngines' directors, executive officers or holders of more than 5% of iLearningEngines' capital stock, or any member of the immediate family of, or person sharing the household with, the foregoing persons, had or will have a direct or indirect material interest." The section failed to disclose any transactions with the Technology Partner, Experion, during this time period.

370.    The Form S-1 Registration Statement also included iLearningEngines Holdings' unaudited pro forma condensed combined balance sheet and the unaudited pro forma statements of operations for the quarter ended March 31, 2024 and the year ended December 31, 2023:

**UNAUDITED PRO FORMA CONDENSED COMBINED BALANCE SHEET**
As of March 31, 2024
(Dollars in Thousands)

| | As of March 31, 2024 iLearningEngines Inc. (Historical) | As of March 31, 2024 Arrowroot Acquisition Corp. (Historical) | Transaction Accounting Adjustments | | As of March 31, 2024 Pro Forma Combined |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets | | | | | |
| Cash | $ 815 | $ 27 | $ 5,907 | a | $ 18,513 |
| | | | (11,459) | b | |
| | | | (4,992) | c | |
| | | | (500) | f | |
| | | | 28,715 | m | |
| Accounts receivable | 82,904 | - | - | | 82,904 |
| Contract asset | 297 | - | - | | 297 |
| Prepaid expenses | 93 | 61 | - | | 154 |
| Prepaid income tax | - | 17 | - | | 17 |
| Total Current assets | 84,109 | 105 | 17,671 | | 101,885 |
| Non current assets | | | | | |
| Cash and investments held in trust account | - | 10,788 | (5,907) | a | - |
| | | | (4,881) | o | |
| Receivable from Technology Partner | 14,880 | - | - | | 14,880 |
| Other assets | 672 | - | 41 | b | 713 |
| Deferred tax assets | 5,248 | - | - | | 5,248 |
| Deferred transaction costs | 6,882 | - | (6,882) | b | - |
| Total Non current assets | 27,682 | 10,788 | (17,629) | | 20,841 |
| **Total Assets** | $ 111,791 | $ 10,893 | $ 42 | | $ 122,726 |
| **LIABILITIES** | | | | | |
| Current liabilities | | | | | |
| Trade accounts payable | $ 7,044 | $ - | $ (6,897) | b | $ 147 |
| Accrued expenses | 3,850 | 5,482 | 9,651 | b | 19,002 |
| | | | (34) | e | |
| | | | 53 | c | |
| Current portion of long-term debt, net | 26,026 | - | - | | 26,026 |

164

\*       \*       \*

**UNAUDITED PRO FORMA CONDENSED COMBINED STATEMENTS OF OPERATION**
**For the three months ended March 31, 2024**
**(Dollars in Thousands)**

| | For the Period ended March 31, 2024 | For the Period ended March 31, 2024 | Transaction Accounting Adjustments | | For the Period ended March 31, 2024 |
|---|---|---|---|---|---|
| | iLearningEngines Inc. (Historical) | Arrowroot Acquisition Corp. (Historical) | | | Pro Forma Combined |
| Revenue | $ 124,935 | $ - | $ - | | $ 124,935 |
| Cost of revenue | 38,714 | - | - | | 38,714 |
| Gross profit | 86,221 | - | - | | 86,221 |
| Operating expenses | | | | | |
| Selling, general, and administrative expenses | 41,223 | 1,545 | (60) | aa | 43,251 |
| | | | 543 | bb | |
| Research and development expenses | 37,099 | - | - | | 37,099 |
| Total Operating expenses | 78,322 | 1,545 | 483 | | 80,350 |
| Operating income (loss) | 7,899 | (1,545) | (483) | | 5,871 |
| Interest expense | (1,986) | (34) | 34 | ee | (625) |
| | | | 1,361 | dd | |
| Change in fair value of warrant liability | (15,118) | (2,263) | 1,438 | ff | (825) |
| | | | 15,118 | gg | |
| Change in fair value of convertible notes | (5,465) | - | 5,465 | hh | - |
| Loss on extinguishment | (10,041) | - | - | | (10,041) |
| Foreign exchange loss | (2) | - | - | | (2) |
| Reduction of Deferred Underwriting Fee | - | 185 | - | | 185 |
| Interest earned on cash and investments held in Trust Account | - | 233 | (233) | ii | - |
| Non-redemption consideration | - | (763) | 763 | kk | - |
| Net loss before income tax expense | (24,713) | (4,187) | 23,463 | | (5,437) |
| Income tax (expense) benefit | (1,222) | (49) | (153) | jj | (1,424) |
| Net loss | $ (25,935) | $ (4,236) | $ 23,310 | | $ (6,861) |
| Net loss per common share - basic and diluted | $ (0.27) | | - | | $ (0.05) |
| Weighted average common shares outstanding - basic and diluted | 95,782,605 | | - | | 133,950,115 |
| Net loss per share, Class A common stock - basic and diluted | | $ (0.44) | - | | |
| Weighted average shares outstanding of Class A common stock - basic and diluted | | 2,373,472 | - | | |
| Net loss per share, Class B common stock - basic and diluted | | $ (0.44) | - | | |
| Weighted average shares outstanding of Class B common stock - basic and diluted | | 7,187,500 | - | | |

See accompanying notes to unaudited pro forma condensed combined financial information.

167

*        *        *

161

UNAUDITED PRO FORMA CONDENSED COMBINED STATEMENTS OF OPERATION
For the year ended December 31, 2023
(Dollars in Thousands)

| | For the Year ended December 31, 2023 | For the Year ended December 31, 2023 | Transaction Accounting Adjustments | | For the Year ended December 31, 2023 |
|---|---|---|---|---|---|
| | iLearningEngines Inc. (Historical) | Arrowroot Acquisition Corp. (Historical) | | | Pro Forma Combined |
| Revenue | $ 420,582 | $ - | $ - | | $ 420,582 |
| Cost of revenue | 132,154 | - | - | | 132,154 |
| Gross profit | 288,428 | - | - | | 288,428 |
| Operating expenses | | | | | |
| Selling, general, and administrative expenses | 140,897 | 5,488 | (240) | aa | 180,857 |
| | | | 33,588 | bb | |
| | | | 1,124 | cc | |
| Research and development expenses | 128,544 | - | - | | 128,544 |
| Total Operating expenses | 269,441 | 5,488 | 34,472 | | 309,401 |
| Operating income (loss) | 18,987 | (5,488) | (34,472) | | (20,973) |
| Interest expense | (6,274) | (89) | 89 | ee | (1,662) |
| | | | 4,612 | dd | |
| Change in fair value of warrant liability | (771) | (1,700) | 1,080 | ff | (620) |
| | | | 771 | gg | |
| Change in fair value of convertible notes | (14,147) | - | 14,147 | hh | - |
| Change in fair value of forward purchase agreement | - | (1,500) | 986 | ll | (514) |
| Interest earned on cash and investments held in Trust Account | - | 3,493 | (3,493) | ii | - |
| Other income | (45) | - | - | | (45) |
| Net loss before income tax (expense) benefit | (2,250) | (5,284) | (16,280) | | (23,814) |
| Income tax (expense) benefit | (2,157) | (565) | 2,187 | jj | (481) |
| | | | 53 | ll | |
| Net loss | $ (4,407) | $ (5,849) | $ (14,040) | | $ (24,295) |
| Net loss per common share - basic and diluted | $ (0.05) | | - | | $ (0.18) |
| Weighted average common shares outstanding - basic and diluted | 95,782,605 | | - | | 133,950,115 |
| Net loss per share, Class A common stock - basic and diluted | | $ (0.37) | - | | |
| Weighted average shares outstanding of Class A common stock - basic and diluted | | 8,574,195 | - | | |
| Net loss per share, Class B common stock - basic and diluted | | $ (0.37) | - | | |
| Weighted average shares outstanding of Class B common stock - basic and diluted | | 7,187,500 | - | | |

See accompanying notes to unaudited pro forma condensed combined financial information.

168

1. **Financial Statements Included within the Form S-1 Registration Statement: iLearningEngines Holdings'**

162

**unaudited financial statements for the quarter ended March 31, 2024**

371.    Included on pages F-57 through F-75 of Form S-1 Registration Statements were the iLearningEngines Holdings' unaudited financial statements for the quarter ended March 31, 2024.

372.    iLearningEngines Holdings' unaudited financial statements contained the consolidated balance sheets for iLearningEngines Holdings for the quarter ended March 31, 2024. A line item on the balance listed the amount "Receivable from the related party". Specifically, the consolidated balance stated:

ILEARNINGENGINES, INC. AND SUBSIDIARIES
CONDENSED CONSOLIDATED BALANCE SHEETS
(In thousands, except share amounts)

| | As of | |
| --- | --- | --- |
| | March 31, 2024 (Unaudited) | December 31, 2023 |
| **Assets** | | |
| Current assets: | | |
| Cash | $ 815 | $ 4,763 |
| Restricted cash | - | 2,000 |
| Accounts receivable, net of provision for credit loss of $510 and $336, respectively | 82,904 | 73,498 |
| Contract asset | 297 | 509 |
| Prepaid expenses | 93 | 62 |
| Total current assets | 84,109 | 80,832 |
| Receivable from Technology Partner | 14,880 | 13,602 |
| Receivable from related party | - | 465 |
| Other assets | 672 | 729 |
| Deferred tax assets, net | 5,248 | 5,703 |
| Deferred transaction costs | 6,882 | 3,990 |
| Total assets | $ 111,791 | $ 105,321 |
| **Liabilities and shareholders' deficit** | | |
| Current liabilities: | | |
| Trade accounts payable | $ 7,044 | $ 3,753 |
| Accrued expenses | 3,850 | 2,982 |
| Current portion of long-term debt, net | 26,026 | 10,517 |
| Contract liability | 1,447 | 2,765 |
| Payroll taxes payable | 3,037 | 3,037 |
| Loan restructuring share liability | 2,813 | - |
| Other current liabilities | 139 | 116 |
| Total current liabilities | 44,356 | 23,170 |
| Convertible notes | 37,712 | 31,547 |
| Warrant liability | 26,988 | 11,870 |
| Long-term debt, net | - | 10,679 |
| Subordinated payable to Technology Partner | 49,789 | 49,163 |
| Other non-current liabilities | 63 | 74 |
| Total liabilities | 158,908 | 126,503 |
| **Shareholders' deficit:** | | |
| Common Shares $0.0001 par value: 200,000,000 shares authorized: 95,782,605 shares issued and outstanding at March 31, 2024 and December 31, 2023 | 10 | 10 |
| Additional paid-in capital | 36,384 | 36,384 |
| Accumulated deficit | (83,511) | (57,576) |
| **Total shareholders' deficit** | (47,117) | (21,182) |
| Total liabilities and shareholders' deficit | $ 111,791 | $ 105,321 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

F-57

373.    iLearningEngines Holdings' unaudited financial statements also contained the consolidated statements of operations for iLearningEngines Holdings for the quarter ended March 31, 2024. In the consolidated statements of operations, iLearningEngines disclosed the amounts of revenue, cost of revenue, gross profit, net income (loss), and earnings per share:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**
**(In thousands, except share and per share amounts)**

|  | Three Months Ended March 31, | |
|  | 2024 | 2023 |
|---|---|---|
| Revenue | $ 124,935 | $ 93,980 |
| Cost of revenue | 38,714 | 31,551 |
| Gross profit | 86,221 | 62,429 |
| Operating expenses: | | |
| Selling, general, and administrative expenses | 41,223 | 31,612 |
| Research and development expenses | 37,099 | 28,582 |
| Total operating expenses | 78,322 | 60,194 |
| Operating income | 7,899 | 2,235 |
| Other expense: | | |
| Interest expense | (1,986) | (1,588) |
| Change in fair value of warrant liability | (15,118) | (280) |
| Change in fair value of convertible notes | (5,465) | - |
| Loss on debt extinguishment | (10,041) | - |
| Other expense | - | (60) |
| Foreign exchange loss | (2) | (8) |
| Total other expense | (32,612) | (1,936) |
| Net (loss) income before income taxes | (24,713) | 299 |
| Income tax (expense) benefit | (1,222) | 152 |
| Net (loss) income | $ (25,935) | $ 451 |
| | | |
| Net (loss) income per share – basic and diluted | $ (0.27) | $ 0.00 |
| Weighted average common shares outstanding – basic | 95,782,605 | 95,782,605 |
| Weighted average common shares outstanding – diluted | 95,782,605 | 95,782,605 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

F-58

374.     The iLearningEngines Holdings' unaudited financial statements further disclosed the disaggregation of revenue and revenue types from the Technology Partner, Experion, for the first quarter 2024:

ILEARNINGENGINES, INC. AND SUBSIDIARIES
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)
(In thousands, except share and per share amounts)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Revenue | $ 124,935 | $ 93,980 |
| Cost of revenue | 38,714 | 31,551 |
| Gross profit | 86,221 | 62,429 |
| Operating expenses: | | |
| Selling, general, and administrative expenses | 41,223 | 31,612 |
| Research and development expenses | 37,099 | 28,582 |
| Total operating expenses | 78,322 | 60,194 |
| Operating income | 7,899 | 2,235 |
| Other expense: | | |
| Interest expense | (1,986) | (1,588) |
| Change in fair value of warrant liability | (15,118) | (280) |
| Change in fair value of convertible notes | (5,465) | - |
| Loss on debt extinguishment | (10,041) | - |
| Other expense | - | (60) |
| Foreign exchange loss | (2) | (8) |
| Total other expense | (32,612) | (1,936) |
| Net (loss) income before income taxes | (24,713) | 299 |
| Income tax (expense) benefit | (1,222) | 152 |
| Net (loss) income | $ (25,935) | $ 451 |
| | | |
| Net (loss) income per share – basic and diluted | $ (0.27) | $ 0.00 |
| Weighted average common shares outstanding – basic | 95,782,605 | 95,782,605 |
| Weighted average common shares outstanding – diluted | 95,782,605 | 95,782,605 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

F-58

375.    The iLearningEngines Holdings' unaudited financial statements also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable from it for the three months ended March 31, 2024 and March 31, 2023:

The following table summarizes the expenses charged to Company by the Technology Partner that are presented within "Cost of revenue", "Selling, general and administrative expenses", and "Research and development expenses" on the condensed consolidated statements of operations for the three months ended March, 31 2024 and 2023:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| | (In thousands) | |
| Cost of revenue | $ 38,673 | $ 31,541 |
| Selling, general and administrative expense | 37,063 | 29,533 |
| Research and development expense | 37,048 | 28,581 |
| | $ 112,784 | $ 89,655 |

*        *        *

166

*Net Receivable from Technology Partner*

Subsequent to the execution of the subordination agreement, the Company and the Technology Partner resumed quarterly netting of collections and the cost of services provided with the same interest rate terms defined above.

The following table presents a reconciliation of the changes in the net receivable from Technology Partner between December 31, 2023 and March 31, 2024 (in thousands):

|  | Net Receivable from Technology Partner |
| --- | --- |
| Balance of receivable from Technology Partner as of December 31, 2023 | $ 13,602 |
| Collections by Technology Partner | 113,732 |
| Cost of services provided by Technology Partner | (112,784) |
| Net cash transfers between Company and Technology Partner | 330 |
| Balance of receivable from Technology Partner as of March 31, 2024 | $ 14,880 |

F-65

376.    In Note 13 to the unaudited financial statements, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, Experion, were not disclosed:

**13. Related-Party Transactions**

*Receivable from related party*

The Company had outstanding receivables from Directors in the amount of $0.5 million as of December 31, 2023, related to expenses that the Company incurred on behalf of the Directors.

In February 2024, the Company collected the full amount of the related party receivable from each Director. There is no outstanding balance as of March 31, 2024.

**2. Financial Statements Included within the Form S-1 Registration Statement: iLearningEngines Holdings' Consolidated Financial Statements of as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021**

377.    Included on pages F-76 through F-102 of Form S-1 Registration Statements were the Consolidated Financial Statements of iLearningEngines Holdings as of December 31, 2023 and 2022 and for the years ended December 31, 2023, 2022 and 2021.

378.    The Form S-1 Registration Statement contained the consolidated balance sheets for iLearningEngines Holdings for the years ended December 31, 2023 and 2022. A line item on the

167

balance listed the amount "Receivable from the related party". Specifically, the consolidated balance stated:

ILEARNINGENGINES, INC. AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS
(In thousands, except share amounts)

| | As of December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Assets** | | |
| Current assets: | | |
| Cash | $ 4,763 | $ 856 |
| Restricted cash | 2,000 | - |
| Accounts receivable, net of provision for credit loss of $336 and $0, respectively | 73,498 | 34,698 |
| Contract asset | 509 | 9,408 |
| Prepaid expenses | 62 | 88 |
| Total current assets | 80,832 | 45,050 |
| Receivable from Technology Partner | 13,602 | 10,217 |
| Receivable from related party | 465 | 595 |
| Other assets | 729 | 885 |
| Deferred tax assets, net | 5,703 | 6,798 |
| Deferred transaction costs | 3,990 | - |
| Total assets | $ 105,321 | $ 63,545 |
| **Liabilities and shareholders' deficit** | | |
| Current liabilities: | | |
| Trade accounts payable | $ 3,753 | $ 787 |
| Accrued expenses | 2,982 | 1,284 |
| Current portion of long-term debt, net | 10,517 | 8,138 |
| Contract liability | 2,765 | 2,106 |
| Payroll taxes payable | 3,037 | 2,789 |
| Other current liabilities | 116 | 237 |
| Total current liabilities | 23,170 | 15,341 |
| Convertible notes | 31,547 | - |
| Warrant liability | 11,870 | 7,645 |
| Long-term debt, net | 10,679 | 9,713 |
| Subordinated payable to Technology Partner | 49,163 | 47,495 |
| Other non-current liabilities | 74 | 126 |
| Total liabilities | 126,503 | 80,320 |
| | | |
| **Shareholders' deficit:** | | |
| Common Shares $0.0001 par value: 200,000,000 shares authorized: 95,782,605 shares issued and outstanding at December 31, 2023 and December 31, 2022 | 10 | 10 |
| Additional paid-in capital | 36,384 | 36,384 |
| Accumulated deficit | (57,576) | (53,169) |
| Total shareholders' deficit | (21,182) | (16,775) |
| Total liabilities and shareholders' deficit | $ 105,321 | $ 63,545 |

The accompanying notes are an integral part of these consolidated financial statements.

F-77

379.    The Form S-1 Registration Statement also contained the consolidated statements of operations for iLearningEngines Holdings for the years ended December 31, 2023, 2022, and 2021.

In the consolidated statements of operations, iLearningEngines disclosed the amounts of revenue, cost of revenue, gross profit, net income (loss), and earnings per share:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share amounts)**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| Revenue | $ 420,582 | $ 309,170 | $ 217,867 |
| Cost of revenue | 132,154 | 93,890 | 64,834 |
| Gross profit | 288,428 | 215,280 | 153,033 |
| Operating expenses: | | | |
| Selling, general, and administrative expenses | 140,897 | 105,966 | 74,434 |
| Research and development expenses | 128,544 | 97,436 | 70,913 |
| Total operating expenses | 269,441 | 203,402 | 145,347 |
| Operating income | 18,987 | 11,878 | 7,686 |
| Other (expense) income: | | | |
| Interest expense | (6,274) | (6,614) | (5,047) |
| Change in fair value of warrant liability | (771) | 248 | (83) |
| Change in fair value of convertible notes | (14,147) | - | - |
| Other expense | (45) | (21) | (3) |
| Total other expense, net | (21,237) | (6,387) | (5,133) |
| Net (loss) income before income tax (expense) benefit | (2,250) | 5,491 | 2,553 |
| Income tax (expense) benefit | (2,157) | 5,975 | (32) |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Net (loss) income per share – basic | $ (0.05) | $ 0.08 | $ 0.02 |
| Net (loss) income per share – diluted | $ (0.05) | $ 0.08 | $ 0.02 |
| Weighted average common shares outstanding – basic | 95,782,605 | 95,728,760 | 94,697,428 |
| Weighted average common shares outstanding – diluted | 95,782,605 | 95,728,760 | 98,042,878 |

The accompanying notes are an integral part of these consolidated financial statements.

F-78

380.   The Form S-1 Registration Statement additionally contained the consolidated statements of cash flows for iLearningEngines Holdings for the years ended December 31, 2023, 2022, and 2021. In the consolidated statements of cash flows, iLearningEngines disclosed the "Receivable from related party" and the "Proceeds from related party payable":

ILEARNINGENGINES, INC. AND SUBSIDIARIES
CONSOLIDATED STATEMENTS OF CASH FLOWS
(In thousands)

| | Years ended December 31, | | |
|---|---|---|---|
| | 2023 | 2022 | 2021 |
| Cash flows used in operating activities: | | | |
| Net (loss) income | $ (4,407) | $ 11,466 | $ 2,521 |
| Adjustments to reconcile net income to net cash flows used in operating activities: | | | |
| Depreciation and amortization | 128 | 77 | — |
| Share based compensation expense | — | — | 39 |
| Amortization of debt discount and debt issuance costs | 2,103 | 3,248 | 2,186 |
| Provision for deferred taxes | 1,095 | (6,798) | — |
| Accretion of interest on subordinated payable to Technology Partner | 1,668 | 1,667 | 1,668 |
| Change in fair value of warrant liability | 771 | (248) | 83 |
| Change in fair value of convertible debts | 14,147 | — | — |
| Provision for credit losses | 336 | — | — |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | (39,136) | (18,740) | (5,395) |
| Receivable from related party | 130 | 20 | (350) |
| Contract asset | 8,899 | 7,645 | 2,115 |
| Advance to customer | — | 362 | (362) |
| Prepaid expenses and other current assets | 26 | (31) | (56) |
| Receivable from Technology Partner | (3,385) | (9,490) | (727) |
| Trade accounts payable | 1,906 | 163 | 536 |
| Accrued expenses and other current liabilities | (47) | 702 | (718) |
| Contract liability | 659 | 613 | 613 |
| Subordinated payable to Technology Partner | — | — | (10,503) |
| Payroll taxes payable | 248 | 401 | 116 |
| Deferred transaction costs | (1,307) | — | — |
| Net cash flows used in operating activities | (16,166) | (8,943) | (8,234) |
| Cash flows (used in) provided by investing activities: | | | |
| Purchase of property and equipment | (24) | — | (18) |
| Cash acquired from business acquisition | — | 161 | — |
| Net cash flows (used in) provided by investing activities: | (24) | 161 | (18) |
| Cash flows provided by financing activities: | | | |
| Proceeds from term loans | 15,000 | 10,000 | 7,000 |
| Repayment of term loans | (10,303) | (4,766) | (272) |
| Proceeds from convertible notes | 17,400 | — | — |
| Other financing activities | — | (3) | 1 |
| Net cash flows provided by financing activities: | 22,097 | 5,231 | 6,729 |
| Net change in cash | 5,907 | (3,551) | (1,523) |
| Cash and restricted cash, beginning of year | 856 | 4,407 | 5,930 |
| Cash and restricted cash, end of year | $ 6,763 | $ 856 | $ 4,407 |
| | | | |
| Supplemental disclosure of cash flows information: | | | |
| Cash paid during the year for interest | $ 2,510 | $ 3,557 | $ 922 |
| Supplemental disclosure of non-cash investing and financing information: | | | |
| Issuance of warrants to purchase common shares | $ 3,455 | $ 1,027 | $ 3,193 |
| Issuance of equity for acquisition of In2vate, LLC | $ — | $ 883 | $ — |
| Accrued transaction costs | $ 2,683 | $ — | $ — |
| Capital contribution from cancellation of convertible notes | $ — | $ — | $ 574 |
| Reconciliation of cash and restricted cash | | | |
| Cash | $ 4,763 | $ 856 | $ 4,407 |
| Restricted cash | $ 2,000 | $ — | $ — |
| Total cash and restricted cash at end of year | $ 6,763 | $ 856 | $ 4,407 |

The accompanying notes are an integral part of these consolidated financial statements.

F-80

170

381.    The Form S-1 Registration Statement further disclosed the disaggregation of revenue and revenue types from the Technology Partner, Experion:

*Disaggregation of Revenue*

The Company disaggregates revenue into categories that depict the nature, amount, and timing of revenue and cash flows based on differing economic risk profiles for each category. In concluding such disaggregation, the Company evaluated the nature of the products and services, consumer markets, sales terms, and sales channels which have similar characteristics such that the level of disaggregation provides an understanding of the Company's business activities and historical performance. The level of disaggregation is evaluated annually and as appropriate for changes to the Company or its business, either from internal growth, acquisitions, divestitures, or otherwise. Revenue from implementation services and combined software license and maintenance is recognized over the respective performance obligation period. As such, there is no disaggregation of revenue by point in time as all of the Company's revenue is recognized over time.

With respect to the Company's disaggregation of revenue by customer geography, geography is primarily determined based on the location of the customer identified in the contract. As described in the Technology Partner policy note above, the Company enters contracts with the Technology Partner though which the Technology Partner purchases and integrates the ILE platform into the Technology Partner's own software solution provided to one of the Technology Partner's customers. In this type of contractual arrangement, the Company identifies the Technology Partner as its customer. In contractual arrangements in which the Technology Partner is identified as the customer, the Technology Partner's end customer may or may not be known by the Company. In cases in which the Technology Partner's customer is known to the Company, the geography is determined based on the location of the Technology Partner's customer and conversely, in cases in which the Technology Partner's customer is not known, the customer geography is determined based on the geography of the Technology Partner. The following table presents this disaggregation of revenue by customer geography:

| | Years Ended December 31, | | |
| | 2023 | 2022 | 2021 |
| --- | --- | --- | --- |
| | (In thousands) | | |
| India | $ 162,854 | $ 138,048 | $ 126,371 |
| North America | 194,886 | 116,112 | 47,953 |
| Other[1] | 62,842 | 55,010 | 43,543 |
| Total Revenues | $ 420,582 | $ 309,170 | $ 217,867 |

(1)    Other includes customers in Middle East and Europe.

F-87

\*       \*       \*

The following table presents to disaggregation of revenue by type of revenue:

| | Years Ended December 31, | | |
| | 2023 | 2022 | 2021 |
| --- | --- | --- | --- |
| | (In thousands) | | |
| Revenue related to implementation services | $ 16,491 | $ 15,872 | $ 5,495 |
| Combined software license and maintenance revenues | 404,091 | 293,298 | 212,372 |
| Total Revenues | $ 420,582 | $ 309,170 | $ 217,867 |

382.    The Form S-1 Registration Statement also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable from it:

171

The following table summarizes the expenses charged to company by the Technology Partner that are presented within cost of revenue, selling, general and administrative expenses, and research and development expenses on the consolidated statements of operations for the years ended December 31, 2023, 2022 and 2021:

| | December 31, | | |
| --- | --- | --- | --- |
| | 2023 | 2022 | 2021 |
| | (In thousands) | | |
| Cost of revenue | $ 132,111 | $ 93,753 | $ 64,834 |
| Selling, general and administrative expense | 127,538 | 96,972 | 68,931 |
| Research and development expense | 128,539 | 97,396 | 70,836 |
| | $ 388,188 | $ 288,121 | $ 204,601 |

\*    \*    \*

*Net Receivable from Technology Partner*

Subsequent to the execution of the subordination agreement, the Company and the Technology Partner resumed quarterly netting of collections and the cost of services provided with the same interest rate terms defined above.

| | December 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| Opening balance of receivable from Technology Partner | $ 10,217 | $ 727 |
| Collections by Technology Partner | 389,361 | 297,710 |
| Cost of services provided by Technology Partner | (388,189) | (288,121) |
| Net cash transfers between Company and Technology Partner | 2,213 | (99) |
| Closing balance of receivable from Technology Partner | $ 13,602 | $ 10,217 |

383.    In Note 14 to the iLearningEngines Holdings Consolidated Financial Statements, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, were not disclosed:

**14. Related-Party Transactions**

*Receivable from related party*

The Company had outstanding receivables from Directors in the amounts of $0.5 million and $0.6 million as of December 31, 2023 and December 31, 2022, respectively related to expenses that the Company incurred on behalf of the Directors.

In February 2024, the Company collected the full amount of the related party receivable from each Director. No balance is outstanding after the collection.

F-100

384.    The statements identified in paragraphs 358-383 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein,

172

iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024", iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

385.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "*Net* cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

386.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines

173

and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### e.    iii.  Prospectus Supplement No. 1

387.    On August 13, 2024, iLearningEngines filed its 2Q2024 Form 10-Q with the SEC, which included its unaudited financial statements for the period ended June 30, 2024. The 2Q2024 Form 10-Q was signed by the Executive Defendants.

388.    On August 14, 2024, iLearningEngines filed the Prospectus Supplement No. 1 with the SEC to "to update and supplement the information in the Prospectus with the information contained in the" 2Q2024 Form 10-Q. The Prospectus Supplement No. 1, contained the 2Q2024 Form 10-Q.

174

389.    The 2Q2024 Form 10-Q contained the consolidated balance sheets for iLearningEngines for the quarter ended June 30, 2024. A line item on the balance listed the amount "Receivable from the related party". Specifically, the consolidated balance stated:

**PART I - FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share amounts)**

| | As of | |
| --- | --- | --- |
| | June 30, 2024 (Unaudited) | December 31, 2023 |
| **Assets** | | |
| Current assets: | | |
| Cash | $ 39,242 | $ 4,763 |
| Restricted cash | - | 2,000 |
| Accounts receivable, net of provision for credit loss of $847 and $336, respectively | 91,182 | 73,498 |
| Contract asset | 253 | 509 |
| Prepaid expenses and other current assets | 88 | 62 |
| Prepaid income tax | 17 | - |
| Total current assets | 130,782 | 80,832 |
| Receivable from Technology Partner | 17,150 | 13,602 |
| Receivable from related party | - | 465 |
| Other assets | 640 | 729 |
| Deferred tax assets, net | 8,114 | 5,703 |
| Deferred transaction costs | - | 3,990 |
| **Total assets** | $ 156,686 | $ 105,321 |
| **Liabilities and shareholders' equity (deficit)** | | |
| Current liabilities: | | |
| Trade accounts payable | $ 966 | $ 3,753 |
| Accrued expenses | 9,138 | 2,982 |
| Current portion of long-term debt, net | - | 10,517 |
| Contract liability | 95 | 2,765 |
| Payroll taxes payable | 3,037 | 3,037 |
| Derivative financial instrument – make-whole provision | 15,839 | - |
| Derivative financial instrument – forward purchase agreement | 267 | - |
| Excise tax payable | 2,473 | - |
| Related party payable | 35 | - |
| Equity-settled transaction costs payable | 6,500 | - |
| Other current liabilities | 123 | 116 |
| Total current liabilities | 38,473 | 23,170 |
| Convertible notes | - | 31,547 |
| Warrant liability | 5,568 | 11,870 |
| Revolving line of credit, net of capitalized financing cost of $744 | 59,256 | - |
| Long-term debt, net | - | 10,679 |
| Subordinated payable to Technology Partner | 50,415 | 49,163 |
| Other non-current liabilities | 51 | 74 |
| **Total liabilities** | 153,763 | 126,503 |
| | | |
| **Shareholders' equity (deficit):** | | |
| Common Shares $0.0001 par value: 700,000,000 shares authorized: 141,173,275 shares, and 77,242,379 shares issued and outstanding at June 30, 2024 and December 31, 2023, respectively | 14 | 8 |
| Additional paid-in capital | 405,192 | 36,386 |
| Prepaid forward purchase agreement | (4,746) | - |
| Accumulated deficit | (397,537) | (57,576) |
| **Total shareholders' equity (deficit)** | 2,923 | (21,182) |
| **Total liabilities and shareholders' equity (deficit)** | $ 156,686 | $ 105,321 |

175

390.    The 2Q2024 Form 10-Q also contained the consolidated statements of operations for iLearningEngines for the three and six months ended June 30, 2024 and June 30, 2023. In the consolidated statements of operations, iLearningEngines disclosed the amounts of revenue, cost of revenue, gross profit, net income (loss), and earnings per share:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**
**(In thousands, except share and per share amounts)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | 2024 | 2023 |
| Revenue | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |
| Cost of revenue | 41,845 | 30,094 | 80,559 | 61,645 |
| Gross profit | 93,693 | 71,151 | 179,914 | 133,580 |
| Operating expenses: | | | | |
| Selling, general, and administrative expenses | 137,662 | 36,854 | 178,885 | 68,466 |
| Research and development expenses | 41,245 | 30,433 | 78,344 | 59,015 |
| Total operating expenses | 178,907 | 67,287 | 257,229 | 127,481 |
| Operating (loss) income | (85,214) | 3,864 | (77,315) | 6,099 |
| Other (expense) income: | | | | |
| Interest expense | (1,398) | (1,567) | (3,384) | (3,155) |
| Change in fair value of warrant liability | (37,395) | (410) | (52,513) | (690) |
| Change in fair value of WTI loan | 1,292 | - | 1,292 | - |
| Change in fair value of loan restructuring liability | (15,547) | - | (15,547) | - |
| Change in fair value of derivative financial instrument - Make-Whole Provision | (14,643) | - | (14,643) | - |
| Change in fair value of convertible notes | (169,860) | (3,038) | (175,325) | (3,038) |
| Gain from forgiveness of transaction costs | 700 | - | 700 | - |
| Gain/(loss) on debt extinguishment | 8,160 | - | (1,881) | - |
| Other expense | (52) | 45 | (52) | (15) |
| Foreign exchange (loss)/gain | (2) | 6 | (4) | (2) |
| Total other income (expense) | (228,745) | (4,964) | (261,357) | (6,900) |
| Net loss before income taxes | (313,959) | (1,100) | (338,672) | (801) |
| Income tax expense | (67) | (804) | (1,289) | (652) |
| Net loss | $ (314,026) | $ (1,904) | $ (339,961) | $ (1,453) |
| | | | | |
| Net loss per share – basic and diluted | $ (3.15) | $ (0.02) | $ (3.85) | $ (0.02) |
| Weighted average common shares outstanding – basic | 99,569,095 | 77,242,379 | 88,405,737 | 77,242,379 |
| Weighted average common shares outstanding – diluted | 99,569,095 | 77,242,379 | 88,405,737 | 77,242,379 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements

2

391.    The 2Q2024 Form 10-Q additionally contained the consolidated statements of cash flows for iLearningEngines for the quarter ended June 30, 2024. In the consolidated statements of cash flows, iLearningEngines disclosed the "Receivable from related party" and the "Proceeds from related party payable" for the six months ended June 30, 2024 and June 30, 2023:

**ILEARNINGENGINES, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**
**(In thousands)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2024 | 2023 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (339,961) | $ (1,453) |
| Adjustments to reconcile net loss to net cash flows used in operating activities: | | |
| Depreciation and amortization | 61 | 39 |
| Amortization of debt issuance | 667 | 1,040 |
| Provision for deferred taxes | 726 | 371 |
| Accretion of interest on subordinated payable to Technology Partner | 1,252 | 834 |
| Change in fair value of warrant liability | 52,513 | 690 |
| Change in fair value of WTI loan | (1,292) | - |
| Change in fair value of loan restructuring liability | 15,547 | - |
| Change in fair value of convertible notes | 175,325 | 3,038 |
| Change in fair value of derivative financial instrument - make-whole provision | 14,643 | - |
| Gain from forgiveness of deferred transaction cost | (700) | - |
| Loss on debt extinguishment | 1,881 | - |
| Provision for current expected credit losses | 511 | - |
| Share-based compensation | 88,043 | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (18,195) | (13,817) |
| Receivable from related party | 465 | 130 |
| Contract asset | 256 | 6,474 |
| Prepaid expenses and other current assets | 31 | 29 |
| Receivable from Technology Partner | (3,548) | (5,556) |
| Trade accounts payable | 4,153 | 304 |
| Accrued expenses and other current liabilities | 683 | 36 |
| Contract liability | (2,670) | 1,133 |
| Payroll taxes payable | - | 248 |
| **Net cash flows used in operating activities** | **(9,609)** | **(6,460)** |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment (included in Other assets) | (14) | (7) |
| **Net cash flows used in investing activities** | **(14)** | **(7)** |
| **Cash flows from financing activities:** | | |
| Proceeds from related party payable | 35 | - |
| Repayments on term loans | (26,169) | (4,427) |
| Proceeds from term loans | - | 5,000 |
| Proceeds from 2023 and 2024 convertible notes | 29,415 | 9,900 |
| Proceeds from revolving line of credit | 60,000 | |
| Payment of debt issuance for revolving line of credit | (781) | - |
| Proceeds for subscription of convertible notes | 400 | - |
| Payment returned for subscription of convertible notes | (400) | - |
| Payment of costs directly attributable to the issuance of common stock in connection with Business Combination | (15,918) | - |
| Proceeds from Business Combination | 5,430 | - |
| Pre-payment of forward purchase agreement | (4,994) | - |
| Taxes paid related to net share settlement of restricted stock units | (4,916) | - |
| **Net cash flows provided by financing activities** | **42,102** | **10,473** |
| Net change in cash | 32,479 | 4,006 |
| Cash, beginning of year | 6,763 | 856 |
| **Cash, end of period** | **$ 39,242** | **$ 4,862** |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid during the period for interest | $ 753 | $ 1,286 |
| **Supplemental disclosure of non-cash investing and financing activities:** | | |
| Warrants issued in connection with new debt | $ - | $ 515 |
| Issuance of ILE common stock for fee equitization | $ 10,300 | $ - |
| Issuance of ILE common stock for WTI warrants pursuant to the Amended Term Loan and loan | $ 79,560 | $ - |

177

392.    The 2Q2024 Form 10-Q further disclosed the disaggregation of revenue and revenue types from the Technology Partner, Experion, for the three and six months ended June 30, 2024 and June 30, 2023:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2024 | 2023 | 2024 | 2023 |
|  | (In thousands) | | (In thousands) | |
| North America | $ 56,566 | $ 45,606 | $ 110,883 | $ 90,618 |
| India | 53,998 | 41,411 | 105,871 | 76,206 |
| Other[1] | 24,974 | 14,228 | 43,719 | 28,401 |
| **Total Revenue** | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |

(1)  Other includes customers in Middle East and Europe.

The following table presents to disaggregation of revenue by type of revenue:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2024 | 2023 | 2024 | 2023 |
|  | (In thousands) | | (In thousands) | |
| Revenue related to implementation services | $ 5,341 | $ 3,501 | $ 10,540 | $ 8,161 |
| Combined software license and maintenance revenues | 130,197 | 97,744 | 249,933 | 187,064 |
| **Total Revenue** | $ 135,538 | $ 101,245 | $ 260,473 | $ 195,225 |

393.    The 2Q2024 Form 10-Q also disclosed the expenses charged by the Technology Partner, Experion, and the net receivable from it during the second quarter 2024:

The following table summarizes the expenses charged to Company by the Technology Partner that are presented within "Cost of revenue", "Selling, general and administrative expenses", and "Research and development expenses" on the condensed consolidated statements of operations for the three months and six months ended June 30, 2024 and 2023:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2024 | 2023 | 2024 | 2023 |
|  | (In thousands) | | (In thousands) | |
| Cost of revenue | $ 41,761 | $ 30,077 | $ 80,433 | $ 61,618 |
| Selling, general and administrative expense | 41,927 | 33,108 | 78,990 | 62,641 |
| Research and development expense | 41,082 | 30,432 | 78,130 | 59,013 |
| **Total** | $ 124,770 | $ 93,617 | $ 237,553 | $ 183,272 |

*    *    *

178

The following table presents a reconciliation of the changes in the net receivable from Technology Partner between December 31, 2023 and June 30, 2024 (in thousands):

| | Net Receivable from Technology Partner |
|---|---|
| Balance of receivable from Technology Partner as of December 31, 2023 | $ 13,602 |
| Collections by Technology Partner | 238,961 |
| Cost of services provided by Technology Partner | (237,553) |
| Net cash transfers between Company and Technology Partner | 2,140 |
| **Balance of receivable from Technology Partner as of June 30, 2024** | **$ 17,150** |

394. In Note 17 to the 2Q2024 Form 10-Q, iLearningEngines disclosed its "Related-Party Transactions." Despite being a "related party", transactions with the Technology Partner, were not disclosed:

**17  Related party transaction**

On April 1, 2024, Harish Chidambaran, the Chief Executive Officer and a major shareholder of the Company, deposited $35,000 to the Company's operating bank account. The borrowing was deemed to be short-term and non-interest bearing. On July 29, 2024, the $35,000 related party loan was repaid in full. In addition, a Company executive deposited $43,500 on April 1, 2024 to the Company's operating bank account, and the Company repaid the amount on April 18, 2024.

395. The statements identified in paragraphs 389-394 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, iLearningEngines failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented its revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . ., as of December 31, 2023 and 2022 and for each of the three years in the period ended December

31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024", iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

396.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

397.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the

180

Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

G. **MARCUM IS LIABLE FOR MISSTATEMENTS IN THE OFFERING DOCUMENTS**

398.    Marcum is a national accounting and advisory services firm that has served as iLearningEngines Holdings' independent registered public accounting firm out of its Philadelphia office since 2021 and reviewed iLearningEngines Holdings' financial statements in connection with the Merger and the Offering Documents. Following the closing of the Merger on April 16, 2024, the Board approved the engagement of Marcum to serve as iLearningEngines independent registered public accounting firm.

399.    Marcum assisted iLearningEngines Holdings, iLearningEngines, and the Individual Defendants in preparing their financial statements for the Form S-8 Registration Statement and the Form S-1 Registration Statement and purportedly conducted an adequate and reasonable investigation into the business, operations, financial statements, and accounting of iLearningEngines Holdings and iLearningEngines, an undertaking known as a "due diligence" investigation. The due diligence investigation was required of Marcum.

400.    During the course of its "due diligence," Marcum had continual access to internal, confidential, current corporate information concerning iLearningEngines' most up-to-date operational and financial results and prospects. Marcum consented to including its April 22, 2024

181

Report within the Form S-8 Registration Statement and the Form S-1 Registration Statement, and its report dated September 1, 2023, except for Note 2 (Technology Partner and Revenue Recognition Accounting Policies) and Note 5 (Technology Partner), as to which the date is November 6, 2023 which it consented to being included in the Form S-4.

401. Marcum is responsible under Section 11 for any material inaccuracy in iLearningEngines' Form S-8 Registration Statement and Form S-1 Registration Statement that it certified, or in financial reports incorporated in those statements.

402. Marcum became iLearningEngines Holdings' auditor in 2021. On September 5, 2023, iLearningEngines filed an initial registration statement with the SEC, which contained Marcum's unqualified opinion on iLearningEngines Holdings' December 31, 2022 and 2021 consolidated balance sheets, the related consolidated statements of operations, changes in shareholders' deficit, and cash flows for each of the three years ended December 31, 2022, 2021, and 2020, and the related notes ("2022 Financial Statements"). Despite being accompanied by Marcum's unqualified opinion, these financial statements immediately drew questions from the SEC.

October 5, 2023 SEC Comment Letter

19. Please clarify whether your Technology Partner qualifies as a customer under ASC 606. That is, tell us whether the Technology Partner or the end user is your customer. In this regard, we note your statements that "the Technology Partner purchases and resells the Company's platform to end-users" and "the Technology Partner provides services to the end customer and also facilitates collection of consideration payable under the contract". Lastly, please clarify your statement "For sales in which the Technology Partner acts as the end customer, consideration payable under the contract is presented within accounts receivable on the consolidated balance sheets". Explain what is meant by "acts as the end customer".

\*     \*     \*

21. Please confirm whether the Technology Partner is a related party. Refer to ASC 850-10- 50. Please tell us whether the Technology Partner holds a financial interest in you. If so, clarify whether that interest represents a controlling financial interest in you.

22. Please tell us and disclose the amounts for each cost of services provided by the Technology Partner that are being netted against collections. Consider providing a table that summarizes the expenses incurred by the Technology Partner that are presented within cost of revenue, selling, general and administrative expense, and research and development expense on the consolidated statements of operations.

\*        \*        \*

November 29, 2023 SEC Comment Letter

We note that in your response to prior comment 19 you explain that in some cases the Technology Partner is your customer. Please clarify whether you will provide the maintenance services to the Technology Partner in these arrangements. In this regard, indicate whether the Technology Partner also purchases support services. If so, clarify whether your employees are providing that service. In cases where the end user is the customer, explain how you considered whether Technology Partner is the principal in providing the support services to the customers. In this regard, *we note that substantially all the cost of revenue and operating expenses represents reimbursements to the Technology Partner..]*

Emphasis added.

403.    In its response to SEC's October 5, 2023 comment letter, iLearningEngines stated that "the Technology Partner is not a related party and they do not hold any financial interest in iLearningEngines." Moreover, to address SEC's comments, the iLearningEngines twice revised its 2022 financial statements, which Marcum opined were presented "fairly, in all material respects." iLearningEngines also amended its registration statement the third time without making changes to its audited financial statements. The revisions to the audited financial statements centered on iLearningEngines' disclosures about its Technology Partner and accounting policies for revenue recognized from transaction with the Technology Partner. Amendments one, two, and three of the registration statement each contained Marcum's dual dated audit opinion.

404.    Subsequently, Marcum issued an unqualified opinion on iLearningEngines' 2023 consolidated financial statements included in the Super 8-K filed on April 22, 2024. Marcum opined that iLearningEngines' "financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2023 and 2022, and the results of its operations and its cash flows for the years ended December 31, 2023, 2022 and 2021, in conformity

183

with accounting principles generally accepted in the United States of America [U.S. "GAAP"]." Moreover, Marcum represented that it conducted its audit "in accordance with the standards of the PCAOB and in accordance with auditing standards generally accepted in the United States of America."

405.    Marcum also consented to the use of this opinion in connection with the follow up Form S-1 Registration Statement filed on June 3, 2024, which became effective on August 9, 2024, after several amendments.

406.    Marcum later retracted its audit opinions as disclosed in the November 18, 2024 Form 8-K:

> On November 15, 2024, acting based on information identified by the Audit Committee during the course of the Special Committee's investigation, Marcum LLP ("***Marcum***"), the Company's independent registered public accounting firm, informed the Audit Committee of its conclusion that its reports, dated April 22, 2024 and September 1, 2023, on the Company's previously issued consolidated financial statements as of December 31, 2023 and 2022 and for each of the three years in the period ended December31, 2023 and as of December 31, 2022 and 2021 and for each of the three years in the period ended December 31, 2022, respectively, should no longer be relied upon. The Company's management and the Audit Committee have discussed the matters disclosed in this Item 4.02 with Marcum.

407.    Item 4.02 of Form 8-K requires specific disclosures when "the registrant's board of directors … concludes that any previously issued financial statements … should no longer be relied upon because of an error in such financial statements."

408.    GAAP requires any error in the financial statements of a prior period discovered after the financial statements are issued to be reported as an error correction by restating the prior-period financial statements and providing a description of the nature of the error and its effect on the financial statements. ASC 250-10-45-23 and ASC 250-10-50-7.

409.    ASC 250 distinguishes errors from accounting changes and defines an error as "an error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of generally accepted accounting principles (GAAP), or oversight or misuse of facts that existed at the time the financial statements were prepared. A change from an accounting principle that is not generally accepted to one that is generally accepted is a correction of an error." ASC 250-10-20.

410.    ASC 250 states that if a company must correct a prior period error, it should do so by restating the prior-period financial statements, including the following:

411.    The cumulative effect of the error on periods prior to those presented shall be reflected in the carrying amounts of assets and liabilities as of the beginning of the first period presented.

412.    An offsetting adjustment, if any, shall be made to the opening balance of retained earnings (or other appropriate components of equity or net assets in the statement of financial position) for that period.

413.    Financial statements for each individual prior period presented shall be adjusted to reflect correction of the period-specific effects of the error. ASC 250-10-45-23.

414.    ASC 250 further requires disclosure that "previously issued financial statements have been restated, along with a description of the nature of the error", including "the effect of the correction on each financial statement line item… for each prior period presented" and "the cumulative effect of the change on retained earnings … as of the beginning of the earliest period presented." ASC 250-10-50-7.

415.    The SEC Staff Accounting Bulletins No. 99, Materiality, and No. 108, Quantifying Financial Statement Misstatements, ("SAB 99" and "SAB 108") are the primary source of

guidance in assessing materiality of financial statement misstatements. Because GAAP does not apply to immaterial items (ASC 105-10-05-6), a restatement is required only for items deemed to be material.

416.     Here, the Board's Audit Committee based on the recommendations from the Special Committee determined to file the November 18, 2024 Form 8-K with an Item 4.02 to notify investors that they should no longer rely upon the financial statements identified.

**H. PLAINTIFFS AND THE SECURITIES ACT CLASSES PURCHASES OF ILEARNINGENGINES' COMMON STOCK ARE TRACEABLE TO THE OFFERING DOCUMENTS**

417.     A significant amount of iLearningEngines common stock following the Merger was not immediately freely tradeable. Per the Form S-4, many of iLearningEngines shareholders following the Merger were subject to lock-up provisions:

> Our Sponsor and certain of Arrowroot's directors and officers, and certain existing iLearningEngines stockholders, including all iLearningEngines officers and directors, will be broadly prohibited from selling, pledging, transferring or otherwise disposing of their ownership interest in New iLearningEngines Common Stock until the earlier to occur of (i) one year after completion of the Business Combination, (ii) the last trading day when the Closing Price of Arrowroot Class A Common Stock equals or exceeds $12.00 per share (as adjusted for stock splits, stock capitalizations, reorganizations, recapitalizations and the like) for any 20 trading days within any 30-trading day period commencing at least 150 days after the Business Combination and (iii) upon the consummation of a change of control, subject to certain customary exceptions.

418.     Per the Form S-4, there were 4,445,813 shares of Arrowroot Class A Common Stock outstanding that were freely tradable without restriction or further registration under the Securities Act, except for shares held by one of Arrowroot affiliates within the meaning of Rule 144 under the Securities Act. Additionally, all of the 7,187,500 shares of Arrowroot Class B Common Stock were restricted securities under Rule 144.

419.     Following the Merger, iLearningEngines was a company-controlled by Defendants Chidambaran and his wife, Preeta Chidambaran, who collectively were the beneficial owners of

over 71.7% of iLearningEngines outstanding shares consisting of 96,764,327 shares, including 27,590,898 shares of restricted stock subject to time-based vesting, held by Defendant Chidambaran, and 18,799,432 shares, including 4,561,014 shares of restricted stock subject to time-based vesting, held by Preeta Chidambaran. The Sponsor, Arrowroot Acquisition LLC, held an additional 7,005,793 shares that corresponded to 5.2% of the outstanding shares. As of April 25, 2024, the lock-up restrictions were applicable to Defendants Chidambaran, Preeta Chidambaran, and the sponsor, Arrowroot Acquisition LLC, and covered over 76.9% of iLearningEngines outstanding shares.

420. On the day trading day before the effectiveness of the Form S-8 Registration Statement, June 20, 2024, iLearningEngines trading volume was 277,382 shares. Following the effectiveness of the Form S-8 Registration Statement on June 21, 2024, iLearningEngines share trading volume jumped dramatically to 3,989,868. This substantial increase evidences a substantial flow of newly registered shares into the market.

421. During the trading hours of August 9, 2024, before the effectiveness of the Form S-1 Registration Statement at 4 p.m., iLearningEngines trading volume was 266,969. Following the effectiveness of the Form S-1 Registration Statement, the trading volume on the first trading day, Monday, August 12, 2024, iLearningEngines volume jumped dramatically to 2,946,992 shares which caused drove the prices of iLearningEngines common stock down by $2.73 as the newly registered shares entered the market. iLearningEngines volume continued to surge the next day, August 13, 2024, to 3,861,955. These massive increases in volume indicate that a significant number of iLearningEngines shares newly registered by the Form S-1 Registration Form were being sold by the Selling Securityholders.

422.    Given the substantial increase in the volume of shares being traded on June 21, 2024 and after August 9, 2025, as evidenced by the increase volume, there is a high probability that the shares Plaintiffs purchased after these dates were traceable to the Offering Documents.

423.    Lead Plaintiff Leveque purchased 5,000 shares of iLearningEngines common stock on July 25, 2024. Lead Plaintiff Leveque discovery will prove that some or all of the iLearningEngines shares he purchased on the open market are traceable to the Form S-8 Registration Statement.

424.    Plaintiff Iqbal Al Hamid purchased shares of iLearningEngines common stock after August 9, 2024. Plaintiff Al Hamid discovery will prove that some or all of the shares he purchased on the open market are traceable to the Form S-8 Registration Statement and the Form S-1 Offering Documents.

425.    Notwithstanding the high probability that some or all of Plaintiffs' purchase of iLearningEngines shares on or after June 21, 2024 are traceable to the Offering Documents, during the discovery phase, Plaintiffs' will obtain the documents to evidence that they shares they purchased are in fact traceable to the Form S-8 Registration Statement and the Form S-1 Registration Statement. With the benefit of this discovery, Plaintiffs will prove that the shares they purchased were traceable to the Offering Documents through a tracing analysis.

426.    To this end, Plaintiffs will obtain from the Depository Trust Company ("DTC") relevant "Participant Daily Activity Statements" and from iLearningEngines' transfer agent, Continental Stock Transfer & Trust Company (the "Continental") the transfer journals and the underlying records regarding the share registrations. Additional data may be obtained, if necessary, from brokers and/or AAI Solutions, Inc. (the purchaser of iLearningEngines assets) for discovery concerning the registration status of its common stock shares.

427.    Continental served as both the transfer agent for Arrowroot and for the new iLearningEngines following the Merger. Continental is the transfer agent for iLearningEngines' common stock and as the warrant agent for the warrants. Accordingly, Continental has relevant information for the Arrowroot securities that later became iLearningEngines securities in the following the Merger.

428.    Transfer agents maintain a "transfer journal." This is often maintained as electronic book entries and is used to track a company's share issuances and transfers between parties.

429.    It is also anticipated that as part of its internal record keeping that Continental will have maintained internal segregated records or accounts for iLearningEngines' insiders and employees shares, the Arrowroot investors shares (whose shares were not yet traded or tradeable following the Merger), and/or iLearningEngines shares that were restricted and/or unregistered securities, and for shares that were registered.

430.    Plaintiffs will utilize this information to identify and trace the previously unregistered iLearningEngines common stock shares on Continental's transfer journals and in their records regarding the share registrations prior to the shares being registered and traded on the secondary market.

431.    As shares on the secondary market cannot be settled through Continental's journal entries or with those of other transfer agents, settlement of shares on the secondary market is accomplished through the DTC's standardized book-entry custodial recordkeeping.

432.    The DTC holds all of the securities that are being bought and sold by various parties on the secondary market in DTC participant accounts. The DTC tracks the changes in custodial holdings utilizing its electronic book-entry system and then executes the transfers between participant accounts to settle the transactions.

433. When a transfer agent, like Continental, deposits shares into the DTC upon a sale, the DTC records the direct deposit transaction into the DTC participant's account (*i.e.*, purchase). Securities deposits, withdrawals, and transfer transactions are recorded by the DTC on the ledgers that the DTC maintains for each DTC participant on each settlement day, the "Participant Daily Activity Statements."

434. Broker-dealers are one of the entity types that maintain DTC participant accounts. Although a broker-dealer may have its own DTC participant account, broker-dealers also maintain their own internal time-stamped transactional records that record when securities are transferred from one account to another.

435. Utilizing the Continental's transfer journals and underlying records regarding share registrations, the DTC's Participant Daily Activity Statements, and, if necessary, certain broker-dealers' internal records and/or internal records from iLearningEngines concerning equity awards, Rule 144 opinions, and records concerning unregistered shares, Plaintiffs will be able to reconstruct the chain of title for each iLearningEngines share they purchased.

436. Thus, utilizing Continental's transfer journals, the DTC's Participant Daily Activity Statements, and potentially a limited number of broker's transactional records and/or iLearningEngines' records acquired by AAI Solutions, Inc., Plaintiffs will be able trace their and the Securities Act Classes' purchases of iLearningEngines common stock to the Form S-8 Registration Statement and the Form S-1 Registration Statement.

## I. CLAIMS FOR RELIEF UNDER THE SECURITIES ACT

### COUNT ONE
### Violation of Section 11 of the Securities Act
### (Against the Securities Act Defendants:
### Chidambaran, Naqvi, Arackal, Barger, Davis, Mehlman, Moe, Olivier, and Marcum)

437. Plaintiffs repeat and reallege each and every allegation above as if fully set forth herein. For the purposes of this claim, Plaintiffs assert only strict liability and negligence claims and expressly disclaim any claim of fraud or intentional misconduct.

438. This claim is brought against the Securities Act Defendants on behalf of Plaintiffs and other members of the Securities Act Classes who, during the Class Period, purchased or acquired iLearningEngines common stock pursuant and/or traceable to the Form S-8 Registration Form and Form S-1 Registration Form (and the Offering Documents, including those documents incorporated by reference therein), and were damaged by the acts alleged herein.

439. As discussed above, on June 21, 2018, iLearningEngines filed the Form S-8 Registration Statement which was immediately effective upon filing that registered up to 16,208,318 shares iLearningEngines common stock relating to the Plans. iLearningEngines was the issuer of the shares pursuant to the Form S-8 Registration Statement within the meaning of Section 11 of the Securities Act.

440. As discussed above, on June 3, 2024, iLearningEngines filed the Form S-1 Registration Statement, subsequently amended on July 1 and July 22, 2024, that registered and offered for sale by the Selling Securityholders up to 100,774,669 shares of iLearningEngines common stock and up to 22,624,975 Shares of common stock issuable upon exercise of warrants, and up to 8,250,000 warrants to purchase common stock. iLearningEngines was the issuer of the securities pursuant to the Form S-1 Registration Statement within the meaning of Section 11 of the Securities Act.

191

441.    The Securities Act Defendants each signed the Registration Statement as directors of the Board or senior officers within the meaning of Section 11 of the Securities Act.

442.    The share of iLearningEngines common stock were registered and sold pursuant to the Offering Documents. Purchases of iLearningEngines common stock registered by the Offering Documents are traceable to the Form S-1 Registration Statement and the Form S-8 Registration Statement.

443.    The Offering Documents contained untrue statements of material fact and omitted to state material facts required to be stated therein or necessary to make the statements therein not misleading. The facts misstated and omitted would have been material to a reasonable person reviewing the Offering Documents.

444.    The Individual Defendants each signed the Form S-1 Registration Statement and the Form S-8 Registration Statement. As such, each is liable for the materially inaccurate statements contained therein and the failure of the Registration Statements to be complete and accurate. The Individual Defendants named herein were responsible for the contents and dissemination of the Registration Statements, which were inaccurate and misleading, contained untrue statements of material facts, omitted facts necessary to make the statements made therein not misleading, and omitted to state material facts required to be stated therein. The Individual Defendants each had a duty to make a reasonable and diligent investigation of the truthfulness and accuracy of the statements contained in the Offering Documents and ensure that they were true and accurate and not misleading. In the exercise of reasonable care, the Individual Defendants should have known of the material misstatements and omissions contained in the Offering Documents. Accordingly, the Individual Defendants are liable to Plaintiffs and the other members of the Class.

192

445.    Marcum is liable to Plaintiffs and the Securities Act Classes for the actionable misstatements and omissions in the iLearningEngines financial statements contained in the Form S-1 Registration Statement, Form S-8 Registration Statement, and the Offering Documents that Marcum certified.

446.    The Securities Act Defendants owed to Plaintiffs and the Securities Act Classes the duty to make a reasonable and diligent investigation of the statements contained in the Offering Documents, to ensure that the statements contained or incorporated by reference therein were true, and that there was no omission to state a material fact required to be stated in order to make the statements contained therein not misleading. None of the Securities Act Defendants made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Offering Documents were accurate and complete in all material respects. Had they exercised reasonable care, they would have known of the material misstatements and omissions alleged herein.

447.    Plaintiffs and members of the Securities Act Classes purchased iLearningEngines common stock issued in, or traceable to, the Offering Documents (and the documents incorporated by reference therein) and were damaged thereby.

448.    Plaintiffs and members of the Securities Act Classes did not know, nor in the exercise of reasonable diligence could they have known, of the untrue statements of material facts or omissions of material facts in the offering documents when they purchased or acquired their shares of iLearningEngines common stock.

449.    This claim is brought within one year after the discovery of the untrue statements and omissions, and within three years after the issuance of the Offering Documents.

450.     By reason of the foregoing, Securities Act Defendants are liable to Plaintiffs and the members of the Securities Act Classes for violations of Section 11 of the Securities Act.

## COUNT TWO
### Violation of Section 15 of the Securities Act
**(Against the Individual Defendants:
Chidambaran, Naqvi, Arackal, Barger, Davis, Mehlman, Moe, and Olivier)**

451.     Plaintiffs repeat and reallege each and every allegation above as if fully set forth herein. For the purposes of this claim, Plaintiffs assert only strict liability and negligence claims and expressly disclaim any claim of fraud or intentional misconduct.

452.     This claim is brought pursuant to Section 15 of the Securities Act against the Individual Defendants on behalf of Plaintiffs and other members of the Securities Act Classes who, during the Class Period, purchased or acquired iLearningEngines common stock pursuant and/or traceable to the Offering Documents (including the documents incorporated by reference therein), and were damaged by the acts alleged herein.

453.     As alleged herein, iLearningEngines and the Individual Defendants violated Section 11 of the Securities Act by issuing the Offering Documents, which included materially untrue statements of fact and omitted to state material facts required to be stated therein or necessary to make the statements therein not misleading. The Individual Defendants were controlling persons of iLearningEngines when the Offering Documents were filed and became effective due to their senior executive positions therewith; their direct involvement it iLearningEngines' day-to-day operations; and their participation in, and preparation of, the Offering Documents.

454.     By virtue of their exercise of control over iLearningEngines, the Individual Defendants had the power to influence and control, and did influence and control, directly or

194

indirectly, the decision-making of iLearningEngines, including the content of its public statements and of the Offering Documents.

455.    The Individual Defendants did not make a reasonable investigation or possess reasonable grounds for the belief that the Offering Documents was accurate and complete in all material respects. Had they exercised reasonable care, they would have known of the material misstatements and omissions alleged herein.

456.    This claim is brought within one year after the discovery of the untrue statements and omissions, and within three years after the issuance of the Offering Documents.

457.    By reason of the foregoing, the Individual Defendants are liable to Plaintiffs and the Securities Act Classes.

## VII.    EXCHANGE ACT ALLEGATIONS

458.    Plaintiffs hereby incorporate all allegations above.

### A.    THE EXCHANGE ACT DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS

#### i.    April 16, 2024 – Schwab Network Interview

459.    On April 16, 2024, the same day that iLearningEngines began trading on the Nasdaq, Chidambaram was interviewed by Schwab Network about the AI software market and iLearningEngines' recently completed SPAC merger with Arrowroot.

460.    When responding to a question from Schwab Network correspondent, Chidambaram claimed iLearningEngines to be a highly profitable AI company:

> *Interviewer*: Why is now the right time to go public?
>
> *Chidambaram*: From our standpoint, we have been an AI company at scale. *You know, we are [] for the last five years, [] four years, we went up a profitable high growth AI company at scale and really for us we think this is the right time for us to be in the market*. We think there is a huge demand for a pure play AI company in the market, but beyond that, really, for us, we have been focused on executing. We have a very strong product market fit…"

461. The above statement identified in emphasis above made by Chidambaram was false and/or materially misleading because he knew that the vast majority of iLearningEngines' revenue was fake. Furthermore, the statement was false and misleading because it concealed that iLearningEngines was facing a dire financial situation and was on the verge of bankruptcy. By concealing this information, investors were deprived of the ability to properly and adequately evaluate the prospects of iLearningEngines' business and assess the true risks associated with purchasing iLearningEngines' common stock.

### ii. April 22, 2024 – Super 8-K

462. On April 22, 2028, iLearningEngines issued the Super 8-K and attached numerous exhibits. The Super 8-K discussed the consummation of a business combination and merger agreement with Arrowroot and iLearningEngines becoming a publicly traded company. Exhibits 99.1. and 99.2 contained iLearningEngines press releases dated April 16, 2024 and April 22, 2024, respectively.

463. According to its April 16, 2024 press release, iLearningEngines announced "becoming a publicly traded company after completing business combination with Arrowroot." In this press release, the company highlighted exceedingly favorable and profitable expectations from the AI software market in the next two years portraying iLearningEngines as a fast growing and high margin AI company and concealing the fact that its revenue and expenses were largely fake. This provided investors with a false impression about iLearningEngines' financial situation and sustainability as a going concern. In pertinent part, the April 16, 2024 press release states:

> According to Gartner, the AI software market opportunity is expected to grow at 24.5% CAGR, reaching nearly $135 billion by 2025; global e-Learning market is expected to reach $250 billion in the same timeframe. The hyperautomation market is expected to grow at an 11.9% CAGR to more than $1 trillion by 2026[1]. iLearningEngines' solutions are deployed within more than a dozen industry verticals across approximately 1,000 enterprise end customers

and four million licensed users, and the Company sees significant expansion opportunities within both new and existing verticals and customers. (…)

***The Company grew revenue 35% year-over-year through the first nine months of 2023***, and intends to disclose fourth quarter and full year 2023 financial results within the next week.

Emphasis added.

464.    The foregoing statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. Furthermore, iLearningEngines materially misled investors when publishing these statements because they were untrue and left investors with the false impression that iLearningEngines was a fast growing and high margin company, when in fact it was in financial distress and near bankruptcy. By concealing the truth about iLearningEngines' dire financial situation, investors were deprived of the ability to properly and adequately evaluate the prospects of iLearningEngines' business and assess the true risks associated with purchasing iLearningEngines' common stock.

465.    Per its April 22, 2024 press release, iLearningEngines reported its fourth quarter and full year 2023 result. The press release quoted Chidambaran stating:

"The fourth quarter capped off a strong 2023," said Harish Chidambaran, Chief Executive Officer of iLearningEngines. "***During 2023***, ***we*** expanded our core markets, grew end customers and 497,000 licensed users, ***achieved 36% revenue growth year-over-year, and reached $447 million of annual recurring revenue[1]. We are pleased to be carrying this business momentum into the first half of 2024.***"

Key Fourth Quarter & Full Year 2023 Financial Highlights
● ***Revenue – fourth quarter 2023 revenue of $116 million increased 39% year-over-year. Full year 2023 revenue of $421 million increased 36% year-over-year.***
● Annual Recurring Revenue ("ARR")[1] – ***ARR of $447 million increased 43% year-over-year.***

197

Emphasis added.

466.    The Super 8-K also contained multiple material misstatements and omissions regarding iLearningEngines Holdings' financial statements in Exhibits 99.3, 99.4, and 99.5. These exhibits contained multiple material misstatements and omissions regarding iLearningEngines' financial statements. These statements were false and/or materially misleading because the financial statements do not faithfully represent what they purport to represent. The allegations discussing and identifying the materially false and misleading misrepresentations and omissions above in paragraphs 317-321, 323-329, and 332-335 are hereby incorporated by reference.

467.    The statements identified in paragraphs 318-321, 324-329, and 333-335 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

198

468.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "*Net* cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

469.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading

199

for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### iii. May 16, 2024 - First Quarter 2024 Press Release

470. On May 16, 2024, iLearningEngines published a press release titled "iLearningEngines Reports First Quarter 2024 Results" (the "May 16, 2024 Press Release"). The 1Q2024 Form 10-Q "contain[ed] information about the Company before the Business Combination" with Arrowroot.

471. In the May 16, 2024 Press Release, iLearningEngines announced its first quarter 2024 results. In pertinent part, Chidambaran is quoted as saying:

> "The first quarter was a strong start to 2024," said Harish Chidambaran, Chief Executive Officer of iLearningEngines. "*We achieved 33% revenue growth year-over-year and grew annual recurring revenue[1] by 34% year-over-year to $479 million*. With our business combination with Arrowroot Acquisition Corp. and related financing now complete, *we believe we are well positioned to invest in continued platform growth*, helping more and more customers harness AI to improve their business outcomes."

Emphasis added.

472. The press release also included some financial highlights for the first quarter:

> First Quarter 2024 & Recent Financial Highlights:
> Revenue – *Revenue increased 33% year-over-year to $125 million.*
> Annual Recurring Revenue ("ARR")1 – *ARR increased 34% year-over-year to $479 million.*

Emphasis added.

473. The statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive

200

Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

### iv.     May 16, 2024 – Super 8-K Amendment

474.    On the May 16, 2024, iLearningEngines filed the May 16, 2024 Super 8-K Amendment which included as an Exhibit 99.4 iLearningEngines Holdings' unaudited financial statements for the quarter ended March 31, 2024, the 1Q2024 Financial Statements.

475.    The 1Q2024 Financial Statements contained multiple material misstatements and omissions in iLearningEngines' financial statements. These statements were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. The allegations discussing and identifying the materially false and misleading misrepresentations and omissions above in paragraphs 338-343 are hereby incorporated by reference.

476.    The statements identified in paragraphs 339-343 were were false and/or materially misleading because the financial statements do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

477.    Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

478.    Furthermore, the statements identified in emphasis above were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.  As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### v.    May 27, 2024 – iLearningEngines' Post on LinkedIn

479.    On May 27, 2024, iLearningEngines posted on its LinkedIn page an article titled: "Building a $420 Million AI Enterprise: The iLearningEngines Story." In pertinent part, the article stated:

> It's been an incredible journey for iLearningEngines (NASDAQ: AILE), growing into a leading Applied AI platform for learning and work automation. Our company recently went public and following the listing, our founder,

Harish Chidambaran, revealed the inspiration for iLearningEngines came from a deeply personal experience.

[…]

Our platform has seen major success with partners and enterprise clients. Significant revenue growth comes from upselling, demonstrating our ability to deliver ROI and ensure customer satisfaction. ***We closed out 2023 with over $420 million in revenue and continued our strong performance in Q1 2024, with $125 million in revenue.*** In a competitive AI landscape, we have built a strong foundation for continued growth.

480. The statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

vi.    **June 21, 2024 – Benzinga All Access Conversation**

481.    On June 21, 2024, Balakrishnan held an interview with Benzinga on Live Stocks & Options Trading. iLearningEngines posted a link on its LinkedIn page promoting it:

> Our President and Chief Business Officer at iLearningEngines, Balakrishnan A.P., recently joined Benzinga for an insightful conversation addressing present challenges and future potential of the Artificial Intelligence market.
>
> Watch the full interview to learn how iLE's leading AI platform is transforming learning and work automation across 12 global industry verticals and retaining customers in the process: https://lnkd.in/dS9TremH.

482. When responding to questions from Benzinga interviewer, Balakrishnan Arackal claimed that iLearningEngines was recording high revenue since 2020. In pertinent part, Arackal stated:

> *Benzinga interviewer:* Give the viewers a quick overview of what it is that your company does.
>
> *Balakrishnan:* We are a leading AI applied AI platform for learning and work automation. We enable enterprises to rapidly productize and deploy a wide of AI applications […] ***From an operational viewpoint we are at a recording revenue of 97% of our total revenue. Our trailing 5-year CAGR is 48% positive registered each year since 2020*** at a rule of 40 company for the past five years".
>
> *Benzinga interviewer:* Yeah! You mentioned some lot of great stats there […]

483. The statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, Arackal misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December

31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

### vii. June 25, 2024 – Bloomberg Invest 2024 Conversation

484. On June 25, 2024, Naqvi and Kristin DeClark, Global Head of Technology Investment Banking of Barclays spoke on "The Role of Private Capital in Tech" with Bloomberg's Mandeep Singh at the Bloomberg Invest 2024 conference in New York.

485. When responding to questions from Bloomberg interviewer, Naqvi agreed with Kristin DeClark about the revenue expected from tech companies before turning to the public for investments. In pertinent part, after DeClark's comments, Naqvi agreed with DeClark's answer, claiming that iLearningEngines' revenue reached $400 million before the IPO:

> *DeClark*: So scale matters a lot. And I think we're going to it's going to be sometime before we see really scaled assets. And I mean, a lot of these companies are growing very quickly. (…) I think it will take some time for these businesses to get to scale and have the proof points around economics. I mean, you've got scale, growth, profitability, all the things that really do matter. But that's what the market needs to see. And scale we are talking a revenue scale of 250 to 300 million, at least in the year that you-re selling off, which is the forward year really, I think the benchmark right now for investors to participate, at least on the software side. Would you agree?
>
> *Naqvi*: **I couldn't agree more with that. So it took us about $400 million dollars to be able to start thinking about putting the IPO process in motion.**
>
> *Bloomberg interviewer*: (Asked Naqvi) And for a hunt for a company with 400 million in revenue. Like, how do you think about tech spending?

486. The statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, Naqvi

misrepresented iLearningEngines' revenue it was "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

### viii.    July 21, 2024 – Form S-8 Registration Statement

487.    On June 21, 2024, after market close, iLearningEngines filed the Form S-8 Registration Statement. It was immediately effective on filing with the SEC.

488.    The Form S-8 Registration Statement incorporated documents by reference, including but not limited to the 1Q2024 Form 10-Q and the 2Q2024 10-Q, that contained multiple material misstatements and omissions regarding iLearningEngines' financial statements, omitted to disclose Experion as "related party" and account for the "related party transactions" accordingly in the financial statements. The allegations discussing and identifying the materially false and misleading misrepresentations and omissions above in paragraphs 317-321, 323-329, 332-335 338-343, and 347-354 are hereby incorporated by reference.

489.    The statements identified in paragraphs 318-321, 324-329, 333-335, 339-343, 348-354 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology

207

Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024", iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

490. Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

491. Furthermore, the statements identified in emphasis above were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with

208

Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading. As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### ix.    August 9, 2024 - The Form S-1 Registration Statement and Prospectus

492.    On August 9, 2024, the Form S-1 Registration was declared effective by the SEC at 4:00 p.m. The following trading day, Monday August 12, 2024, iLearningEngines filed the accompanying Prospectus. The initial prospectus dated August 12, 2024 was amended seven times between August 14, 2024 and December 10, 2024.

493.    The Form S-1 Registration Statement and the Prospectus contained multiple material misstatements and omissions regarding iLearningEngines' financial statements, omitted to disclose Experion as "related party" and account for the "related party transactions" accordingly in the financial statements. The allegations discussing and identifying the materially false and

misleading misrepresentations and omissions above in paragraphs 358-383 and 387-394 are hereby incorporated by reference

494. The statements identified in paragraphs 358-370, 372-376, 378-383, and 389-394 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024", iLearningEngines Holdings' "unaudited financial statements for the quarter ended March 31, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

495. Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024;

$12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024. These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

496.    Furthermore, the identified statements were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner. Such disclosures were required to comply with GAAP and keep the financial statements from being misleading. As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

211

**x. August 13, 2024 – Second Quarter 2024 Press Release and Form 10-Q**

497. On August 13, 2024, iLearningEngines filed with the SEC a Form 10-Q attaching a press release titled: "iLearningEngines Reports Second Quarter 2024 Results" ("2Q2024 Press Release"). In the press release, iLearningEngines reported its financial results for the quarter ended June 30, 2024 and, in pertinent part, quoted Harish Chidambaran, Chief Executive Officer stating:

> "We are pleased to report financial results for our first quarter as a publicly traded company[.]" "*We delivered 33.9% year-over-year top line revenue growth, including $521 million of annual recurring revenue, up 33% year-over-year.*"

Emphasis added.

498. Furthermore, iLearningEngines press release also stressed the following:

> Second Quarter 2024 Financial Highlights –Three Months Ended June 30, 2024
> ● Revenue – *Revenue increased 33.9% year-over-year to $135.5 million.*
> ● Annual Recurring Revenue ("ARR") – *ARR increased 33.2% year-over-year to $520.8 million.*

Emphasis added.

499. The statements identified in emphasis above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of

212

iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines' "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

500.   On August 13, 2024, iLearningEngines filed with the SEC a Form 10-Q for the period ended June 30, 2024, the 2Q2024 Form 10-Q. The 2Q2024 Form 10-Q contained multiple material misstatements and omissions in iLearningEngines' financial statements. These misstatements concerned iLearningEngines revenues and expenses and the failure to disclose Experion as "related party" and to properly account for the "related party transactions."  The allegations discussing and identifying the materially false and misleading misrepresentations and omissions above in paragraphs 347-354 are hereby incorporated by reference.

501.   The statements identified in paragraphs  348-354 were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of

iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

502.     Additionally, iLearningEngines Holdings' Insiders Payment Schedule shows that in the year prior to filing for bankruptcy, it made fifty (50) payments to Experion MEA Corporation totaling $87.425 million: $2.0 million in December 2023; $1.75 million in the first quarter 2024; $12.225 million in second quarter 2024; and $73.2 million during the third and fourth quarters 2024.  These payments do not match to the "Net cash transfers between Company and Technology Partner" of $2.213 million, $330,000, and $2.14 million disclosed in the notes to the 2023 financial statements, 1Q2024 Financial Statements, or the 2Q2024 Form 10-Q, respectively.

503.     Furthermore, the statements identified in emphasis above were false and/or materially misleading because it omitted to disclose that transactions with the Technology Partner, Experion, were related party transactions. Due to the significance of the transactions with Experion, iLearningEngines and iLearningEngines Holdings' financial statements did not faithfully represent iLearningEngines Holdings' and iLearningEngines' financial condition or results of operation because they did not identify the Technology Partner, Experion, as a related party or include the required disclosures for the related party transactions between iLearningEngines and the Technology Partner.  Such disclosures were required to comply with GAAP and keep the financial statements from being misleading.   As was uncovered and detailed in the Hindenburg Report, iLearningEngines' executives, employees, and their family members had interests in and positions at Experion. Furthermore, Gerety, iLearningEngines former interim

214

CEO and CFO, signed the Bankruptcy Disclosures that admitted Experion MEA Corporation, Experion Infosystems Private Limited, Vedic Network Experion, and Synergy Markets Experion were not only each considered by iLearningEngines to be "insiders" under the Bankruptcy Code but that they were also iLearningEngines' related parties. Additionally, any line items accounting for iLearningEngines Holdings' and iLearningEngines' transactions with a "related party" were false and/or misleading for failing to include the amounts applicable to such transactions, assets, or receivables from Experion.

### xi.    August 13, 2024 – Second Quarter 2024 Financial Results and Corporate Update Conference Call

504.    That same day during market hours, iLearningEngines held a conference call to discuss the second quarter financial results ("Q2 2024 Earnings Call"). During the second-quarter 2024 earnings call, iLearningEngines provided investors with information about iLearningEngines' operations and finances during the second quarter of 2024, and addressed questions posed by financial analysts. The earnings call transcripts contain statements from Chidambaran, Arackal, and Naqvi.

505.    In their presentations, Chidambaran and Arackal claimed iLearningEngines to be a fast growing and high margin company and concealed that its revenue and expenses were largely fake. In pertinent part, Chidambaran and Arackal said:

> [Chidambaran]: Today, we're pleased to report our second quarter results. ***We generated revenue of $136 million in the quarter, a 33.9% year-over-year increase*** as compared to the same period in 2023, and produced $4 million of adjusted EBITDA. (…)
>
> ***We generated 421 million in revenue in 2023***, and we have generated positive adjusted EBITDA every year since 2020.
>
> Naqvi: ***For the fiscal second quarter ending June 30th, 2024, revenue totaled $136 million, representing an increase of 33.9% from the year-ago quarter. Annual recurring revenue increased 33% to $521 million***, while net dollar retention on a trailing 12-month basis was 129.5%. As of June 30, 2024, the company had over 4.9

215

million licensed end users. Gross profit for the fiscal second quarter ended June 30, 2024, was $94 million, an increase of approximately 32% from fiscal Q2 2023. Gross margin was 69.1%, down 160 basis points from the 70.3% recorded in Q2 2023. (…)

During the quarter, we raised gross proceeds of $35.3 million upon the close of our business combination, including $29.4 million from proceeds from convertible notes and $5.9 million from SPAC trust proceeds.

Emphasis added.

506.    The statements identified above in emphasi were false and/or materially misleading were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

216

**xii.    August 2024 – iLearningEngines Investor Overview Presentation – 2Q24**

507.    In August 2024, iLearningEngines published on its website an investor presentation titled: "iLearningEngines Investor Overview – 2Q24" in connection with its second quarter financial results.

508.    In pertinent part, the presentation included charts purportedly reflecting iLearningEngines' revenue and gross margin for the years 2019 to 2023 and revenue by channel partner.











509.     The statements identified above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake." As

219

a result, iLearningEngines and iLearningEngines Holdings revenues and expenses being misstated, all figures contained in iLearningEngines Holdings' and iLearningEngines' financial statements and related statements that were derived or incorporated iLearningEngines' revenues and expenses were also materially false and/or misleading. iLearningEngines' disclosure to investors that "the audited consolidated financial statements of iLearningEngines Holdings, Inc. . . . , as of December 31, 2023 and 2022 and for each of the three years in the period ended December 31, 2023, which were reported in the Current Report on Form 8-K filed by the Company on April 22, 2024" and iLearningEngines "unaudited financial statements for the quarter ended June 30, 2024 . . . should no longer be relied upon" further establishes that the identified statements were materially misrepresented.

**xiii.    The August 29, 2024 Press Release "iLearningEngines Issues Statement on Short Seller Report"**

510.    On August 29, 2024, iLearningEngines issued a statement on the Hindenburg Report rejecting its allegations as speculative, false and self-serving.

> ***We have reviewed the full report and believe it contains misleading statements, speculations and innuendos.*** We intend to respond in the coming days. We remain focused on executing our business plan and will not be distracted by typical short seller tactics.

511.    The foregoing statement in emphasis was false and/or materially misleading because Defendants knew that the Hindenburg Report disclosed to the market its mysterious relationship with Experion and iLearningEngines' artificial revenue. By concealing the truth about iLearningEngines' dire financial situation, investors were deprived of the ability to properly and adequately evaluate the prospects of iLearningEngines' business and assess the true risks associated with purchasing iLearningEngines' common stock.

**xiv.    The September 5, 2024 Press Release "iLearningEngines Announces Further Response to Short Report"**

512.    At 3:31 p.m. on September 5, 2024, iLearningEngines issued a press release titled "iLearningEngines Announces Further Response to Short Report." In this press release, Defendant Chidambaran argued that the Hindenburg Report was baseless stating:

> "The ILE team is proud of the AI platform that we've built. ***The company I founded has real products, contracts, and revenue***," said ILE Chief Executive Officer Harish Chidambaran, adding, "***I would like to re-iterate my firm belief that the short-seller report put out last week contains misleading statements, speculations and innuendos***, and I look forward to addressing the short-seller's allegations as the Special Committee progresses in its investigation. In the meantime, we remain focused on executing our business plan and will not be distracted by typical short seller tactics."

Emphasis added.

513.    The foregoing statements above were false and/or materially misleading because the financial statements do not fairly present the financial conditions and results of operations of iLearningEngines during the relevant periods as set forth in Section VI and thus do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake."

**xv.    The September 10, 2024 Press Release "iLearningEngines CEO Sets the Record Straight" and Accompanying Post**

514.    Before market open on September 10, 2024, iLearningEngines issued a press release titled "iLearningEngines CEO Sets the Record Straight." In this press release, Defendant Chidambaran argued that the Hindenburg Report was baseless stating:

> BETHESDA, Md., Sept. 10, 2024 (GLOBE NEWSWIRE) -- iLearningEngines, Inc. (NASDAQ: AILE) ("iLearningEngines" or "ILE") a leader in AI-powered learning and work automation for enterprises, provides key facts on its business operations.

221

According to the CEO, Harish Chidambaran, *"It is essential to correct the egregious misstatements made by the short seller. iLearningEngines has a long-standing track record, audited financials, and has delivered significant innovation in AI for enterprise learning and work automation."*

The CEO response aims to dispel short seller's inaccuracies.

Link to iLearningEngines CEO's response to the short seller allegations: https://investors.ilearningengines.com/news-events/response-to-allegations
Emphasis added.

515.     In the press release, iLearningsEngines provided a link to Defendant Chidambaran's response to the Hindenburg Report posted on iLearningEngines' website. In this response, Defendant Chidambaran claimed to "set[] the record straight," but specifically stated that it was aimed at only to "dispel some of the short seller's inaccuracies." Specifically, the response stated:

*iLearningEngines ("iLE") remains committed to innovation and customer success*

According to iLE CEO Harish Chidambaran, "*It is essential to correct these egregious misstatements*. iLearningEngines has a long-standing track record, audited financials, and has delivered significant innovation in AI for enterprise learning and work automation." This response aims to dispel some of the short seller's inaccuracies.

Mr. Chidambaran provided the following information to set the record straight:

*False Allegations and Inaccuracies*

**Audits and Revenue**

**Allegation**: The report insinuates that iLearningEngines' revenue is unverified and potentially fraudulent.

**Refutation**: *iLearningEngines has undergone extensive third-party audits and reviews by leading financial institutions. Financials have also been reviewed by another globally known accounting firm. Finally, revenues and financials have been reviewed by our lenders.* As part of these reviews, iLE has shared its customer contracts. Western Technology Investments (WTI), a top-tier Silicon Valley lender with customers including Google, Meta and Palantir, has provided debt financing to iLearningEngines from 2020 through April 2024. Over this period of time, iLE

222

has paid interest on the $40 million of debt from operations, has never been late on a payment, and paid back roughly $60 million in principal and interest in full. Under our recent lending facility, we have transitioned to receiving our customer revenues flows directly into iLearningEngines' controlled bank accounts.

**Global Operations and Indian Revenue**

**Allegation**: The short seller alleges that iLearningEngines' $216 million in revenue from India is fabricated because iLE India only reports $853,000 in revenue.

**Refutation**: This claim either reflects a fundamental misunderstanding of global operations, or a deliberate attempt to deceive. iLE India is a fully owned subsidiary functioning as an offshore development center, and its "revenue" reflects the local operational expenses, such as software engineer salaries, charged back to iLE US, the parent company. This is standard industry practice for multinational corporations, where all significant revenues flow through the parent company (iLE US). The report's decision to present this structure as suspicious is either grossly uninformed, or intentionally misleading to sow confusion.

**In2vate**

**Allegation**: The report claims iLearningEngines' US revenue is fraudulent because In2vate, a subsidiary, reportedly has less than $1 million in revenue and can't account for the company's total revenue.

**Refutation**: This allegation misrepresents the structure of iLearningEngines. In2vate is a separate subsidiary that currently reports its own revenue. The majority of iLearningEngines' US revenue is contracted directly through iLE US, and not In2vate. iLE US was well into existence before the In2vate acquisition. iLE also has more than four million licensed users across various agreements, excluding In2vate users.

**Partner Network**

**Accusation**: The report implies that iLearningEngines' partner relationships are either fabricated or improperly disclosed.

**Refutation**: iLearningEngines has developed and nurtured strong partnerships with more than 30 value-added resellers (VARs) and technology partners who play a crucial role in expanding our platform's reach. These partners include cognitive solutions such as Exult Global, Techvantage Systems, Vedhik Schools, and Experion. They bring our AI solutions to industries that require tailored applications for enterprise learning and work automation. Our channel partners operate across various regions and industries, allowing us to scale efficiently by leveraging their expertise in technology integration, professional services, and customer support - and in some cases, distribution. These partnerships are a core

223

aspect of iLE's business model, ensuring that our AI platform is delivered effectively to end users while maintaining operational efficiency. Many of our partners have long-standing relationships with Global 2000 customers, helping us deploy AI solutions that solve complex industry challenges. iLearningEngines has shared customer contracts and relationships with the auditor and lenders.

**Experion**

**Allegation**: The short seller's report raises concerns about the validity of Experion and its partnership with iLearningEngines.

**Refutation**: The relationship between iLearningEngines and Experion is based on a long-standing technology and VAR partnership that began in 2012. Experion provides outsourced R&D services and built-in distribution to its existing customers, helping iLearningEngines scale efficiently. This is a fairly common practice amongst global technology companies. iLE owns all intellectual property (IP) related to its product, while Experion earns R&D and professional service revenue for integrating the platform into enterprise workflows for joint customers. Currently, a majority of iLE revenue comes from partnerships outside of Experion, thereby clearly refuting the short seller's allegation. The company works with approximately 30 VARs that we have global partnerships with. Our revenue stream is diversified across multiple customers and channels, and iLE has full control over its technology and product. This partnership enables iLE to ramp up or ramp down teams during the course of product development, helping achieve significant capital efficiency.

The company's CEO was asked in 2013 to serve as an advisor and US contact to Experion due to his expertise and was never compensated for this role. There is no mutual ownership between iLE and Experion.

**Product and AI Platform**

**Allegation**: The report asserts that iLearningEngines has no real product, implying that the company's entire business is fraudulent.

**Refutation**: This is one of the most egregious and outrageous claims made by the short seller report. iLearningEngines has developed an enterprise-grade AI platform relied on by over 1,000 companies and over four million users. The platform is the outcome of hundreds of thousands of hours of R&D, producing more than 50 enterprise-specific AI models. These models are tailored to vertical-specific use cases and are capable of being deployed in secure, on-premise environments. This is critical for industries that require high levels of data protection. The company has over 30 hyper automation apps ("hyperapps") built on its platform.

**Paid For Training Data**

224

**Allegation**: The report claims that iLearningEngines' purchasing of data from a partner, specifically Experion, is an unlikely coincidence.

**Refutation**: The training data mentioned in the short seller report is sourced from customers including one long-standing customer from the education space which is not Experion. iLE does not purchase Experion's data as stated by the short seller. This is flat out wrong. It has been the long-standing policy of the company to purchase data in order to train AI models, which has become the market standard. Since 2018, iLE has recognized the value of compensating data owners and entered into data purchasing agreements. This was the right thing to do and also reduces IP risks for us and our customers. This has now become standard practice in the AI industry. These purchases are separate from any revenue relationship with them. Independent appraisals conducted by a Big Four auditing and consulting firm validated the fair value of the data, providing further credibility to our approach. This specialized data enhances the effectiveness of iLearningEngines' AI models and opens up significant opportunities for data monetization.

**Customers**

**Allegation**: The short seller asserts that iLearningEngines has no presence nor present customers.

**Refutation**: iLearningEngines serves a robust portfolio of clients, including leading corporations, educational institutions, and healthcare systems. The short seller should know that a white label product by definition will be unknown to the end user. Additionally, technology partners and VARs have built apps utilizing our enterprise AI models, making iLE less visible as a brand to the end user. This is similar to many other infrastructure platforms' relationships with end users. End customers include global brands such as Accenture, Allianz SE, Nissan, H&R Block, NIP Group, Mahindra, Tata Communication, Hindalco, Piramal Group, Prudential, as well as hundreds of educational institutions and enterprise clients.

**Vedhik Schools**

**Allegation**: The report infers that Vedhik Schools is the sole driver of iLearningEngines' Indian revenue.

**Refutation**: The short seller's report inaccurately presents Vedhik Schools as a direct customer, when in fact, they are a content partner. Vedhik collaborates with iLearningEngines to deploy AI-powered educational solutions. Their role is to deliver high-quality content through our platform to schools across India, the Middle East, and Africa. This partnership supports AI-driven tutoring and personalized learning in over 300 schools. The Indian market is an immense opportunity with more than 1 million schools and over 250 million students in India alone, according to Statisca. The relationship highlights iLE's ability to scale through strong partnerships, rather than direct sales alone. As highlighted above in

the Customer section, the students (end users) using the tutoring solution, could be unaware that iLE is powering their experience. More importantly, this partnership transforms education, improving student performance and learning outcomes through AI.

**Global Remote-First Operations**

**Accusation**: The report inaccurately claims that iLearningEngines operates out of the CEO's house.

**Refutation**: In the US and in some parts of the world, iLearningEngines is a fully remote-first company. This was true even prior to the pandemic; a strategic decision that aligns with the modern workforce. The iLE team operates across multiple regions, supported by fully equipped offices, co-working spaces, and through a global network of outsourcing partners. This approach allows iLE to attract top talent globally and stay agile. The reference to the CEO's home is irrelevant and misleading, as the company's operations span a wide geographical footprint – from the US to India, Dubai, and beyond. iLE is structured for efficiency and scalability, not constrained by traditional office setups. The short seller has reverted to doxing the CEO's home and risking the safety of people, their families, and their children.

Another clearly false insinuation in the report is regarding Sanjeev Menon. Sanjeev is our Chief AI Architect. He is an exceptional talent, with multiple AI and other technology ventures behind him. Under his leadership, iLE has a highly functional product team based out of Pune and other locations.

**iLearningEngines' Commitment to Innovation and Customer Success**

The strength of iLearningEngines lies not just in its technology, but in the value we provide to our customers. We have consistently delivered solutions to enterprises seeking tailored AI tools for learning and work automation. Our platform's capabilities, including vertical domain-specific AI learning models, position iLearningEngines as a leader in the AI space. Our customers range from major corporations to educational systems, with millions of students and professionals benefiting from our products. This success is reflected in long-term contracts, valued partnerships, and continued revenue growth.

iLearningEngines is a company built on strong fundamentals, a proven product, and a commitment to transparency. We urge investors to rely on fact-based due diligence rather than a short seller's motivation to drive the stock price down. iLearningEngines remains focused on innovation and delivering value to its customers and shareholders, as we continue to grow in a rapidly evolving market.

At iLearningEngines, our primary focus has always been on building innovative products, solving real-world problems, and serving our customers. However, we recognize the need for more proactive and transparent communication to better

226

engage with our investors and the public. Moving forward, I am committed to prioritize clearer, more frequent updates about our progress and operations to our investors and shareholders.

Emphasis added.

516.     The above statements identified in emphasis were false and/or materially misleading. Contrary to Chidambaran's response, the vast majority of iLearningEngines' revenue was fake, and its revenue stream *was not* diversified across multiple customers and channels; instead, it was derived from an undisclosed related party, Experion. The foregoing statements above were also alse and/or materially misleading because because the financial statements do not faithfully represent what they purport to represent. As detailed herein, the Executive Defendants failed to disclose that transactions with the Technology Partner, Experion, were related party transactions, and misrepresented iLearningEngines' revenue and expenses because they were "largely fake."

517.     Consequently, Chidambaran materially misled investors when making these statements because they were untrue and left investors with the false impression that iLearningEngines revenues were accurately reported in iLearningEngines' financial statements, that it had a diversified platform of VARs and, as a result, a non-concentrated source of revenue. By concealing the truth about the ongoing related party relationship with Experion, investors were deprived of the ability to properly and adequately evaluate the reliability of iLearningEngines' business and assess the true risks associated with purchasing iLearningEngines' common stock.

B.  **ADDITIONAL ALLEGATIONS OF DEFENDANTS' SCIENTER**

    i.    **Defendants Chidambaran and Naqvi were Reckless as to the Misstatements and Omissions**

518.     Defendants Chidambaran and Naqvi regularly engaged in a reckless manner with respect to iLearningEngines' financial statements and in their statements to investors.

519.     Defendant Chidambaran was the founder of iLearningEngines Holdings, was its CEO and Chairman of the Board, owned with his wife, Preeta Chidambaran, 71.7% of iLearningEngines outstanding shares at the closing of the Merger on April 16, 2024. Given Chidambaran was the controlling stockholder, the CEO, and Chairman of the Board of iLearningEngines, and the signatory to Master Agreement, he had intimate personal knowledge of all aspects of iLearningEngines business.

520.     Defendant Naqvi had been the CFO of iLearningEngines, including at iLearningEngines Holdings, since 2019 until he was placed on administrative leave and later resigned in December 2024. As the CFO and Treasurer, Naqvi would have been responsible for preparing and overseeing the preparation of and accuracy of iLearningEngines Holdings and iLearningEngines' financial statements as well as overseeing cash management, developing financial strategies to optimize cash flow, generally safeguarding the use of iLearningEngines funds. Given the significance of the Technology Partner, Experion, to iLearningEngines overall business, Naqvi would have known of the issues with the financial statements or recklessly disregarded them.

> ii.     **Defendants Chidambaran and Naqvi were Instrumental to the Relationship with and Accounting of iLearningEngines' Business with Experion**

521.     iLearningEngines core business was the sale of its AI Software-as-a-Service. Prior to the IPO, and continuing throughout the Class Period, iLearningEngines primary source of revenue was attributed to the Master Agreement with the Technology Partner, Experion, accounted for 94% of iLearningEngines' revenues in 2021, over 96% in 2022, over 92% in 2023.

522.     iLearningEngines primary source of expenses was also attributed to the costs, fees, and expenses charged by the Technology Partner, Experion, that iLearningEngines was responsible to compensate Experion for the Experion Services under the Master Agreement. The

228

sheer magnitude of the costs, fees, and expenses as compared to the revenue reported for the periods, establishes that as the CEO and CFO they would have personal knowledge and would have known or recklessly disregarded the falsity and misleadingness of the alleged misstatements. Per the financial statements filed with the SEC, iLearningEngines significant cost as a result of its Master Agreement with Experion, including as to its "Cost of revenue", "Selling, general and administrative expenses", and "Research and development expenses." As to iLearningEngines' costs of revenues alone, those costs attributable to Experion accounted for 100% of iLearningEngines' costs of revenues in 2021, 99.9% in 2022, and 100% in 2023.

523. Accordingly, as iLearningEngines' revenues were heavily intertwined with Experion. Defendants Chidambaran and Naqvi had direct knowledge of (1) Experion and iLearningEngines contractual agreements with Experion, including the Master Agreement and a Subordination Agreement by Experion Technologies, FZ LLC with iLearningEngines lender that was attached as Exhibit 10.4 to the Super 8-K; (2) the Master Agreement with Experion as Chidambaran was a signatory to the agreement and Naqvi was the CFO who was responsible for preparing the financial statements, including the detailed notes to the financial statements describing the Technology Partner, including the related revenues, and expenses; and (3) Chidambaran was listed as the U.S. contact for Experion Americas with his private residence being listed as the address for Experion America's presence on Experion's website.

524. Furthermore, as the Chief Business Officer and an individual related to Experion, Arackal would have direct knowledge of iLearningEngines and Experion's relationship and the interrelatedness of the individuals at iLearningEngines and Experion.

525. Defendants Chidambaran's, Naqvi's, and Arackal's knowledge of iLearningEngines core business, it and its employees and executive's relationships with Experion

is strong evidence that Defendants Chidambaran and Naqvi knew that the false statements detailed in this Amended Complaint were materially false and misleading when made and/or were reckless in making those false statements.

          **iii.**     **Defendants Chidambaran and Naqvi on Administrative Leave with their Subsequent Resignation during the Pendency of the Special Committee's Investigation Support a Cogent and Compelling Inference of Scienter**

526. In the wake of the Hindenburg Report, on September 5, 2024, iLearningEngines announced that it was convening a Special Committee to "investigate allegations raised recently by" the Hindenburg Report."

527. As the Special Committee's investigation continued to unfold, iLearningEngines announced through the November 18, 2024 Form 8-K that on November 12, 2024, the Board determined to place Naqvi on administrative leave from his position as the CFO, effective immediately. Later, in the December 10, 2024 Form 8-K, iLearningEngines announced that Chidambaran and Naqvi were both placed on "administrative leave from their respective positions pending the conclusion of the Investigation" and that "upon the recommendation of the Special Committee" that the Board appointed Olivier as the Interim CEO and interim principal executive officer.

528. On December 23, 2024, while iLearningEngines was still in the preliminary stages of reorganizing itself under the Bankruptcy Code, Chidambaran and Naqvi resigned from their roles as executives at iLearningEngines while the Special Committee's investigation was still ongoing.

529. Thus, given that Chidambaran and Naqvi were placed on administrative leave from their roles as CEO and CFO, respectively, in response to the Hindenburg Reports' claims and the ongoing Special Committee's investigation and the conspicuous timing of the announcements of

Chidambaran's and Naqvi's resignations, this supports a cogent and compelling inference of scienter that Chidambaran and Naqvi each knew of the misstated financial statements and Experion being an undisclosed "Related Party."

530. This cogent and compelling inference of scienter is further supported by the Special Committee self-reporting potential violations of law to the Department of Justice. Given their roles as the CEO and CFO and the timing of their resignations at the same time of iLearningEngines' announcement of the Special Committee's self-reporting of potential violations of law to the Department of Justice, and iLearningEngines pursuing to reorganize itself in the bankruptcy proceeding at this time, this supports that Defendants Chidambaran and Naqvi resigned in lieu of being terminated for cause.

### iv. Defendants Chidambaran and Naqvi Transferred Tens of Millions of Dollars to Experion

531. Defendants former CEO Chidambaran and former CFO Naqvi regularly engaged in a reckless manner with respect to iLearningEngines' financial statements, including failing to even the regulatory filings that they themselves signed.

532. As the CEO and CFO, Defendants Chidambaran and Naqvi would have been aware of tens of millions of dollars being transferred by iLearningEngines (via iLearningEngines Holdings) to Experion MEA Corporation. As reflected on the iLearningEngines Holdings Statement of Financial Affairs and the iLearningEngines Holdings Insiders Payment Schedule filed in the iLearningEngines Bankruptcy Action, *$87.425 million* was transferred via *fifty (50) wire transfers* to Experion MEA Corporation between December 22, 2023 and November 8, 2024, with 46 of these wires ranging between $1,000,000 to $2,500,000 per wire, *including fifteen (15) wires in the amount of $2.5 million*.

533. Defendant Naqvi, as the CFO, knew or recklessly disregarded that Experion was a "related party" as the interim CFO, Gerety, was able to determine as such to make the above-referenced filings in the iLearningEngines Bankruptcy Action that identified Experion MEA Corporation as both an "insider" and a "related party."

## C. LOSS CAUSATION AND ECONOMIC LOSS

534. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated and/or maintained the price of iLearningEngines securities, and operated as a fraud or deceit on Class Period purchasers of iLearningEngines' securities by failing to disclose and misrepresenting the facts detailed herein.

535. When Defendants' prior misrepresentations, omissions, and fraudulent conduct were disclosed on August 28, 2024, November 18, 2024, December 10, 2024, and December 23, 2024, the price of iLearningEngines stock declined significantly as the prior artificial inflation came out of its stock price.

536. As a result of their purchases of iLearningEngines securities during the Class Period, Plaintiffs and the other Class members suffered economic loss, *i.e.* damages, under the federal securities laws.

537. By concealing from investors the adverse facts detailed herein, Defendants presented a misleading picture of iLearningEngines' business, financial performance, financial results, and relationship with Experion. When the truth about and risks associated with Defendants' misstatements were disclosed on August 28, 2024, November 18, 2024, and December 10, 2024, the price of iLearningEngines securities declined significantly. These declines removed the inflation from the price of iLearningEngines securities, causing real economic loss to investors who had purchased iLearningEngines securities during the Class Period.

538. The economic loss, *i.e.* damages, suffered by Plaintiffs and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate and/or maintain the price of iLearningEngines securities and the subsequent decline in the value of the securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

539. Furthermore, as alleged herein, during the Class Period, Defendants engaged in practices intended to mislead investors by artificially affecting the prices of iLearningEngines securities. Defendants employed devices, schemes, and artifices to defraud, and/or engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of iLearningEngines securities during the Class Period.

540. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their purchases of iLearningEngines securities during the Class Period.

D. **APPLICABILITY OF PRESUMPTION OF RELIANCE—FRAUD ON THE MARKET DOCTRINE**

541. Plaintiffs will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

    a. Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

    b. the omissions and misrepresentations were material;

    c. iLearningEngines stock traded in an efficient market;

    d. the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of iLearningEngines' stock; and

542.    Plaintiffs and other members of the Class purchased iLearningEngines securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

543.    At all relevant times, the markets for iLearningEngines securities were efficient for the following reasons, among others:

    a.    as a regulated issuer, iLearningEngines filed periodic public reports with the SEC;

    b.    iLearningEngines regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services;

    c.    iLearningEngines was followed by several securities analysts employed by major brokerage firm(s), including the Benchmark Company and Northland Capital Markets, who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firm(s) and that were publicly available and entered the public marketplace; and

    d.    iLearningEngines securities was actively traded in an efficient market, namely the Nasdaq Stock Market, under the ticker symbol "AILE."

544.    As a result of the foregoing, the market for iLearningEngines securities promptly digested current information regarding iLearningEngines from publicly available sources and reflected such information in iLearningEngines securities. Under these circumstances, all

purchasers of iLearningEngines securities during the Class Period suffered similar injury through their purchase of iLearningEngines securities at artificially inflated prices and the presumption of reliance applies.

### E. NO SAFE HARBOR

545. The statutory safe harbor applicable to forward-looking statements under certain circumstances does not apply to any of the false and misleading statements pled in this Amended Complaint.

546. Either the statements complained of herein were not forward-looking statements, but rather were historical statements or statements of purportedly current facts and conditions at the time the statements were made, or to the extent there were any forward-looking statements, iLearningEngines' verbal "Safe Harbor" warnings accompanying its oral forward-looking statements issued during the Class Period were ineffective to shield those statements from liability.

547. To the extent that any of the false and misleading statements alleged herein can be construed as forward-looking, those statements were not accompanied by meaningful cautionary language identifying important facts that could cause actual results to differ materially from those in the statements.

548. To the extent that any of the false and misleading statements alleged herein can be construed as forward-looking, Defendants are liable for those false or misleading statements because, at the time each such statement was made, the speaker knew the forward-looking statement was false or misleading, and the forward-looking statement was authorized and/or approved by an executive officer of iLearningEngines who knew that the forward-looking statement was false. None of the historic or present tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any

projection or statement of future economic performance when made, nor were any of the projections or forecasts made by Defendants expressly related to, or stated to be dependent on, those historic or present tense statements when made.

F. **CLAIMS FOR RELIEF UNDER THE EXCHANGE ACT**

**COUNT THREE**
**Violation of Section 10(b) of the Exchange Act and**
**Rule 10b-5(b) Promulgated Thereunder**
**(Against the Exchange Act Defendants)**

549.    Plaintiffs repeat and re-allege the above paragraphs as though fully set forth herein.

550.    During the Class Period, the Exchange Act Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing other members of the Class to purchase iLearningEnginess securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Exchange Act Defendants, and each defendant, took the actions set forth herein.

551.    The Exchange Act Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of iLearningEngines' securities in an effort to maintain artificially high market prices for iLearningEngines' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Exchange Act Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

552.    The Exchange Act Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and

236

participated in a continuous course of conduct to conceal adverse material information about iLearningEngines' financial well-being and prospects, as specified herein.

553. The Exchange Act Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of iLearningEngines' value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about iLearningEngines and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of iLearningEngines securities during the Class Period.

554. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of iLearningEngines' securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of iLearningEngines securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by the Exchange Act Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by the Exchange Act Defendants, but not disclosed in public statements by them during the Class Period, Plaintiff and the other members of the Class acquired iLearningEngines ecurities during the Class Period at artificially high prices and were damaged thereby.

555. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that iLearningEngines was experiencing, which were not disclosed by the Exchange Act Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their iLearningEngines securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

556. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

557. During the Class Period, the Exchange Act Defendants made, had authority over, or controlled the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading, in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

558. The Exchange Act Defendants made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading

559. Plaintiffs and the Exchange Act Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated for iLearningEngines securities. Plaintiffs and the Exchange Act Class would not have purchased iLearningEngines securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by the Exchange Act Defendants' misleading statements.

560.    As a direct and proximate result of the Exchange Act Defendants' wrongful conduct, Plaintiffs and the other members of the Exchange Act Class suffered damages in connection with their purchases of iLearningEngines securities during the Class Period.

**COUNT FOUR**
**Violation of Section 20(a) of the Exchange Act**
**(Against the Executive Defendants)**

561.    Plaintiffs repeat and re-allege the above paragraphs as though fully set forth herein.

562.    As set forth above, iLearningEngines (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of iLearningEngines' securities in an effort to maintain artificially high market prices for iLearningEngines' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5

563.    The Executive Defendants acted as controlling persons of iLearningEngines within the meaning of Section 20(a) of the Exchange Act as alleged herein. By reason of their positions as officers of iLearningEngines and their culpable participation, as alleged above, the Exchange Act Defendants had the power and authority to cause iLearningEngines to engage in the wrongful conduct complained of herein.

564.    By reason of such conduct, the Executive Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## VIII.    <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Plaintiffs pray that the Court enter judgment on their behalf and on behalf of the Classes herein, adjudging and decreeing that:

239

A.      This action may proceed as a class action, with Plaintiffs as the designated Class representatives and Plaintiffs' counsel designated as Class Counsel;

B.      Plaintiffs and the members of the Classes recover damages sustained by them, as provided by law, and that a judgment in favor of Plaintiffs and the Classes be entered against the Defendants, jointly and severally, in an amount permitted pursuant to such law;

C.      Plaintiffs and members of the Classes be awarded pre-judgment and post-judgment interest, and that such interest be awarded at the highest legal rate from and after the date of service of the initial complaint in this action;

D.      Plaintiffs and members of the Classes recover their costs of this suit, including reasonable attorneys' fees as provided by law; and

E.      Plaintiffs and members of the Classes receive such other and further relief as may be just and proper.

## IX.    **JURY TRIAL DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all of the claims asserted in this Amended Complaint so triable.

Dated: April 28, 2025                                   Respectfully submitted,

                                                       LEVI & KORSINSKY, LLP

                                                       */ s / Nicholas I. Porritt*
                                                       Nicholas I. Porritt
                                                       Alexander A. Krot III (*attorney admission application forthcoming*).
                                                       1101 Vermont Ave, NW Suite 800
                                                       Washington, DC 20005
                                                       Tel: (202)-524-4290
                                                       Fax: (212) 363-7171
                                                       Email: nporritt@zlk.com
                                                       Email: akrot@zlk.com

*Counsel for Lead Plaintiff Louis Leveque,*
*Plaintiff Iqbal Al Hamid, and Lead*
*Counsel for the Class*

241