**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| DANNY WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILEARNINGENGINES, INC., Harish Chidambaran, and Sayyed Farhan Naqvi,<br><br><br>Defendants. | Civil Action No.  24-2900-DKC |

**DEFENDANT HARISH CHIDAMBARAN'S MOTION TO DISMISS**
**AMENDED CLASS ACTION COMPLAINT**

Defendant Harish Chidambaran, by undersigned counsel, hereby moves to dismiss all claims in Plaintiffs' Amended Class Action Complaint with prejudice.  For reasons set out in the attached brief, dismissal is required pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), as well as the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq.

WHEREFORE, Mr. Chidambaran respectfully moves this Court to enter an Order granting this Motion to Dismiss and dismissing the Amended Complaint, and all claims against Mr. Chidambaran stated therein, with prejudice, and awarding such other and further relief as the Court deems appropriate.

DATED: July 31, 2025

Respectfully Submitted:

*/s/ Laura G. Ferguson*
Laura G. Ferguson (Bar No. 20828)
Bradley Markano (*motion for admission pro hac vice forthcoming*)
Miller & Chevalier Chartered
900 16th St., NW
Washington, DC  20006
P: (202) 626-5567
F: (202) 626-5801
lferguson@milchev.com
bmarkano@milchev.com

*Attorneys for Defendant Harish Chidambaran*

2