IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS LEVEQUE, individually and :
on behalf of all others
similarly situated                :

     v.                           :   Civil Action No. DKC 24-2900

                                  :

ILEARNINGENGINES, INC., et al.
                                  :

**ORDER**

The parties, through their respective counsel, submitted a stipulation on June 2, 2025, proposing that Defendants' response(s) to Plaintiffs' Amended Complaint would be filed by July 31, 2025.  (ECF No. 57).  The stipulation was purportedly signed by Brian Kidd as counsel for Mr. Arackal, but Mr. Kidd did not enter an appearance on his behalf in this action.  The stipulation was approved the same date and electronically transmitted to Mr. Kidd as a courtesy.  (ECF No. 58).  Pursuant to the stipulated schedule, Defendants, with the exception of Balakrishnan Arackal, filed motions to dismiss.  (ECF Nos. 80, 82, 83, 84, and 85).  To date, Defendant Balakrishnan Arackal has not filed a response to Plaintiffs' Amended Complaint.

Accordingly, it is this 5th day of August, 2025, by the United States District Court for the District of Maryland hereby ORDERED that Plaintiffs file a status report within twenty-eight (28) days of this Order concerning Defendant Balakrishnan Arackal.

                              _____/s/_____
                              DEBORAH K. CHASANOW
                              United States District Judge