**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| **DANNY WALKER**, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. DKC 24-2900 ) |
| **HARISH CHIDAMBARAN**, *et al.*, | ) ) |
| Defendants. | ) ) ) ) ) ) ) ) |

**DECLARATION OF NICHOLAS I. PORRITT IN SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED CLASS
ACTION COMPLAINT**

1

I, NICHOLAS I. PORRITT, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP counsel for Lead Plaintiff Louis Leveque and Plaintiff Iqbal Al Hamid ("Plaintiffs") and Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibit, in support of Plaintiffs' briefs in opposition to the motions to dismiss filed by Defendants Matthew Barger, Harish Chidambaran, Ian Davis, Bruce Mehlman, Michael Moe, Sayyed Farhan Naqvi, Thomas Olivier, and Marcum LLP .

3.      Attached hereto as Exhibit A is a true and correct copy of Amendment No. 2 to the Form S-1 Registration Statement dated July 22, 2024 filed by iLearningEngines, Inc. with the US Securities and Exchange Commission on or about July 22, 2024. I caused this document to be retrieved from the SEC's EDGAR website on September 17, 2025.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 18, 2025

 */s/ Nicholas I. Porritt*
Nicholas I. Porritt

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I electronically filed the foregoing Declaration Of Nicholas I. Porritt In Support Of Plaintiffs' Oppositions To Defendants' Motions To Dismiss The Amended Class Action Complaint by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Nicholas I. Porritt*
Nicholas I. Porritt

2