**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DANNY WALKER**, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **HARISH CHIDAMBARAN**, *et al.*, <br><br> Defendants. <br><br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. DKC 24-2900 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS

Having considered Defendants Marcum LLP's, Thomas Olivier's, Harish Chidambaran's, Sayyed Farhan Naqvi's, and Defendants Matthew Barger's, Ian Davis's, Bruce Mehlman's, and Michael Moe's (collectively, "Defendants") respective motions to dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF Nos. 80, 82, 83, 84, 85), Defendants' memoranda of law in support thereof, Plaintiffs' oppositions thereto, and Defendants' replies, **IT IS HEREBY ORDERED:**

1. Defendants' motions to dismiss are **DENIED in their entirety.**

**IT IS SO ORDERED**.

Dated: _____                    _____
                                                              Honorable Deborah K. Chasanow
                                                              United States District Judge

1