**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DANNY WALKER**, Individually and on Behalf of All Others Similarly Situated, )<br><br>)<br>)<br>Plaintiff, )<br><br>)<br>v. )<br><br>)<br>**HARISH CHIDAMBARAN**, *et al.*, )<br><br>)<br>Defendants. )<br><br>)<br>)<br>)<br>)<br>_____ ) | Civil Action No. DKC 24-2900 |

**NOTICE OF MOTION AND MOTION OF LEAD PLAINTIFF LOUIS LEVEQUE AND PLAINTIFF IQBAL AL HAMID TO PARTIALLY LIFT THE DISCOVERY STAY AND <u>PERMIT LIMITED DISCOVERY</u>**

Lead Plaintiff Louis Leveque and Plaintiff Iqbal Al Hamid ("Plaintiffs") move this Court pursuant to 15 U.S.C. §78u-4(b)(3)(B) to seek leave from the Private Securities Litigation Reform Act of 1995's ("PSLRA") mandatory stay of discovery to conduct limited discovery. For the reasons more fully stated in the accompanying memorandum of law, Plaintiffs' motion should be granted.

On September 17, 2025, Plaintiffs' counsel conferred via video teleconference with counsel for Defendants Puthugramam "Harish" Chidambaran, Sayyed Farhan Naqvi, Matthew Barger, Ian Davis, Bruce Mehlman, Michael Moe, Thomas Olivier, and Marcum LLP (collectively, "Defendants"). During this meet and confer, Defendants' counsel informed Plaintiffs' counsel that Defendants do not agree to the relief requested herein

1

Wherefore, Plaintiffs respectfully request that the Court grant this motion, partially lift the PSLRA discovery stay, permit Plaintiffs to undertake the discovery detailed in the accompanying memorandum of law, and grant any other relief that the Court deems appropriate.

Dated: September 18, 2025                    Respectfully submitted,

                                             LEVI & KORSINSKY, LLP

                                             */ s / Nicholas I. Porritt*
                                             Nicholas I. Porritt
                                             Alexander A. Krot III (*attorney admission*
                                             *application forthcoming*)
                                             1101 Vermont Ave, NW Suite 800
                                             Washington, DC 20005
                                             Tel: (202)-524-4290
                                             Fax: (212) 363-7171
                                             Email: nporritt@zlk.com
                                             Email: akrot@zlk.com

                                             *Counsel for Lead Plaintiff Louis Leveque,*
                                             *Plaintiff Iqbal Al Hamid, and Lead*
                                             *Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I electronically filed the foregoing Notice Of Motion And Motion Of Lead Plaintiff Louis Leveque And Plaintiff Iqbal Al Hamid To Partially Lift The Discovery Stay And Permit Limited Discovery by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Nicholas I. Porritt*
Nicholas I. Porritt