**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DANNY WALKER**, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>**HARISH CHIDAMBARAN**, *et al.*, )<br><br>Defendants. )<br>_____ ) | Civil Action No. DKC 24-2900 |

**[PROPOSED] ORDER GRANTING MOTION OF LEAD PLAINTIFF LOUIS LEVEQUE AND PLAINTIFF IQBAL AL HAMID TO PARTIALLY LIFT THE DISCOVERY STAY AND PERMIT LIMITED DISCOVERY**

Having considered the Motion Of Lead Plaintiff Louis Leveque And Plaintiff Iqbal Al Hamid ("Plaintiffs") To Partially Lift The Discovery Stay And Permit Limited Discovery (the "Motion"), Plaintiffs' Memorandum of Law in Support of the Motion, the opposition thereto, and the reply in support of the Motion, IT IS HEREBY ORDERED**:**

1.  The Motion is **GRANTED**;

2.  Plaintiffs are permitted to conduct discovery as described in Plaintiffs' Memorandum of Law in Support of the Motion.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                                 Honorable Deborah K. Chasanow
                                                 United States District Judge

1