**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

DANNY WALKER, *Individually and on Behalf of All Others Similarly Situated*,

Plaintiff,

v.

ILEARNINGENGINES, INC., *et al*.,

Defendants.

Civil Action No. 8:24-cv-02900-DKC

Hon. Deborah K. Chasanow

**[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION TO LIFT THE PSLRA DISCOVERY STAY**

Having considered Plaintiffs' Motion to Partially Lift the Discovery Stay and Permit Limited Discovery (the "Motion"), the Memorandum of Law in Support of Plaintiffs' Motion, the opposition thereto, and the reply in support of the Motion, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

Dated:

Signed:                                                             _____

Honorable Deborah K. Chasanow
United States District Judge

1