**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| **DANNY WALKER,** | |
| Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No. 8:24-cv-02900-DKC |
| v. | |
| **ILEARNINGENGINES, INC.,** *et al.* | |
| Defendants. | |

**JOINING DEFENDANTS' JOINDER IN
DEFENDANT MARCUM LLP'S OPPOSITION TO PLAINTIFFS'
MOTION TO LIFT THE PSLRA DISCOVERY STAY**

Defendants Sayyed Farhan Naqvi ("Naqvi"), Puthugramam ("Harish") Chidambaran ("Chidambaran"), Thomas Olivier ("Olivier"), Matthew Barger ("Barger"), Ian Davis ("Davis"), Bruce Mehlman ("Mehlman"), and Michael Moe ("Moe") (together, Naqvi, Chidambaran, Olivier, Barger, Davis, Mehlman, and Moe are the "Joining Defendants"), by and through their respective undersigned counsel, join in the Opposition to Plaintiffs' Motion to Lift the PSLRA Discovery Stay ("Opposition") (ECF No. 94) filed by Defendant Marcum LLP ("Marcum LLP") on October 2, 2025.

For the reasons set forth in the Opposition, Joining Defendants join in and fully adopt the arguments advanced by Marcum LLP in the Opposition.

WHEREFORE, Joining Defendants respectfully request that the Court enter an Order DENYING Plaintiffs' Motion to Partially Lift the Discovery Stay and Permit Limited Discovery dated September 18, 2025 (ECF No. 93) filed by lead plaintiffs Louis Leveque and Iqbal Al Hamid.

Date: October 2, 2025

Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**

/s/ *Castell Abner, III*
Castell Abner, III
Federal Bar No. 22328
555 12th Street, NW
11th Floor
Washington, DC 20004
(202) 434-7300
CAbner@Mintz.com

John F. Sylvia (*pro hac vice*)
One Financial Center
Boston, MA 02111
(617) 542-6000
JFSylvia@Mintz.com

*Attorneys for Defendant Sayyed Farhan Naqvi*

**MILLER & CHEVALIER CHARTERED**

/s/ *Laura G. Ferguson* (signed by Castell Abner, III with permission from Laura G. Ferguson)
Laura G. Ferguson
Federal Bar No. 20828
Bradley Markano (*pro hac vice*)
900 16th St., NW
Washington, DC 20006
P: (202) 626-5567
F: (202) 626-5801
lferguson@milchev.com
bmarkano@milchev.com

*Attorneys for Defendant Harish Chidambaran*

**COLE SCHOTZ P.C.**

Philip A. Selden
Federal Bar No. 28596
Alicia L. Shelton
Federal Bar No. 11538
1201 Wills Street, Suite 320
Baltimore, Maryland 21231
(410) 528-2987 (phone)
(410) 528-9407
pselden@coleschotz.com
ashelton@coleschotz.com

**KOZYAK TROPIN THROCKMORTON**

/s/ *Jorge L. Piedra* (signed by Castell Abner, III with permission from Jorge L. Piedra)
Jorge L. Piedra (*Pro Hac Vice*)
Rasheed K. Nader (*Pro Hac Vice*)
Alexa G. Chinchilla (*Pro Hac Vice*)
2525 Ponce de Leon Blvd., Floor 9
Coral Gables, Florida 33134
(305) 372-1800 (phone)
jpiedra@kttlaw.com
rnader@kttlaw.com
achinchilla@kttlaw.com

*Attorneys for Defendant Thomas Olivier*

**PAUL HASTINGS LLP**

Lawrence E. Slusky
Federal Bar No. 21745
Bradley J. Bondi
Federal Bar No. 16071
Ronald K. Anguas, Jr. (*pro hac vice*)
2050 M Street N.W.
Washington, D.C. 20036
Tel: 202-551-1700
Fax: 202-551-1705
Email: lawrenceslusky@paulhastings.com
Email: bradbondi@paulhastings.com
Email: ronaldanguas@paulhastings.com

<u>/s/ *D. Scott Carlton* (signed by Castell Abner, III with permission from D. Scott Carlton)</u>
D. Scott Carlton (*pro hac vice*)
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Tel: 213-683-6000
Fax: 213-627-0705
Email: scottcarlton@paulhastings.com

*Attorneys for Defendants Matthew Barger, Ian Davis, Bruce Mehlman, and Michael Moe*