IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS LEVEQUE, individually and :
on behalf of all others
similarly situated            :

    v.                        :   Civil Action No. DKC 24-2900

                              :

ILEARNINGENGINES, INC., et al.

                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of March, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motions to dismiss filed by Marcum LLP (ECF No. 80), Thomas Olivier (ECF No. 82), Harish Chidambaran (ECF No. 83), Sayyed Farhan Naqvi (ECF No. 84), Matthew Barger, Ian Davis, Bruce Mehlman, and Michael Moe (ECF No. 85) BE, and the same hereby ARE, GRANTED; and

2.   The amended complaint filed by Louis Leveque and Iqbal Al Hamid (ECF No. 41) BE, and the same hereby IS, DISMISSED WITH PREJUDICE;

3.   The motion to partially lift the discovery stay filed by Louis Leveque and Iqbal Al Hamid (ECF No. 93) BE, and the same hereby IS, DENIED;

4.    The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge
